| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Alex R. Straus (SBN 321366)<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN, PLLC<br>280 S. Beverley Drive<br>Beverly Hills, CA 90212<br>Tel: (917) 471-1894<br>Fax: (310) 496-3176<br>Email: astraus@milberg.com | |
| ATTORNEY(S) FOR: Plaintiff | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MOSES GUTIERREZ JR., individually and on behalf of all others similarly situated<br>Plaintiff(s), | CASE NUMBER:<br>8:21-cv-1628 |
| v.<br>AMPLIFY ENERGY CORPORATION; BETA OPERATING COMPANY, LLC; and DOE CORPS 1-100<br>Defendant(s) | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff Peter Moses Gutierrez Jr._ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Peter Moses Gutierrez Jr. | Plaintiff/Seeking Damages |

| | |
|---|---|
| October 4, 2021<br>Date | s/Alex R. Straus<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff