Christopher W. Keegan (SBN 232045)
chris.keegan@kirkland.com
KIRKLAND & ELLIS LLP
555 California St., Suite 2900
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Counsel for Defendants*
*Amplify Energy Corp., Beta Operating*
*Company, LLC*

(Additional counsel for the parties
identified below.)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| PETER MOSES GUTIERREZ JR., an individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMPLIFY ENERGY CORPORATION; BETA OPERATING COMPANY, LLC; and DOE CORPS 1-100,<br><br>Defendants. | CASE NO. 8:21-cv-01628-DOC-JDE<br><br>**JOINT MOTION FOR RULE 16(B) CONFERENCE**<br><br>Judge:         Hon. David O. Carter<br>Hearing Date:  Dec. 1, 2, or 3, 2021<br>Time:         TBD<br>Courtroom:    9 D |

## JOINT MOTION FOR RULE 16(B) CONFERENCE

The parties jointly move for a joint scheduling conference with the Court pursuant to Federal Rule of Civil Procedure 16(b) in the above-captioned case and the related cases. The parties request the conference be held on December 1, 2, or 3, 2021, if any of those dates is convenient for the Court.

The Defendants in this action have been named in multiple lawsuits arising from an oil discharge discovered off the coast of Southern California in October 2021. To date, 14 related cases have been filed, all of which have been assigned to Judge David O. Carter. On October 19 and 28, 2021, counsel for the Plaintiffs in this and the related cases met and conferred by telephone with counsel for the Defendants to discuss the efficient scheduling and conduct of litigation in these matters.

Following that discussion, Plaintiffs in the following cases have agreed to coordinate their actions and file a consolidated amended class complaint or complaints subject to the Court's approval:

| Case Title | Case Number |
|---|---|
| *Peter Moses Gutierrez v. Amplify Energy Corporation et al* | 8:21-cv-01628 |
| *Stephen E. Samuelian et al v. Amplify Energy Corp., et al* | 8:21-cv-01658 |
| *Banzai Surf Company, LLC v. Amplify Energy Corporation, et al* | 8:21-cv-01669 |
| *Quality Sea Food, Inc. et al v. Amplify Energy Corporation et al* | 8:21-cv-01680 |
| *Davey's Locker Sportfishing, Inc. et al v. Amplify Energy Corporation et al* | 8:21-cv-01684 |
| *Ketcham Tackle LLC v. Amplify Energy Corp. et al* | 8:21-cv-01685 |
| *Newport Surfrider, LLC v. Amplify Energy Corporation et al* | 8:21-cv-01686 |
| *Bradley Bitton et al v. Amplify Energy Corporation et al* | 8:21-cv-01694 |
| *James Whelan et al v. Amplify Energy Corporation et al* | 8:21-cv-01706 |
| *Beyond Business Incorporated v. Amplify Energy Corporation et al* | 8:21-cv-01714 |
| *N.S.T. v. Amplify Energy Corporation, a Delaware corporation et al* | 8:21-cv-01722 |
| *East Meets West Excursions, et al v. Amplify Energy Corporation, et al* | 8:21-cv-01725 |
| *Charlie's Gyros, Inc. v. Amplify Energy Corporation et al* | 8:21-cv-01738 |

Those Plaintiffs propose to file a consolidated amended complaint no later than 30 days subsequent to the Court's appointment of Interim Co-Lead Class Counsel, subject to the Court's approval.  The parties agree that Defendants do not need to respond to the current complaints filed in these cases and that Defendants shall respond to any amended consolidated complaint or complaints within 60 days after such complaint is filed, subject to the Court's approval and unless otherwise ordered by the Court.

The parties request a joint Rule 16(b) conference so that the Court may set a scheduling order in the consolidated actions and any related cases that are not consolidated.  The parties will hold a Rule 26(f) conference at least 21 days prior to the scheduling conference set by the court and will file a joint status report at least 14 days before the scheduling conference set by the Court. The parties anticipate raising at the scheduling conference any disagreements concerning issues required to be discussed in the Rule 26(f) report.   The Parties respectfully request this Court set a Rule 16(b) conference.

DATED:  October 29, 2021          Respectfully submitted,


                                  /s/     *Christopher W. Keegan*

                                  Christopher W. Keegan (SBN 232045)
                                  chris.keegan@kirkland.com
                                  KIRKLAND & ELLIS LLP
                                  555 California St., Suite 2900
                                  San Francisco, CA 94104
                                  Telephone: (415) 439-1400
                                  Facsimile: (415) 439-1500

                                  *Counsel for Defendants*
                                  *Amplify Energy Corp., Beta Operating*
                                  *Company, LLC*

1

2
/s/     *Alex R. Straus*

3
Alex R. Straus
astraus@milberg.com
4
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
5
280 S. Beverley Drive
Beverly Hills, CA 90212
6
Telephone: (917) 471-1894
Facsimile: (310) 496-3176

7
Blake Hunter Yagman
8
byagman@milberg.com
MILBERG COLEMAN BRYSON
9
PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza, Suite 500
10
Garden City, New York 11530
Telephone: (212) 594-5300

11
*Counsel for Plaintiff Peter Moses Gutierrez Jr.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT MOTION FOR RULE 16(B) CONFERENCE

## **SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED:  October 29, 2021

*s/ Christopher W. Keegan*
Christopher W. Keegan