UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 21-CV-1628-DOC-JDE            Date: November 8, 2021
     And cases listed at end of Order

Title: PETER MOSES GUTIERREZ JR. ET AL. v. AMPLIFY ENERGY CORP. ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER RE: INITIAL SCHEDULING CONFERENCE**

    The management of these cases presents unique challenges. The Court looks forward to benefitting from dialogue with and the knowledge and experience of seasoned counsel to ensure the orderly preparation and timely resolution of these cases by trial or settlement. Counsel, the parties, and the Court will need to work collaboratively.

    The actions listed at the end of this Order were assigned or transferred to this Court as related to the oil spill discovered off the coast of Southern California in October 2021.

    As such, the Court ORDERS:

1. ***Conference.*** Counsel for all parties shall appear on Wednesday, December 15, 2021 at 9:00 am in Courtroom 9D of the Ronald Reagan Federal

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 21-01628-DOC-JDE                              Date: November 8, 2021

Page 2

Building and United States Courthouse at 411 W. 4th Street, Santa Ana, California 92701. To ensure sufficient time for counsel's presentations, the Court is scheduling this conference after the conclusion of its ongoing complex criminal trial, which is expected to finish by December 14, 2021. The Court will notify the parties if the trial extends longer than anticipated and appreciates the parties' understanding.

i. <u>Attendance of Counsel</u>: The docket thus far appears to set forth fourteen lawsuits with the involvement of at least twenty-two law firms. Due to the need for social distancing in the courtroom, each law firm or group of firms may have no more than two attorneys present in Courtroom 9D for their presentations. The Court has reserved the adjacent Courtroom 9C and the jury assembly room for all other attendees and interested parties. The Court would appreciate a list of presenting counsel by December 10, 2021.

ii. <u>COVID-19 precautions</u>: All CDC COVID-19 guidelines and federal court orders in effect on the date of the conference will be enforced. The Court will keep the parties apprised of the status of those rules as the conference date approaches.

iii. <u>Scope of Presentation</u>: Given the number of law firms seeking appointment as interim lead class counsel, the Court will limit each firm's presentation to five minutes. If firms would like to present as coalitions, the Court will limit their collective presentation to ten minutes.

iv. <u>Other Interested Parties</u>: Any person or party, including state or federal entities contemplating future litigation on this matter, are invited to attend and may be allowed to participate in the conference.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 21-01628-DOC-JDE                    Date: November 8, 2021

Page 3

However, the conference will focus on filings docketed as of December 14, 2021.

2. **Purpose.** The goals of the initial conference are to hear respective counsel's input concerning the appointment of interim lead class counsel and their views on a coordination plan that moves this case forward in a timely and fair matter. This will establish early and continuing control to avoid protracting the case from lack of management; expedite disposition of the action; discourage wasteful pretrial activities; improve the quality of trial through more thorough preparation; and facilitate a fair resolution at trial and/or through settlement. *See* Fed. R. Civ. P. 16(a).

3. **Preliminary Guidance.** The Court provides the following preliminary thoughts and guidance to assist counsel in focusing their presentations and engagement with the Court.

    i. <u>Initial Conference of Counsel</u>: Before the conference, all counsel shall confer and seek consensus to the extent possible concerning the immediate issues and any other matters they wish to bring to the Court at this time. The Court expects that all counsel desiring to do so will have a full opportunity to participate in the discussion.

    ii. <u>Appointment of Counsel</u>: The Court envisions that one or more firms will act as interim lead class counsel. Fed. R. Civ. P. 23(g). The Court anticipates appointing interim lead class counsel based on several factors, including the following:

        - Longstanding connection to the affected communities, namely Orange and Los Angeles Counties;

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 21-01628-DOC-JDE                                   Date: November 8, 2021

                                                                                       Page 4

- Experience handling class actions and other complex litigation;

- Experience in litigation involving similar facts and issues to those in these cases;

- Work done identifying or investigating potential claims in this action;

- Knowledge of the applicable law (including environmental and bankruptcy law);

- The resources that counsel will commit to representing the class.

4. ***Representation at the Conference.*** Parties with similar interests may (but are not required to) agree on a single firm, or a limited number of firms, to act on their joint behalf at the conference. Attendance at the conference will not waive objections to jurisdiction, service, or like matters.

5. ***Preliminary Report.*** In preparation for presentations at the conference, each firm or group of firms may submit to the Court by December 10, 2021 a report including the following:

   i. The firm or group of firms' arguments for why they are best placed to be interim lead class counsel in these actions. The Court is in receipt of similar filings from a small number of firms and groups of firms but wishes to hear arguments from all counsel.

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 21-01628-DOC-JDE                Date: November 8, 2021

                                                                                    Page 5

    ii.    Whether the Court should consolidate the cases at this point or wait for further developments as to claims and/or sub-classes.

    iii.    Proposal for a coordinated plan for the actions.

IT IS SO ORDERED.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                  Initials of Deputy Clerk:
                                                                                              kdu
CIVIL-GEN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 21-01628-DOC-JDE                                    Date: November 8, 2021

Page 6

**List of Related Cases**

| Case Title | Case Number | Date Filed |
|---|---|---|
| Peter Moses Gutierrez Jr. v. Amplify Energy Corporation et al. | 8:21-cv-01628-DOC-JDE | 10/04/2021 |
| Stephen E. Samuelian et al. v. Amplify Energy Corp., et al. | 8:21-cv-01658-DOC-JDE | 10/06/2021 |
| Banzai Surf Company, LLC v. Amplify Energy Corporation, et al. | 8:21-cv-01669-DOC-JDE | 10/07/2021 |
| Quality Sea Food, Inc. et al. v. Amplify Energy Corporation et al. | 8:21-cv-01680-DOC-JDE | 10/08/2021 |
| Davey's Locker Sportfishing, Inc. et al. v. Amplify Energy Corporation et al. | 8:21-cv-01684-DOC-JDE | 10/11/2021 |
| Ketcham Tackle LLC v. Amplify Energy Corp. et al. | 8:21-cv-01685-DOC-JDE | 10/11/2021 |
| Newport Surfrider, LLC v. Amplify Energy Corporation et al. | 8:21-cv-01686-DOC-JDE | 10/11/2021 |
| Bradley Bitton et al. v. Amplify Energy Corporation et al. | 8:21-cv-01694-DOC-JDE | 10/12/2021 |
| James Whelan et al. v. Amplify Energy Corporation et al. | 8:21-cv-01706-DOC-JDE | 10/13/2021 |
| Beyond Business Incorporated v. Amplify Energy Corporation et al. | 8:21-cv-01714-DOC-JDE | 10/14/2021 |
| N.S.T. v. Amplify Energy Corporation, a Delaware corporation et al. | 8:21-cv-01722-DOC-JDE | 10/17/2021 |
| East Meets West Excursions, et al. v. Amplify Energy Corporation, et al. | 8:21-cv-01725-DOC-JDE | 10/18/2021 |
| Hills Boat Service, Inc. v. Amplify Energy Corp. et al. | 8:21-cv-01734-DOC-JDE | 10/19/2021 |
| Charlie's Gyros, Inc. v. Amplify Energy Corporation et al. | 8:21-cv-01738-DOC-JDE | 10/20/2021 |