1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| PETER MOSES GUTIERREZ JR., an individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>AMPLIFY ENERGY CORPORATION; BETA OPERATING COMPANY, LLC; and DOE CORPS 1-100,<br><br>    Defendants. | CASE NO. 8:21-cv-01628-DOC-JDE<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING CASE SCHEDULING**<br><br>Judge:        Hon. David O. Carter |
|---|---|

# ORDER

In the event the Court consolidates some or all of the related cases, Plaintiffs in the putative class action cases shall file a consolidated amended complaint or complaints no later than 30 days after the appointment of Interim Co-Lead Class Counsel. The Plaintiff in *Hill's Boat Service, Inc. v. Amplify Energy Corp.* shall have 60 days after the appointment of Interim Co-Lead Class Counsel to join an amended consolidated complaint or file an amended complaint. Defendants do not need to respond to any current complaints, and will respond to any amended consolidated complaint or complaints within 60 days after such complaint is filed. In the event the Court does not consolidate any of the related cases, the parties shall meet and confer regarding the time the Defendants will have to respond to the pending complaints subject to any further orders from this Court.

IT IS SO ORDERED.

DATED: November 24, 2021

*[signature]*

The Hon. David O. Carter