**F I L E D**
CLERK, U.S. DISTRICT COURT

12/27/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ kdu _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| **PETER MOSES GUTIERREZ JR. ET AL.**<br><br>　　**Plaintiffs,**<br><br><br>　　**vs.**<br><br><br>**AMPLIFY ENERGY CORP. ET AL.,**<br><br>　　**Defendants.** | **Case No. SA 21-CV-1628-DOC-JDE**<br><br><br>**CONSENT AND AFFIDAVIT OF SPECIAL MASTER DANIEL GARRIE, ESQ.** |

1. I, Daniel Garrie, hereby affirm under penalty of perjury, that I am currently serving as a neutral at JAMS, in the office 555 W. 5th St., 32nd Floor, Los Angeles, CA 90013.

2. I have received the Order Appointing Special Masters, signed by United States District Judge, Hon. David O. Carter, and I hereby consent to appointment as Special Master in the above-entitled case. The normal rate of compensation as a neutral Master is $750.00 per hour plus administrative fees.

3. I have read and reviewed the grounds for disqualification under 28 U.S.C. § 455 and declare as follows:

a. I have no personal bias or prejudice concerning a party or personal knowledge of disputed evidentiary facts concerning the proceeding.

b. I have not served in private practice and have not served as a lawyer in the matter in controversy, nor has any lawyer with whom I previously practiced law served during such

**CONSENT AND AFFIDAVIT OF SPECIAL MASTER DANIEL GARRIE, ESQ.**

-1-

association as a lawyer concerning the matter, nor as a judge or lawyer have I been a material witness concerning it.

c.  I have not served in government employment wherein I would have participated as counsel, adviser or material witness concerning the proceeding, nor have I expressed an opinion concerning the merits of the case herein.

d.  I know that neither I, individually or as a fiduciary, has a financial interest in the subject matter in controversy, nor in a party to the proceeding, nor any other interest that could be substantially affected by the outcome of the proceeding.

e.  I state that neither I, nor my spouse, nor my immediate family:

(i) is a party to the proceeding, nor an officer, director, nor trustee of a party

(ii) is acting as a lawyer in the proceeding;

(iii) is known by this Master to have an interest that could be substantially affected by the outcome of the proceeding;

(iv) is to the Master's knowledge, likely to be a material witness in the proceeding.


I declare under penalty of perjury that the preceding facts are true as known to me or those matters not directly known to me are true on information and belief.


DATED:  December 27, 2021

Daniel Garrie, Esq.

**CONSENT AND AFFIDAVIT OF SPECIAL MASTER DANIEL GARRIE, ESQ.**

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |

## Defendant(s)

**Amplify Energy Corporation**
No Address Listed

**Relevant Cases heard with Amplify Energy Corporation**

No Cases to Report

**Beta Operating Company, LLC**
No Address Listed

**Relevant Cases heard with Beta Operating Company, LLC**

No Cases to Report

**San Pedro Bay Pipeline Company**
No Address Listed

**Relevant Cases heard with San Pedro Bay Pipeline Company**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures ☐ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |

## Counsel for Defendant

**Anna G. Rotman**
**Kirkland & Ellis LLP**

609 Main St.
Houston, TX 77002

**Relevant Cases heard with Anna G. Rotman**

   No Cases to Report

**Christopher W. Keegan**
**Kirkland & Ellis LLP**

555 California St.
San Francisco, CA 94104

**Relevant Cases heard with Christopher W. Keegan**

   No Cases to Report

**Relevant Cases heard with Kirkland & Ellis LLP**

   **Arbitration**

   · **Arbitration(s) - Closed cases**                    **1**

**Daniel T. Donovan**
**Kirkland & Ellis LLP**

1301 Pennsylvania Avenue, NW
Washington, DC 20004

**Relevant Cases heard with Daniel T. Donovan**

   No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |

## Counsel for Judge

**David O. Carter**
**US District Court**

Ronald Regan Federal Bldg: Court Room 9D
411 W. Fourth St., #1053
Santa Ana, CA 92701-4516

**Relevant Cases heard with David O. Carter**

    No Cases to Report

**Relevant Cases heard with US District Court**

    No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

## Plaintiff(s)

**Banzai Surf Company, LLC**

No Address Listed

**Relevant Cases heard with Banzai Surf Company, LLC**

No Cases to Report

**Big Fish Bait and Tackle**

No Address Listed

**Relevant Cases heard with Big Fish Bait and Tackle**

No Cases to Report

**Blue Pacific Fisheries**

No Address Listed

**Relevant Cases heard with Blue Pacific Fisheries**

No Cases to Report

**Bradley Bitton dba Brad's Live Local Lobster**

No Address Listed

**Relevant Cases heard with Bradley Bitton dba Brad's Live Local Lobster**

No Cases to Report

**Chandralekha Wickramasekaran**

No Address Listed

**Relevant Cases heard with Chandralekha Wickramasekaran**

No Cases to Report

**Charlie's Gyros, Inc.**

No Address Listed

**Relevant Cases heard with Charlie's Gyros, Inc.**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

**Davey's Locker Sportfishing Inc.**

No Address Listed

**Relevant Cases heard with Davey's Locker Sportfishing Inc.**

No Cases to Report

**Donald C Brockman Trust**

No Address Listed

**Relevant Cases heard with Donald C Brockman Trust**

No Cases to Report

**Donald C Brockman**

No Address Listed

**Relevant Cases heard with Donald C Brockman**

No Cases to Report

**East Meets West Excursions**

No Address Listed

**Relevant Cases heard with East Meets West Excursions**

No Cases to Report

**Gina Rosansky**

No Address Listed

**Relevant Cases heard with Gina Rosansky**

No Cases to Report

**Greg Taylor**

No Address Listed

**Relevant Cases heard with Greg Taylor**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

**Gregory C and Deborah L Hexberg Family Trust**

No Address Listed

**Relevant Cases heard with Gregory C and Deborah L Hexberg Family Trust**

   No Cases to Report

**Gregory Hexberg**

No Address Listed

**Relevant Cases heard with Gregory Hexberg**

   No Cases to Report

**Heidi M Brockman Trust**

No Address Listed

**Relevant Cases heard with Heidi M Brockman Trust**

   No Cases to Report

**Heidi M Jacques**

No Address Listed

**Relevant Cases heard with Heidi M Jacques**

   No Cases to Report

**Hill's Boat Service, Inc.**

No Address Listed

**Relevant Cases heard with Hill's Boat Service, Inc.**

   No Cases to Report

**Ivar Southern**

No Address Listed

**Relevant Cases heard with Ivar Southern**

   No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

**Jack Buttler**

No Address Listed

**Relevant Cases heard with Jack Buttler**

No Cases to Report

**James Whelan**

No Address Listed

**Relevant Cases heard with James Whelan**

No Cases to Report

**Jennifer Taylor**

No Address Listed

**Relevant Cases heard with Jennifer Taylor**

No Cases to Report

**John Pedicini**

No Address Listed

**Relevant Cases heard with John Pedicini**

No Cases to Report

**Jolynn Mahoney**

No Address Listed

**Relevant Cases heard with Jolynn Mahoney**

No Cases to Report

**Ketcham Tackle, LLC**

No Address Listed

**Relevant Cases heard with Ketcham Tackle, LLC**

No Cases to Report

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |

---

**Kirk Schoonover**

No Address Listed

**Relevant Cases heard with Kirk Schoonover**

No Cases to Report

---

**Kristin and Stephen Samuelian Family Trust est 8/25/2017**

No Address Listed

**Relevant Cases heard with Kristin and Stephen Samuelian Family Trust est 8/25/2017**

No Cases to Report

---

**Kristin Kay Samuelian**

No Address Listed

**Relevant Cases heard with Kristin Kay Samuelian**

No Cases to Report

---

**LBC Seafood, Inc.**

No Address Listed

**Relevant Cases heard with LBC Seafood, Inc.**

No Cases to Report

---

**Linda Southern**

No Address Listed

**Relevant Cases heard with Linda Southern**

No Cases to Report

---

**Marysue Pedicini**

No Address Listed

**Relevant Cases heard with Marysue Pedicini**

No Cases to Report

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

**Michael Jensen**

No Address Listed

**Relevant Cases heard with Michael Jensen**

No Cases to Report

**Michaelangelo Saint Thomas**

No Address Listed

**Relevant Cases heard with Michaelangelo Saint Thomas**

No Cases to Report

**Mike Owens**

No Address Listed

**Relevant Cases heard with Mike Owens**

No Cases to Report

**N.S.T., minor**

No Address Listed

**Relevant Cases heard with N.S.T., minor**

No Cases to Report

**Newport Landing Sportfishing, Inc.**

No Address Listed

**Relevant Cases heard with Newport Landing Sportfishing, Inc.**

No Cases to Report

**Newport Surfrider, LLC**

No Address Listed

**Relevant Cases heard with Newport Surfrider, LLC**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures ▢ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
| --- | --- | --- |

**Patrick Mahoney**

No Address Listed

**Relevant Cases heard with Patrick Mahoney**

No Cases to Report

**Peter Moses Gutierrez Jr.**

No Address Listed

**Relevant Cases heard with Peter Moses Gutierrez Jr.**

No Cases to Report

**Peter Moses Gutierrez Jr**

No Address Listed

**Relevant Cases heard with Peter Moses Gutierrez Jr**

No Cases to Report

**Quality Sea Food, Inc.**

No Address Listed

**Relevant Cases heard with Quality Sea Food, Inc.**

No Cases to Report

**Rajaskaran Wickramasekaran**

No Address Listed

**Relevant Cases heard with Rajaskaran Wickramasekaran**

No Cases to Report

**San Pedro Bait Co**

No Address Listed

**Relevant Cases heard with San Pedro Bait Co**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

**SK5-Keller Legacy, LLC**

No Address Listed

**Relevant Cases heard with SK5-Keller Legacy, LLC**

    No Cases to Report

**Stephen E Samuelian**

No Address Listed

**Relevant Cases heard with Stephen E Samuelian**

    No Cases to Report

**Steve Legere**

No Address Listed

**Relevant Cases heard with Steve Legere**

    No Cases to Report

**Steven Rosansky**

No Address Listed

**Relevant Cases heard with Steven Rosansky**

    No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| | | |
|---|---|---|
| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |

## Counsel for Plaintiff

**Mikael A Abye**
**Abye Law Offices**

88 Kearney St
Suite 1850
San Francisco, CA 94108

**Relevant Cases heard with Mikael A Abye**

    No Cases to Report

**Relevant Cases heard with Abye Law Offices**

    No Cases to Report

**Darren O'Leary Aitken**
**Aitken, Aitken & Cohn**

3 MacArthur Place
Suite 800
Santa Ana, CA 92707

**Relevant Cases heard with Darren O'Leary Aitken**

    No Cases to Report

**Megan G. Demshki**
**Aitken, Aitken & Cohn**

3 MacArthur Place
Suite 800
Santa Ana, CA 92707

**Relevant Cases heard with Megan G. Demshki**

    No Cases to Report

**Relevant Cases heard with Aitken, Aitken & Cohn**

    No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |

---

**Michael A. Penn**
**Aitken, Aitken & Cohn**

3 MacArthur Place
Suite 800
Santa Ana, CA 92707

**Relevant Cases heard with Michael A. Penn**

No Cases to Report

**Wylie A. Aitken**
**Aitken, Aitken & Cohn**

3 MacArthur Place
Suite 800
Santa Ana, CA 92707

**Relevant Cases heard with Wylie A. Aitken**

No Cases to Report

**Erica Ann Maharg**
**Aqua Terra Aeris Law Group PC**

4030 Martin Luther King Jr. Way
Oakland, CA 94609

**Relevant Cases heard with Erica Ann Maharg**

No Cases to Report

**James Thomas Brett**
**Aqua Terra Aeris Law Group PC**

4030 Martin Luther King Jr. Way
Oakland, CA 94609

**Relevant Cases heard with James Thomas Brett**

No Cases to Report

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

**Jason R. Flanders**
**Aqua Terra Aeris Law Group PC**

4030 Martin Luther King Jr. Way
Oakland, CA 94609

**Relevant Cases heard with Jason R. Flanders**

    No Cases to Report

**Matthew C. Maclear**
**Aqua Terra Aeris Law Group PC**

4030 Martin Luther King Jr. Way
Oakland, CA 94609

**Relevant Cases heard with Matthew C. Maclear**

    No Cases to Report

**Relevant Cases heard with Aqua Terra Aeris Law Group PC**

    No Cases to Report

**Gregory L. Bentley**
**Bentley & More LLP**

4931 Birch Street
Newport Beach, CA 92660

**Relevant Cases heard with Gregory L. Bentley**

    No Cases to Report

**Relevant Cases heard with Bentley & More LLP**

    No Cases to Report

**Jaimi M Groothuis**
**Bentley & More LLP**

4931 Birch Street
Newport Beach, CA 92660

**Relevant Cases heard with Jaimi M Groothuis**

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures ☐ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |

No Cases to Report

**Matthew W. Clark**
**Bentley & More LLP**

4931 Birch Street
Newport Beach, CA 92660

**Relevant Cases heard with Matthew W. Clark**

No Cases to Report

**Albert Y. Chang**
**Bottini & Bottini LLP**

7817 Ivanhoe Ave.
Suite 102
La Jolla, CA 92037

**Relevant Cases heard with Albert Y. Chang**

No Cases to Report

**Relevant Cases heard with Bottini & Bottini LLP**

No Cases to Report

**Francis A. Bottini, Jr.**
**Bottini & Bottini LLP**

7817 Ivanhoe Ave.
Suite 102
La Jolla, CA 92037

**Relevant Cases heard with Francis A. Bottini, Jr.**

No Cases to Report

**Yury A. Kolesnikov**
**Bottini & Bottini LLP**

7817 Ivanhoe Ave.
Suite 102
La Jolla, CA 92037

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

**Relevant Cases heard with Yury A. Kolesnikov**

　No Cases to Report

**A. Barry Cappello**
**Cappello & Noel LLP**

831 State Street
Santa Barbara, CA 93101-3227

**Relevant Cases heard with A. Barry Cappello**

　No Cases to Report

**Lawrence J. Conlan**
**Cappello & Noel LLP**

831 State Street
Santa Barbara, CA 93101-3227

**Relevant Cases heard with Lawrence J. Conlan**

　No Cases to Report

**Relevant Cases heard with Cappello & Noel LLP**

　No Cases to Report

**Leila Jacobson Noel**
**Cappello & Noel LLP**

831 State Street
Santa Barbara, CA 93101-3227

**Relevant Cases heard with Leila Jacobson Noel**

　No Cases to Report

**David S. Casey Jr.**
**Casey, Gerry, Schenk, et al.**

110 Laurel St.
San Diego, CA 92101

**Relevant Cases heard with David S. Casey Jr.**

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures ☐ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

No Cases to Report

**Relevant Cases heard with Casey, Gerry, Schenk, et al.**

No Cases to Report

**Frederick Schenk**
**Casey, Gerry, Schenk, et al.**

110 Laurel St.
San Diego, CA 92101

**Relevant Cases heard with Frederick Schenk**

No Cases to Report

**Gayle M. Blatt**
**Casey, Gerry, Schenk, et al.**

110 Laurel St.
San Diego, CA 92101

**Relevant Cases heard with Gayle M. Blatt**

No Cases to Report

**Samantha A Kaplan**
**Casey, Gerry, Schenk, et al.**

110 Laurel St.
San Diego, CA 92101

**Relevant Cases heard with Samantha A Kaplan**

No Cases to Report

**Anne M. Murphy**
**Cotchett, Pitre & McCarthy**

840 Malcolm Rd.
Suite 200
Burlingame, CA 94010

**Relevant Cases heard with Anne M. Murphy**

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures ☐ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |

No Cases to Report

**Gary Allan Praglin**
**Cotchett, Pitre & McCarthy**

2716 Ocean Park Blvd.
Suite 3088
Santa Monica, CA 90405

**Relevant Cases heard with Gary Allan Praglin**

No Cases to Report

**Hannah Katrina G Brown**
**Cotchett, Pitre & McCarthy**

2716 Ocean Park Blvd.
Suite 3088
Santa Monica, CA 90405

**Relevant Cases heard with Hannah Katrina G Brown**

No Cases to Report

**Kelly Weil**
**Cotchett, Pitre & McCarthy**

2716 Ocean Park Blvd.
Suite 3088
Santa Monica, CA 90405

**Relevant Cases heard with Kelly Weil**

No Cases to Report

**Nanci E. Nishimura**
**Cotchett, Pitre & McCarthy**

840 Malcolm Rd.
Suite 200
Burlingame, CA 94010

**Relevant Cases heard with Nanci E. Nishimura**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

**Robert B. Hutchinson**
**Cotchett, Pitre & McCarthy**
2716 Ocean Park Blvd.
Suite 3088
Santa Monica, CA 90405

**Relevant Cases heard with Robert B. Hutchinson**

No Cases to Report

**Relevant Cases heard with Cotchett, Pitre & McCarthy**

No Cases to Report

**Jessica Grau**
**Golden Injury Law**
17291 Irvine Blvd
Suite 440
Tustin, CA 92780-2963

**Relevant Cases heard with Jessica Grau**

No Cases to Report

**Relevant Cases heard with Golden Injury Law**

No Cases to Report

**Stuart G. Gross**
**Gross & Klein**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111

**Relevant Cases heard with Stuart G. Gross**

No Cases to Report

**Relevant Cases heard with Gross & Klein**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures ☐ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

---

**Stephen J. Herman**
**Herman, Herman, Katz & Cotlar**
820 O'Keefe Ave.
New Orleans, LA 70113-1116

**Relevant Cases heard with Stephen J. Herman**

No Cases to Report

**Relevant Cases heard with Herman, Herman, Katz & Cotlar**

No Cases to Report

**Anna-Patrice M Harris**
**Joseph Saveri Law Firm**
601 California Street
Suite 1000
San Francisco, CA 94108

**Relevant Cases heard with Anna-Patrice M Harris**

No Cases to Report

**Christopher Young**
**Joseph Saveri Law Firm**
601 California Street
Suite 1000
San Francisco, CA 94108

**Relevant Cases heard with Christopher Young**

No Cases to Report

**Relevant Cases heard with Joseph Saveri Law Firm**

No Cases to Report

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

**Joseph Saveri**
**Joseph Saveri Law Firm**

601 California Street
Suite 1000
San Francisco, CA 94108

**Relevant Cases heard with Joseph Saveri**

    No Cases to Report

**Steven N. Williams**
**Joseph Saveri Law Firm**

601 California Street
Suite 1000
San Francisco, CA 94108

**Relevant Cases heard with Steven N. Williams**

    No Cases to Report

**Jason A. Ibey**
**Kazerouni Law Group, APC**

245 Fischer Ave.
Suite D-1
Costa Mesa, CA 92626-4539

**Relevant Cases heard with Jason A. Ibey**

    No Cases to Report

**Relevant Cases heard with Kazerouni Law Group, APC**

  **Arbitration**

   · **Arbitration(s) - Closed cases**                          **2**

**Seyed A. Kazerounian**
**Kazerouni Law Group, APC**

245 Fischer Ave.
Suite D-1
Costa Mesa, CA 92626-4539

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| | | |
|---|---|---|
| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |

**Relevant Cases heard with Seyed A. Kazerounian**

**Arbitration**

· **Arbitration(s) - Closed cases**                    **2**

**Rick Richmond**
**Larson LLP**

555 S Flower St
Suite 4400
Los Angeles, CA 90071

**Relevant Cases heard with Rick Richmond**

No Cases to Report

**Stephen G. Larson**
**Larson LLP**

555 S Flower St
Suite 4400
Los Angeles, CA 90071

**Relevant Cases heard with Stephen G. Larson**

No Cases to Report

**Relevant Cases heard with Larson LLP**

No Cases to Report

**Steven E. Bledsoe**
**Larson LLP**

600 Anton Blvd
Suite 1270
Costa Mesa, CA 92626

**Relevant Cases heard with Steven E. Bledsoe**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

**Elizabeth J. Cabraser**
**Lieff, Cabraser, Heimann & Bernstein LLP**

275 Battery St.
29th Floor
San Francisco, CA 94111

**Relevant Cases heard with Elizabeth J. Cabraser**

No Cases to Report

**Kelly K. McNabb**
**Lieff, Cabraser, Heimann & Bernstein LLP**

250 Hudson St.
8th Floor
New York, NY 10013-1413

**Relevant Cases heard with Kelly K. McNabb**

No Cases to Report

**Lexi Hazam**
**Lieff, Cabraser, Heimann & Bernstein LLP**

275 Battery St.
29th Floor
San Francisco, CA 94111

**Relevant Cases heard with Lexi Hazam**

No Cases to Report

**Relevant Cases heard with Lieff, Cabraser, Heimann & Bernstein LLP**

No Cases to Report

**Robert J. Nelson**
**Lieff, Cabraser, Heimann & Bernstein LLP**

275 Battery St.
29th Floor
San Francisco, CA 94111

**Relevant Cases heard with Robert J. Nelson**

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures ☐ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

No Cases to Report

**Wilson M. Dunlavey**
**Lieff, Cabraser, Heimann & Bernstein LLP**

275 Battery St.
29th Floor
San Francisco, CA 94111

**Relevant Cases heard with Wilson M. Dunlavey**

No Cases to Report

**Paul A Matiasic**
**Matiasic Firm, PC**

355 S Grand Ave
Suite 2450
Los Angeles, CA 90071

**Relevant Cases heard with Paul A Matiasic**

No Cases to Report

**Relevant Cases heard with Matiasic Firm, PC**

No Cases to Report

**David C. Wright**
**McCune Wright Arevalo, LLP**

3281 East Guasti Rd.
Suite 100
Ontario, CA 91761

**Relevant Cases heard with David C. Wright**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures ☐ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

**James G Perry**
**McCune Wright Arevalo, LLP**

3281 East Guasti Rd.
Suite 100
Ontario, CA 91761

**Relevant Cases heard with James G Perry**

   No Cases to Report

**Mark I Richards**
**McCune Wright Arevalo, LLP**

3281 East Guasti Rd.
Suite 100
Ontario, CA 91761

**Relevant Cases heard with Mark I Richards**

   No Cases to Report

**Richard D. McCune**
**McCune Wright Arevalo, LLP**

3281 East Guasti Rd.
Suite 100
Ontario, CA 91761

**Relevant Cases heard with Richard D. McCune**

   No Cases to Report

**Relevant Cases heard with McCune Wright Arevalo, LLP**

   No Cases to Report

**Blake Hunter Yagman**
**Milberg Coleman Bryson Phillips Grossman, PLLC**

100 Garden City Plaza
Garden City, NY 11530

**Relevant Cases heard with Blake Hunter Yagman**

   No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
| --- | --- | --- |

**Alex R. Straus**
**Milberg LLP**

280 S Beverly Drive PH
Beverly Hills, CA 90212-3905

**Relevant Cases heard with Alex R. Straus**

No Cases to Report

**Relevant Cases heard with Milberg LLP**

No Cases to Report

**Cynthia L. Garber**
**OnderLaw, LLC**

12 Corporate Plaza Dr
Suite 275
Newport Beach, CA 92660

**Relevant Cases heard with Cynthia L. Garber**

No Cases to Report

**Relevant Cases heard with OnderLaw, LLC**

No Cases to Report

**Alexander Robertson IV**
**Robertson & Associates, LLP**

32121 Lindero Canyon Road
Suite 200
Westlake Village, CA 91361

**Relevant Cases heard with Alexander Robertson IV**

No Cases to Report

**Relevant Cases heard with Robertson & Associates, LLP**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures ⬜ Report A (MKT016A)**

## Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

**Mark J. Uyeno**
**Robertson & Associates, LLP**

32121 Lindero Canyon Road
Suite 200
Westlake Village, CA 91361

**Relevant Cases heard with Mark J. Uyeno**

No Cases to Report

**Joel B. Young**
**Tidrick Law Firm**

1300 Clay Street
Suite 600
Oakland, CA 94612

**Relevant Cases heard with Joel B. Young**

No Cases to Report

**Relevant Cases heard with Tidrick Law Firm**

No Cases to Report

**Steven G. Tidrick**
**Tidrick Law Firm**

1300 Clay Street
Suite 600
Oakland, CA 94612

**Relevant Cases heard with Steven G. Tidrick**

No Cases to Report

**Guido E. Toscano**
**Westerman Law Corp.**

16133 Ventura Blvd
Suite 685
Encino, CA 91436

**Relevant Cases heard with Guido E. Toscano**

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures ☐ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

No Cases to Report

**Relevant Cases heard with Westerman Law Corp.**

No Cases to Report

**Jeff S. Westerman**

**Westerman Law Corp.**

16133 Ventura Blvd
Suite 685
Encino, CA 91436

**Relevant Cases heard with Jeff S. Westerman**

No Cases to Report

**Brittany S Armstrong**

**Whittington Law Firm**

100 Admiral Callaghan Ln
Unit 5482
Vallejo, CA 94591-3228

**Relevant Cases heard with Brittany S Armstrong**

No Cases to Report

**Relevant Cases heard with Whittington Law Firm**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

## Counsel for Special Master

**Bradley R. O'Brien**
**O'Brien Conflict Resolution**
P.O. Box 306
Sausalito, CA 94966

**Relevant Cases heard with Bradley R. O'Brien**

No Cases to Report

**Relevant Cases heard with O'Brien Conflict Resolution**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

## Other Disclosures

N/A

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 12/27/2016 to 12/27/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

## Defendant(s)

**Amplify Energy Corporation**
No Address Listed

**Relevant Cases heard with Amplify Energy Corporation**

| No Cases to Report |
|---|

**Beta Operating Company, LLC**
No Address Listed

**Relevant Cases heard with Beta Operating Company, LLC**

| No Cases to Report |
|---|

**San Pedro Bay Pipeline Company**
No Address Listed

**Relevant Cases heard with San Pedro Bay Pipeline Company**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

### JAMS Relevant Case Disclosure, Report B (MKT016C)

### Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 12/27/2016 to 12/27/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

## Counsel for Defendant

**Anna G. Rotman**
**Kirkland & Ellis LLP**
609 Main St.
Houston, TX 77002

**Relevant Cases heard with Anna G. Rotman**

| No Cases to Report |
|---|

**Christopher W. Keegan**
**Kirkland & Ellis LLP**
555 California St.
San Francisco, CA 94104

**Relevant Cases heard with Christopher W. Keegan**

| No Cases to Report |
|---|

**Relevant Cases heard with Kirkland & Ellis LLP**

Quid LLC f/k/a Quid, Inc. vs. Private Party (JAMS Reference No. 1220063424)  -  Arbitration

Panelist Role:Discovery Referee

Case Result(s):  Arbitrator for Discovery Purposes Only -No Applicable Result - 04/01/2020

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Patricia L. Glaser, Esq. | Glaser Weil Fink, et al. | CLAI | Quid, Inc. |
| Claude M. Stern, Esq. | Quinn Emanuel Urquhart & Sullivan LLP | RESP | Private Party |
| Lawrence M. Hadley, Esq. | Glaser Weil Fink, et al. | CLAI | Quid, Inc. |
| Sean Riley, Esq. | Glaser Weil Fink, et al. | CLAI | Quid, Inc. |
| Daniel C. Posner, Esq. | Quinn Emanuel Urquhart & Sullivan LLP | RESP | Private Party |
| Jordan Jaffe, Esq. | Quinn Emanuel Urquhart & Sullivan LLP | RESP | Private Party |
| John W. McCauley IV, Esq. | Quinn Emanuel Urquhart & Sullivan LLP | RESP | Private Party |
| Jacob Polin, Esq. | Quinn Emanuel Urquhart & Sullivan LLP | RESP | Private Party |
| Diana M. Torres, Esq. | Kirkland & Ellis LLP | CC | Quid, Inc. |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | CC | Quid, Inc. |

**Daniel T. Donovan**
**Kirkland & Ellis LLP**
1301 Pennsylvania Avenue, NW
Washington, DC 20004

**Relevant Cases heard with Daniel T. Donovan**

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 12/27/2016 to 12/27/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

| No Cases to Report |
|---|

## Counsel for Judge

**David O. Carter**
**US District Court**
Ronald Regan Federal Bldg: Court Room 9D
411 W. Fourth St., #1053
Santa Ana, CA 92701-4516

**Relevant Cases heard with David O. Carter**

| No Cases to Report |
|---|

**Relevant Cases heard with US District Court**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

## JAMS Relevant Case Disclosure, Report B (MKT016C)

### Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 12/27/2016 to 12/27/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

## Plaintiff(s)

**Banzai Surf Company, LLC**
No Address Listed

**Relevant Cases heard with Banzai Surf Company, LLC**

No Cases to Report

**Big Fish Bait and Tackle**
No Address Listed

**Relevant Cases heard with Big Fish Bait and Tackle**

No Cases to Report

**Blue Pacific Fisheries**
No Address Listed

**Relevant Cases heard with Blue Pacific Fisheries**

No Cases to Report

**Bradley Bitton dba Brad's Live Local Lobster**
No Address Listed

**Relevant Cases heard with Bradley Bitton dba Brad's Live Local Lobster**

No Cases to Report

**Chandralekha Wickramasekaran**
No Address Listed

**Relevant Cases heard with Chandralekha Wickramasekaran**

No Cases to Report

**Charlie's Gyros, Inc.**
No Address Listed

**Relevant Cases heard with Charlie's Gyros, Inc.**

No Cases to Report

**Davey's Locker Sportfishing Inc.**
No Address Listed

**Relevant Cases heard with Davey's Locker Sportfishing Inc.**

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

### JAMS Relevant Case Disclosure, Report B (MKT016C)

### Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 12/27/2016 to 12/27/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |

| No Cases to Report |

**Donald C Brockman Trust**
No Address Listed

**Relevant Cases heard with Donald C Brockman Trust**

| No Cases to Report |

**Donald C Brockman**
No Address Listed

**Relevant Cases heard with Donald C Brockman**

| No Cases to Report |

**East Meets West Excursions**
No Address Listed

**Relevant Cases heard with East Meets West Excursions**

| No Cases to Report |

**Gina Rosansky**
No Address Listed

**Relevant Cases heard with Gina Rosansky**

| No Cases to Report |

**Greg Taylor**
No Address Listed

**Relevant Cases heard with Greg Taylor**

| No Cases to Report |

**Gregory C and Deborah L Hexberg Family Trust**
No Address Listed

**Relevant Cases heard with Gregory C and Deborah L Hexberg Family Trust**

| No Cases to Report |

**Gregory Hexberg**
No Address Listed

**Relevant Cases heard with Gregory Hexberg**

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 12/27/2016 to 12/27/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

| No Cases to Report |
|---|

**Heidi M Brockman Trust**
No Address Listed

**Relevant Cases heard with Heidi M Brockman Trust**

| No Cases to Report |
|---|

**Heidi M Jacques**
No Address Listed

**Relevant Cases heard with Heidi M Jacques**

| No Cases to Report |
|---|

**Hill's Boat Service, Inc.**
No Address Listed

**Relevant Cases heard with Hill's Boat Service, Inc.**

| No Cases to Report |
|---|

**Ivar Southern**
No Address Listed

**Relevant Cases heard with Ivar Southern**

| No Cases to Report |
|---|

**Jack Buttler**
No Address Listed

**Relevant Cases heard with Jack Buttler**

| No Cases to Report |
|---|

**James Whelan**
No Address Listed

**Relevant Cases heard with James Whelan**

| No Cases to Report |
|---|

**Jennifer Taylor**
No Address Listed

**Relevant Cases heard with Jennifer Taylor**

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 12/27/2016 to 12/27/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

| No Cases to Report |
|---|

**John Pedicini**
No Address Listed

**Relevant Cases heard with John Pedicini**

| No Cases to Report |
|---|

**Jolynn Mahoney**
No Address Listed

**Relevant Cases heard with Jolynn Mahoney**

| No Cases to Report |
|---|

**Ketcham Tackle, LLC**
No Address Listed

**Relevant Cases heard with Ketcham Tackle, LLC**

| No Cases to Report |
|---|

**Kirk Schoonover**
No Address Listed

**Relevant Cases heard with Kirk Schoonover**

| No Cases to Report |
|---|

**Kristin and Stephen Samuelian Family Trust est 8/25/2017**
No Address Listed

**Relevant Cases heard with Kristin and Stephen Samuelian Family Trust est 8/25/2017**

| No Cases to Report |
|---|

**Kristin Kay Samuelian**
No Address Listed

**Relevant Cases heard with Kristin Kay Samuelian**

| No Cases to Report |
|---|

**LBC Seafood, Inc.**
No Address Listed

**Relevant Cases heard with LBC Seafood, Inc.**

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 12/27/2016 to 12/27/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

| No Cases to Report |
|---|

**Linda Southern**
No Address Listed

**Relevant Cases heard with Linda Southern**

| No Cases to Report |
|---|

**Marysue Pedicini**
No Address Listed

**Relevant Cases heard with Marysue Pedicini**

| No Cases to Report |
|---|

**Michael Jensen**
No Address Listed

**Relevant Cases heard with Michael Jensen**

| No Cases to Report |
|---|

**Michaelangelo Saint Thomas**
No Address Listed

**Relevant Cases heard with Michaelangelo Saint Thomas**

| No Cases to Report |
|---|

**Mike Owens**
No Address Listed

**Relevant Cases heard with Mike Owens**

| No Cases to Report |
|---|

**N.S.T., minor**
No Address Listed

**Relevant Cases heard with N.S.T., minor**

| No Cases to Report |
|---|

**Newport Landing Sportfishing, Inc.**
No Address Listed

**Relevant Cases heard with Newport Landing Sportfishing, Inc.**

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 12/27/2016 to
12/27/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General
Disclosures, Report A.

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

| No Cases to Report |
|---|

**Newport Surfrider, LLC**
No Address Listed

**Relevant Cases heard with Newport Surfrider, LLC**

| No Cases to Report |
|---|

**Patrick Mahoney**
No Address Listed

**Relevant Cases heard with Patrick Mahoney**

| No Cases to Report |
|---|

**Peter Moses Gutierrez Jr.**
No Address Listed

**Relevant Cases heard with Peter Moses Gutierrez Jr.**

| No Cases to Report |
|---|

**Peter Moses Gutierrez Jr**
No Address Listed

**Relevant Cases heard with Peter Moses Gutierrez Jr**

| No Cases to Report |
|---|

**Quality Sea Food, Inc.**
No Address Listed

**Relevant Cases heard with Quality Sea Food, Inc.**

| No Cases to Report |
|---|

**Rajaskaran Wickramasekaran**
No Address Listed

**Relevant Cases heard with Rajaskaran Wickramasekaran**

| No Cases to Report |
|---|

**San Pedro Bait Co**
No Address Listed

**Relevant Cases heard with San Pedro Bait Co**

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial
success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with
JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so
in the future.
* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 12/27/2016 to 12/27/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

| No Cases to Report |
|---|

**SK5-Keller Legacy, LLC**

No Address Listed

**Relevant Cases heard with SK5-Keller Legacy, LLC**

| No Cases to Report |
|---|

**Stephen E Samuelian**

No Address Listed

**Relevant Cases heard with Stephen E Samuelian**

| No Cases to Report |
|---|

**Steve Legere**

No Address Listed

**Relevant Cases heard with Steve Legere**

| No Cases to Report |
|---|

**Steven Rosansky**

No Address Listed

**Relevant Cases heard with Steven Rosansky**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 12/27/2016 to 12/27/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

## Counsel for Plaintiff

**Mikael A Abye**
**Abye Law Offices**
88 Kearney St
Suite 1850
San Francisco, CA 94108

**Relevant Cases heard with Mikael A Abye**

| No Cases to Report |
|---|

**Relevant Cases heard with Abye Law Offices**

| No Cases to Report |
|---|

**Darren O'Leary Aitken**
**Aitken, Aitken & Cohn**
3 MacArthur Place
Suite 800
Santa Ana, CA 92707

**Relevant Cases heard with Darren O'Leary Aitken**

| No Cases to Report |
|---|

**Megan G. Demshki**
**Aitken, Aitken & Cohn**
3 MacArthur Place
Suite 800
Santa Ana, CA 92707

**Relevant Cases heard with Megan G. Demshki**

| No Cases to Report |
|---|

**Relevant Cases heard with Aitken, Aitken & Cohn**

| No Cases to Report |
|---|

**Michael A. Penn**
**Aitken, Aitken & Cohn**
3 MacArthur Place
Suite 800
Santa Ana, CA 92707

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

### JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 12/27/2016 to 12/27/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

**Relevant Cases heard with Michael A. Penn**

| No Cases to Report |
|---|

**Wylie A. Aitken**
**Aitken, Aitken & Cohn**

3 MacArthur Place
Suite 800
Santa Ana, CA 92707

**Relevant Cases heard with Wylie A. Aitken**

| No Cases to Report |
|---|

**Erica Ann Maharg**
**Aqua Terra Aeris Law Group PC**

4030 Martin Luther King Jr. Way
Oakland, CA 94609

**Relevant Cases heard with Erica Ann Maharg**

| No Cases to Report |
|---|

**James Thomas Brett**
**Aqua Terra Aeris Law Group PC**

4030 Martin Luther King Jr. Way
Oakland, CA 94609

**Relevant Cases heard with James Thomas Brett**

| No Cases to Report |
|---|

**Jason R. Flanders**
**Aqua Terra Aeris Law Group PC**

4030 Martin Luther King Jr. Way
Oakland, CA 94609

**Relevant Cases heard with Jason R. Flanders**

| No Cases to Report |
|---|

**Matthew C. Maclear**
**Aqua Terra Aeris Law Group PC**

4030 Martin Luther King Jr. Way
Oakland, CA 94609

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 12/27/2016 to
12/27/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General
Disclosures, Report A.

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

**Relevant Cases heard with Matthew C. Maclear**

| No Cases to Report |
|---|

**Relevant Cases heard with Aqua Terra Aeris Law Group PC**

| No Cases to Report |
|---|

**Gregory L. Bentley**
**Bentley & More LLP**

4931 Birch Street
Newport Beach, CA 92660

**Relevant Cases heard with Gregory L. Bentley**

| No Cases to Report |
|---|

**Relevant Cases heard with Bentley & More LLP**

| No Cases to Report |
|---|

**Jaimi M Groothuis**
**Bentley & More LLP**

4931 Birch Street
Newport Beach, CA 92660

**Relevant Cases heard with Jaimi M Groothuis**

| No Cases to Report |
|---|

**Matthew W. Clark**
**Bentley & More LLP**

4931 Birch Street
Newport Beach, CA 92660

**Relevant Cases heard with Matthew W. Clark**

| No Cases to Report |
|---|

**Albert Y. Chang**
**Bottini & Bottini LLP**

7817 Ivanhoe Ave.
Suite 102
La Jolla, CA 92037

**Relevant Cases heard with Albert Y. Chang**

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial
success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with
JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so
in the future.
* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

### JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 12/27/2016 to 12/27/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

| No Cases to Report |
|---|

**Relevant Cases heard with Bottini & Bottini LLP**

| No Cases to Report |
|---|

**Francis A. Bottini, Jr.**
**Bottini & Bottini LLP**
7817 Ivanhoe Ave.
Suite 102
La Jolla, CA 92037

**Relevant Cases heard with Francis A. Bottini, Jr.**

| No Cases to Report |
|---|

**Yury A. Kolesnikov**
**Bottini & Bottini LLP**
7817 Ivanhoe Ave.
Suite 102
La Jolla, CA 92037

**Relevant Cases heard with Yury A. Kolesnikov**

| No Cases to Report |
|---|

**A. Barry Cappello**
**Cappello & Noel LLP**
831 State Street
Santa Barbara, CA 93101-3227

**Relevant Cases heard with A. Barry Cappello**

| No Cases to Report |
|---|

**Lawrence J. Conlan**
**Cappello & Noel LLP**
831 State Street
Santa Barbara, CA 93101-3227

**Relevant Cases heard with Lawrence J. Conlan**

| No Cases to Report |
|---|

**Relevant Cases heard with Cappello & Noel LLP**

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

### JAMS Relevant Case Disclosure, Report B (MKT016C)

#### Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 12/27/2016 to 12/27/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| | | |
|---|---|---|
| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |

| No Cases to Report |
|---|

**Leila Jacobson Noel**
**Cappello & Noel LLP**
831 State Street
Santa Barbara, CA 93101-3227

**Relevant Cases heard with Leila Jacobson Noel**

| No Cases to Report |
|---|

**David S. Casey Jr.**
**Casey, Gerry, Schenk, et al.**
110 Laurel St.
San Diego, CA 92101

**Relevant Cases heard with David S. Casey Jr.**

| No Cases to Report |
|---|

**Relevant Cases heard with Casey, Gerry, Schenk, et al.**

| No Cases to Report |
|---|

**Frederick Schenk**
**Casey, Gerry, Schenk, et al.**
110 Laurel St.
San Diego, CA 92101

**Relevant Cases heard with Frederick Schenk**

| No Cases to Report |
|---|

**Gayle M. Blatt**
**Casey, Gerry, Schenk, et al.**
110 Laurel St.
San Diego, CA 92101

**Relevant Cases heard with Gayle M. Blatt**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

### JAMS Relevant Case Disclosure, Report B (MKT016C)

## Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 12/27/2016 to 12/27/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |

**Samantha A Kaplan**
**Casey, Gerry, Schenk, et al.**
110 Laurel St.
San Diego, CA 92101

**Relevant Cases heard with Samantha A Kaplan**

| No Cases to Report |

**Anne M. Murphy**
**Cotchett, Pitre & McCarthy**
840 Malcolm Rd.
Suite 200
Burlingame, CA 94010

**Relevant Cases heard with Anne M. Murphy**

| No Cases to Report |

**Gary Allan Praglin**
**Cotchett, Pitre & McCarthy**
2716 Ocean Park Blvd.
Suite 3088
Santa Monica, CA 90405

**Relevant Cases heard with Gary Allan Praglin**

| No Cases to Report |

**Hannah Katrina G Brown**
**Cotchett, Pitre & McCarthy**
2716 Ocean Park Blvd.
Suite 3088
Santa Monica, CA 90405

**Relevant Cases heard with Hannah Katrina G Brown**

| No Cases to Report |

**Kelly Weil**
**Cotchett, Pitre & McCarthy**
2716 Ocean Park Blvd.
Suite 3088
Santa Monica, CA 90405

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 12/27/2016 to 12/27/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |

**Relevant Cases heard with Kelly Weil**

| No Cases to Report |

**Nanci E. Nishimura**
**Cotchett, Pitre & McCarthy**

840 Malcolm Rd.
Suite 200
Burlingame, CA 94010

**Relevant Cases heard with Nanci E. Nishimura**

| No Cases to Report |

**Robert B. Hutchinson**
**Cotchett, Pitre & McCarthy**

2716 Ocean Park Blvd.
Suite 3088
Santa Monica, CA 90405

**Relevant Cases heard with Robert B. Hutchinson**

| No Cases to Report |

**Relevant Cases heard with Cotchett, Pitre & McCarthy**

| No Cases to Report |

**Jessica Grau**
**Golden Injury Law**

17291 Irvine Blvd
Suite 440
Tustin, CA 92780-2963

**Relevant Cases heard with Jessica Grau**

| No Cases to Report |

**Relevant Cases heard with Golden Injury Law**

| No Cases to Report |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

### JAMS Relevant Case Disclosure, Report B (MKT016C)

### Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 12/27/2016 to 12/27/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

**Stuart G. Gross**
**Gross & Klein**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111

**Relevant Cases heard with Stuart G. Gross**

| No Cases to Report |
|---|

**Relevant Cases heard with Gross & Klein**

| No Cases to Report |
|---|

**Stephen J. Herman**
**Herman, Herman, Katz & Cotlar**
820 O'Keefe Ave.
New Orleans, LA 70113-1116

**Relevant Cases heard with Stephen J. Herman**

| No Cases to Report |
|---|

**Relevant Cases heard with Herman, Herman, Katz & Cotlar**

| No Cases to Report |
|---|

**Anna-Patrice M Harris**
**Joseph Saveri Law Firm**
601 California Street
Suite 1000
San Francisco, CA 94108

**Relevant Cases heard with Anna-Patrice M Harris**

| No Cases to Report |
|---|

**Christopher Young**
**Joseph Saveri Law Firm**
601 California Street
Suite 1000
San Francisco, CA 94108

**Relevant Cases heard with Christopher Young**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 12/27/2016 to
12/27/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General
Disclosures, Report A.

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

### Relevant Cases heard with Joseph Saveri Law Firm

| No Cases to Report |
|---|

**Joseph Saveri**
**Joseph Saveri Law Firm**
601 California Street
Suite 1000
San Francisco, CA 94108

### Relevant Cases heard with Joseph Saveri

| No Cases to Report |
|---|

**Steven N. Williams**
**Joseph Saveri Law Firm**
601 California Street
Suite 1000
San Francisco, CA 94108

### Relevant Cases heard with Steven N. Williams

| No Cases to Report |
|---|

**Jason A. Ibey**
**Kazerouni Law Group, APC**
245 Fischer Ave.
Suite D-1
Costa Mesa, CA 92626-4539

### Relevant Cases heard with Jason A. Ibey

| No Cases to Report |
|---|

### Relevant Cases heard with Kazerouni Law Group, APC

Private Party vs. Credit One Financial dba Credit One Bank (JAMS Reference No. 1220056270)  -  Arbitration

Panelist Role:Neutral Arbitrator - Sole Arbitrator

Case Result(s):  Settled prior to hearing - 12/04/2018

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Joshua B. Swigart, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Bonnie McKnight, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Seyed Abbas Kazerounian, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Sarah McEahern, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Anthony Chester, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial
success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with
JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so
in the future.
* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 12/27/2016 to 12/27/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

| | | | |
|---|---|---|---|
| Michael Kind | Kazerouni Law Group, APC | CLAI | Private Party |
| Mark Ankcorn, Esq. | Ankcorn Law Firm, PLLC | CLAI | Private Party |
| Ann Marie Hansen, Esq. | Ankcorn Law Firm, PLLC | CLAI | Private Party |
| Syed Ali Saeed, Esq. | Saeed & Little, LLC | CLAI | Private Party |
| Tuan Van Uong, Esq. | Reed Smith LLP | RESP | Credit One Financial dba Credit One Bank |
| David J. McGlothlin, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Ryan L. McBride, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Emily Beecham, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |

Private Party vs. Credit One Financial dba Credit One Bank (JAMS Reference No. 1220056279)  -  Arbitration

Panelist Role:Neutral Arbitrator - Sole Arbitrator

Case Result(s):  Settled prior to hearing - 02/20/2019

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Joshua B. Swigart, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Bonnie McKnight, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Seyed Abbas Kazerounian, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Sarah McEahern, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Anthony Chester, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Michael Kind, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Mark Ankcorn, Esq. | Ankcorn Law Firm, PLLC | CLAI | Private Party |
| Ann Marie Hansen, Esq. | Ankcorn Law Firm, PLLC | CLAI | Private Party |
| Syed Ali Saeed, Esq. | Saeed & Little, LLC | CLAI | Private Party |
| Tuan Van Uong, Esq. | Reed Smith LLP | RESP | Credit One Financial dba Credit One Bank |
| Emily Beecham, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| David J. McGlothlin, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Ryan L. McBride, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |

**Seyed A. Kazerounian**

**Kazerouni Law Group, APC**

245 Fischer Ave.
Suite D-1
Costa Mesa, CA 92626-4539

**Relevant Cases heard with Seyed A. Kazerounian**

Private Party vs. Credit One Financial dba Credit One Bank (JAMS Reference No. 1220056270)  -  Arbitration

Panelist Role:Neutral Arbitrator - Sole Arbitrator

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 12/27/2016 to
12/27/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General
Disclosures, Report A.

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

Case Result(s):  Settled prior to hearing - 12/04/2018

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Joshua B. Swigart, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Bonnie McKnight, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Seyed Abbas Kazerounian, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Sarah McEahern, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Anthony Chester, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Michael Kind | Kazerouni Law Group, APC | CLAI | Private Party |
| Mark Ankcorn, Esq. | Ankcorn Law Firm, PLLC | CLAI | Private Party |
| Ann Marie Hansen, Esq. | Ankcorn Law Firm, PLLC | CLAI | Private Party |
| Syed Ali Saeed, Esq. | Saeed & Little, LLC | CLAI | Private Party |
| Tuan Van Uong, Esq. | Reed Smith LLP | RESP | Credit One Financial dba Credit One Bank |
| David J. McGlothlin, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Ryan L. McBride, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Emily Beecham, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |

Private Party vs. Credit One Financial dba Credit One Bank (JAMS Reference No. 1220056279)  -  Arbitration

Panelist Role:Neutral Arbitrator - Sole Arbitrator

Case Result(s):  Settled prior to hearing - 02/20/2019

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Joshua B. Swigart, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Bonnie McKnight, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Seyed Abbas Kazerounian, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Sarah McEahern, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Anthony Chester, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Michael Kind, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Mark Ankcorn, Esq. | Ankcorn Law Firm, PLLC | CLAI | Private Party |
| Ann Marie Hansen, Esq. | Ankcorn Law Firm, PLLC | CLAI | Private Party |
| Syed Ali Saeed, Esq. | Saeed & Little, LLC | CLAI | Private Party |
| Tuan Van Uong, Esq. | Reed Smith LLP | RESP | Credit One Financial dba Credit One Bank |
| Emily Beecham, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| David J. McGlothlin, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Ryan L. McBride, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial
success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with
JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so
in the future.
* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 12/27/2016 to
12/27/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General
Disclosures, Report A.

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

**Rick Richmond**
**Larson LLP**

555 S Flower St
Suite 4400
Los Angeles, CA 90071

**Relevant Cases heard with Rick Richmond**

| No Cases to Report |
|---|

**Stephen G. Larson**
**Larson LLP**

555 S Flower St
Suite 4400
Los Angeles, CA 90071

**Relevant Cases heard with Stephen G. Larson**

| No Cases to Report |
|---|

**Relevant Cases heard with Larson LLP**

| No Cases to Report |
|---|

**Steven E. Bledsoe**
**Larson LLP**

600 Anton Blvd
Suite 1270
Costa Mesa, CA 92626

**Relevant Cases heard with Steven E. Bledsoe**

| No Cases to Report |
|---|

**Elizabeth J. Cabraser**
**Lieff, Cabraser, Heimann & Bernstein LLP**

275 Battery St.
29th Floor
San Francisco, CA 94111

**Relevant Cases heard with Elizabeth J. Cabraser**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial
success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with
JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so
in the future.
* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 12/27/2016 to
12/27/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General
Disclosures, Report A.

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

**Kelly K. McNabb**
**Lieff, Cabraser, Heimann & Bernstein LLP**

250 Hudson St.
8th Floor
New York, NY 10013-1413

**Relevant Cases heard with Kelly K. McNabb**

| No Cases to Report |
|---|

**Lexi Hazam**
**Lieff, Cabraser, Heimann & Bernstein LLP**

275 Battery St.
29th Floor
San Francisco, CA 94111

**Relevant Cases heard with Lexi Hazam**

| No Cases to Report |
|---|

**Relevant Cases heard with Lieff, Cabraser, Heimann & Bernstein LLP**

| No Cases to Report |
|---|

**Robert J. Nelson**
**Lieff, Cabraser, Heimann & Bernstein LLP**

275 Battery St.
29th Floor
San Francisco, CA 94111

**Relevant Cases heard with Robert J. Nelson**

| No Cases to Report |
|---|

**Wilson M. Dunlavey**
**Lieff, Cabraser, Heimann & Bernstein LLP**

275 Battery St.
29th Floor
San Francisco, CA 94111

**Relevant Cases heard with Wilson M. Dunlavey**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial
success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with
JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so
in the future.*
* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 12/27/2016 to
12/27/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General
Disclosures, Report A.

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

**Paul A Matiasic**
**Matiasic Firm, PC**

355 S Grand Ave
Suite 2450
Los Angeles, CA 90071

**Relevant Cases heard with Paul A Matiasic**

| No Cases to Report |
|---|

**Relevant Cases heard with Matiasic Firm, PC**

| No Cases to Report |
|---|

**David C. Wright**
**McCune Wright Arevalo, LLP**

3281 East Guasti Rd.
Suite 100
Ontario, CA 91761

**Relevant Cases heard with David C. Wright**

| No Cases to Report |
|---|

**James G Perry**
**McCune Wright Arevalo, LLP**

3281 East Guasti Rd.
Suite 100
Ontario, CA 91761

**Relevant Cases heard with James G Perry**

| No Cases to Report |
|---|

**Mark I Richards**
**McCune Wright Arevalo, LLP**

3281 East Guasti Rd.
Suite 100
Ontario, CA 91761

**Relevant Cases heard with Mark I Richards**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial
success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with
JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so
in the future.
* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 12/27/2016 to 12/27/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |

**Richard D. McCune**
**McCune Wright Arevalo, LLP**

3281 East Guasti Rd.
Suite 100
Ontario, CA 91761

**Relevant Cases heard with Richard D. McCune**

| No Cases to Report |
| --- |

**Relevant Cases heard with McCune Wright Arevalo, LLP**

| No Cases to Report |
| --- |

**Blake Hunter Yagman**
**Milberg Coleman Bryson Phillips Grossman, PLLC**

100 Garden City Plaza
Garden City, NY 11530

**Relevant Cases heard with Blake Hunter Yagman**

| No Cases to Report |
| --- |

**Alex R. Straus**
**Milberg LLP**

280 S Beverly Drive PH
Beverly Hills, CA 90212-3905

**Relevant Cases heard with Alex R. Straus**

| No Cases to Report |
| --- |

**Relevant Cases heard with Milberg LLP**

| No Cases to Report |
| --- |

**Cynthia L. Garber**
**OnderLaw, LLC**

12 Corporate Plaza Dr
Suite 275
Newport Beach, CA 92660

**Relevant Cases heard with Cynthia L. Garber**

| No Cases to Report |
| --- |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 12/27/2016 to 12/27/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
| --- | --- | --- |

**Relevant Cases heard with OnderLaw, LLC**

| No Cases to Report |
| --- |

**Alexander Robertson IV**
**Robertson & Associates, LLP**

32121 Lindero Canyon Road
Suite 200
Westlake Village, CA 91361

**Relevant Cases heard with Alexander Robertson IV**

| No Cases to Report |
| --- |

**Relevant Cases heard with Robertson & Associates, LLP**

| No Cases to Report |
| --- |

**Mark J. Uyeno**
**Robertson & Associates, LLP**

32121 Lindero Canyon Road
Suite 200
Westlake Village, CA 91361

**Relevant Cases heard with Mark J. Uyeno**

| No Cases to Report |
| --- |

**Joel B. Young**
**Tidrick Law Firm**

1300 Clay Street
Suite 600
Oakland, CA 94612

**Relevant Cases heard with Joel B. Young**

| No Cases to Report |
| --- |

**Relevant Cases heard with Tidrick Law Firm**

| No Cases to Report |
| --- |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

### JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 12/27/2016 to
12/27/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General
Disclosures, Report A.

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

**Steven G. Tidrick**
**Tidrick Law Firm**

1300 Clay Street
Suite 600
Oakland, CA 94612

**Relevant Cases heard with Steven G. Tidrick**

| No Cases to Report |
|---|

**Guido E. Toscano**
**Westerman Law Corp.**

16133 Ventura Blvd
Suite 685
Encino, CA 91436

**Relevant Cases heard with Guido E. Toscano**

| No Cases to Report |
|---|

**Relevant Cases heard with Westerman Law Corp.**

| No Cases to Report |
|---|

**Jeff S. Westerman**
**Westerman Law Corp.**

16133 Ventura Blvd
Suite 685
Encino, CA 91436

**Relevant Cases heard with Jeff S. Westerman**

| No Cases to Report |
|---|

**Brittany S Armstrong**
**Whittington Law Firm**

100 Admiral Callaghan Ln
Unit 5482
Vallejo, CA 94591-3228

**Relevant Cases heard with Brittany S Armstrong**

| No Cases to Report |
|---|

**Relevant Cases heard with Whittington Law Firm**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial
success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with
JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so
in the future.*
* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al.

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 12/27/2016 to 12/27/2021. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Daniel Garrie | Reference #: 1220071875 | 12/27/2021 |
|---|---|---|

## Counsel for Special Master

**Bradley R. O'Brien**
**O'Brien Conflict Resolution**

P.O. Box 306
Sausalito, CA 94966

**Relevant Cases heard with Bradley R. O'Brien**

| No Cases to Report |
|---|

**Relevant Cases heard with O'Brien Conflict Resolution**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*