**F I L E D**
CLERK, U.S. DISTRICT COURT
12/27/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____kdu_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **PETER MOSES GUTIERREZ JR. ET AL.** <br> Plaintiffs, <br><br> vs. <br><br> **AMPLIFY ENERGY CORP. ET AL.,** <br> Defendants. | Case No. SA 21-CV-1628-DOC-JDE <br><br> **CONSENT AND AFFIDAVIT OF SPECIAL MASTER BRADLEY O'BRIEN, ESQ.** |

1. I, Bradley O'Brien, hereby affirm under penalty of perjury, that I am currently serving as a neutral at OBrien Conflict Resolution located at 305 4th Street in Sausalito, CA 94965.

2. I have received the Order Appointing Special Masters, signed by United States District Judge, Hon. David O. Carter, and I hereby consent to appointment as Special Master in the above-entitled case. The normal rate of compensation as a neutral Master is $750.00 per hour plus expenses.

3. I have read and reviewed the grounds for disqualification under 28 U.S.C. § 455 and declare as follows:

    a. I have no personal bias or prejudice concerning a party or personal knowledge of disputed evidentiary facts concerning the proceeding.

    b. I have not served in private practice and have not served as a lawyer in the matter in controversy, nor has any lawyer with whom I previously practiced law served during such

association as a lawyer concerning the matter, nor as a judge or lawyer have I been a material witness concerning it.

    c. I have not served in government employment wherein I participated as counsel, adviser or material witness concerning the proceeding, nor have I expressed an opinion concerning the merits of the case herein.

    d. I know that neither I, individually or as a fiduciary, has a financial interest in the subject matter in controversy, nor in a party to the proceeding, nor any other interest that could be substantially affected by the outcome of the proceeding.

    e. I state that neither I, nor my spouse, nor my immediate family:

    (i) is a party to the proceeding, nor an officer, director, nor trustee of a party

    (ii) is acting as a lawyer in the proceeding;

    (iii) is known by this Master to have an interest that could be substantially affected by the outcome of the proceeding;

    (iv) is to the Master's knowledge, likely to be a material witness in the proceeding.

    I declare under penalty of perjury that the preceding facts are true as known to me or those matters not directly known to me are true on information and belief.

DATED: December 27, 2021

_____
Bradley O'Brien, Esq.

Consent and Affidavit of Bradley O'Brien, Esq.