FILED
CLERK, U.S. DISTRICT COURT
1/6/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___kdu___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **PETER MOSES GUTIERREZ JR. ET AL.** Plaintiffs, vs. **AMPLIFY ENERGY CORP. ET AL.,** Defendants. | Case No. SA 21-CV-1628-DOC-JDE **SPECIAL MASTERS' ORDER RE: JANUARY 14, 2022 HEARING** |

1. On December 20, 2021, the Court issued an Amended Order Consolidating Cases and Appointing Interim Co-Lead Counsel ("Court's Order"). Dkt. No. 44. The Court's Order recognized there are outstanding discovery issues that will be addressed at a January 19, 2022 Status Conference. The Court's Order further directed the parties prior to the Status Conference to meet and confer with the Special Masters.

2. The Special Masters will address the issues raised by the Court's Order at a hearing on January 14, 2022. The hearing will be conducted remotely and is scheduled from 7:00 am – 10:00 am (PT). A hearing notice with login information will follow directly from JAMS.

3. The parties are requested to file a joint hearing agenda of no more than three pages in length. The agenda shall identify whether the agenda item is agreed upon or contested. The agenda and representation information must be submitted 72 hours prior to the hearing and should be filed through the JAMS Access portal. The parties should contact the JAMS case manager, Anne Lieu, at alieu@jamsadr.com or 213-253-9706 for information on accessing the portal.

4. The parties shall separately identify the parties and representatives who will be participating in the hearing.

5. The parties shall furnish a Court Reporter.

IT IS SO ORDERED.

DATED: January 5, 2022

James Smith, Esq.
Special Master

Daniel Garrie, Esq.
Special Master

Bradley O'Brien, Esq.
Special Master