UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 21-01628-DOC-JDE                              Date:  January 12, 2022

Title: PETER MOSES GUTIERREZ JR. ET AL. v. AMPLIFY ENERGY CORP. ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER RE: UPCOMING STATUS CONFERENCE**

On January 12, 2022, the Court issued an Order in the related criminal matter, *United States v. Amplify Energy Corp. et al.* (No. 8:21-cr-00226-DOC), stating the following:

> As per its prior Order in No. 8:21-cv-01628-DOC-JDE (Dkt. 44), the Court is holding a Status Conference on January 19, 2022 at 8:30 am to address discovery issues. The Court invites the parties in this related criminal matter to attend the Status Conference to discuss coordination of discovery between the cases.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                 Initials of Deputy
                                                                                              Clerk: ts
CIVIL-GEN