# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES – GENERAL
**\*\*AMENDED\*\***

Case No. SA CV 21-01628-DOC-JDE                            Date: January 19, 2022

Title: PETER MOSES GUTIERREZ JR. ET AL. v. AMPLIFY ENERGY CORP. ET AL.

---

PRESENT: THE HONORABLE DAVID O. CARTER, JUDGE, U.S. DISTRICT JUDGE

| Karlen Dubon | Debbie Gale |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Lexi Hazam | Christopher Keegan |
| Stephen Larson | Daniel Donovan |
| Wylie Aitken | |

---

**PROCEEDINGS: STATUS CONFERENCE (Held and Continued)**

Case is called.

Also Present:
- AUSA and defense counsel for case number SA CR 21-00226-DOC: USA v. Amplify Energy Corp., et al.
- Special Masters Judge James L. Smith (Ret.), Bradley O'Brien, and Daniel Garrie.
- Magistrate Judge Autumn D. Spathe and Magistrate Judge John D. Early

The Court and counsel confer re discovery deadlines and case coordination.

The Court to issue order of agreed deadlines.

The status conference is continued to February 24, 2022 at 8:30 AM.

                                                                                       :   30

                                                                        Initials of Deputy Clerk: kd