1  Steven N. Williams (State Bar No. 175489)
   swilliams@saverilawfirm.com
2  **JOSEPH SAVERI LAW FIRM, LLP**
   601 California Street, Suite 1000
3  San Francisco, California 94108
   Telephone: (415) 500-6800
   Facsimile:  (415) 395-9940
4

5  *Attorneys for Plaintiff,*
   *Ketcham Tackle LLC and the Proposed Class*

6

7

8

9                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
10

11 | **PETER MOSES GUTIERREZ JR. ET AL.**, | Case No. 8:21-cv-01628-DOC-JDE |
   | Plaintiff, | **PLAINTIFF KETCHAM TACKLE LLC'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
   | v. | |
   | **AMPLIFY ENERGY CORP. ET AL.** | |
   | Defendants. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ketcham Tackle LLC hereby gives notice that its complaint (ECF No. 1, 8:21-cv-01685-DOC-JDE) in the above captioned action is voluntarily dismissed without prejudice against defendants Amplify Energy Corp., Beta Operating Company LLC and San Pedro Bay Pipeline Company. Amplify Energy Corp., Beta Operating Company LLC and San Pedro Bay Pipeline Company have not filed either an answer or a motion for summary judgment.

Dated:  January 31, 2022                    Respectfully Submitted,


                By:   *Steven N. Williams*
                   Steven N. Williams

Steven N. Williams (State Bar No. 175489)
swilliams@saverilawfirm.com
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:  (415) 500-6800
Facsimile:   (415) 395-9940

1

CASE NO. 8:21-cv-01628-DOC-JDE    PLAINTIFF KETCHAM TACKLE LLC'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)