David S. Casey, Jr., (060768)
dcasey@cglaw.com
Frederick Schenk, (086392)
fschenk@cglaw.com
Gayle M. Blatt, (122048)
gmb@cglaw.com
Samantha Kaplan, (336048)
skaplan@cglaw.com
**CASEY GERRY SCHENK**
**FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA  92101
Telephone:  (619) 238-1811
Facsimile:   (619) 544-9232

Stephen J. Herman (*admitted pro hac vice*)
sherman@hhklawfirm.com
**HERMAN HERMAN KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA  70113
Telephone: (504) 581-4892
Facsimile:   (504) 569-6024

*Attorneys for Plaintiff James Whelan*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| PETER MOSES GUTIERREZ JR., ET AL., <br><br> Plaintiff, <br><br> v. <br><br> AMPLIFY ENERGY CORP., ET AL., <br> Defendants. | CASE NO.  8:21-cv-01628-DOC-JDEx <br><br> **PLAINTIFF JAMES WHELAN'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff James Whelan hereby gives notice that his complaint (ECF No. 1, 8:21-cv-01706-DOC-JDEx) in the above captioned action is voluntarily dismissed without prejudice against defendants Amplify Energy Corporation, Beta Operating Company LLC d/b/a Beta Offshore, and San Pedro Bay Pipeline Company.  Amplify Energy Corporation, Beta Operating Company LLC d/b/a Beta Offshore, and San Pedro Bay Pipeline Company have not filed either an answer or a motion for summary judgment.

Date:  February 4, 2022

Respectfully submitted,

*s/ David S. Casey, Jr.*
David S. Casey, Jr., (060768)
*dcasey@cglaw.com*
Frederick Schenk, (086392)
*fschenk@cglaw.com*
Gayle M. Blatt, (122048)
*gmb@cglaw.com*
Samantha Kaplan, (336048)
*skaplan@cglaw.com*
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone:   (619) 238-1811
Facsimile:    (619) 544-9232

Stephen J. Herman (*admitted pro hac vice*)
*sherman@hhklawfirm.com*
**HERMAN HERMAN KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, LA  70113
Telephone:   (504) 581-4892
Facsimile:    (504) 569-6024

*Attorneys for Plaintiff James Whelan*