UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. SACV 21-01628-DOC-(JDEx)                                 Date: February 23, 2022

Title: PETER MOSES GUTIERREZ JR. ET AL. v. AMPLIFY ENERGY CORP. ET AL.

PRESENT:   THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Debbie Gale |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Stephen Larson, Lexi Hazam | Christopher Keegan |
| Wylie A. Aitken, Darren O. Aitken | Daniel T. Donovan |
| Hannah Brown, Steven Bledsoe | |

**PROCEEDINGS :   STATUS CONFERENCE HELD; ORDER RE: HEARINGS ON DISCOVERY AND, MOTIONS TO DISMISS**

Case called. Appearances made. Special Masters Daniel Garrie, James L. Smith, and Bradley O'Brien also present.

The Court orders the transcript be produced, uploaded to CM/ECF and made available on the docket no later than March 3, 2022.

The Court further orders the transcript be produced at government expense and billed at the weekly rate.

The Court makes the following orders:

1. The parties shall meet and confer to establish an ESI protocol and submit said protocol to the Special Master Panel on or before March 9, 2022. If the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 21-01628-DOC-JDE                               Date: February 23, 2022

Page 2

parties are unable to reach an agreement, the issue will be submitted to the Special Master Panel.

2. The parties will submit identified ESI/Discovery and OPA claims process issues to the Special Master Panel pursuant to the following schedule:
   a. Initial submissions are due on or before March 9, 2022;
   b. Responsive submissions are due on or before March 16, 2022;
   c. No reply submissions are permitted;
   d. Informal letter submissions sent to the Court's chamber email are acceptable (doc_chambers@cacd.uscourts.gov);
   e. Email service for all submissions; and
   f. Parties will confer with the Special Master Panel on a hearing date.
   g. The parties will submit a Joint Status Report to the Special Master Panel on or before March 17, 2022.

3. A Status Conference is set for April 13, 2022 at 10:00 a.m.

4. Hearing on any Motion to Dismiss filed by the parties will be set for May 23, 2022 at 10:00 a.m.

IT IS SO ORDERED.

|       | 1 | : | 31 |
|-------|---|---|----|
| Initials of deputy clerk: | : | kdu | |