Lexi J. Hazam (CSB No. 224457)
Elizabeth J. Cabraser (CSB No. 083151)
Robert J. Nelson (CSB No. 132797)
Wilson M. Dunlavey (CSB No. 307719)
LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Kelly K. McNabb (*pro hac vice*)
LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Alexander Robertson, IV (CSB No. 127042)
ROBERTSON & ASSOCIATES, LLP
32121 Lindero Canyon Rd. Suite 200
Westlake Village, CA 91361
Telephone: (818) 851-3850
Facsimile: (818) 851-3851

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| PETER MOSES GUTIERREZ JR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMPLIFY ENERGY CORP., et al.,<br><br>Defendants. | CASE NO. 8:21-CV-1628-DOC-JDE<br><br>**CERTAIN PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Judge: Hon. David O. Carter |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs IVAR SOUTHERN and LINDA SOUTHERN, individuals; NEWPORT LANDING SPORTFISHING, INC., a California corporation; SAN PEDRO BAIT Co., a California corporation; and GREGORY HEXBERG, individually and as

2365833.1

trustee of THE GREGORY C. AND DEBORAH L. HEXBERG FAMILY TRUST, hereby give notice that their claims asserted in *Davey's Locker Sportfishing, Inc.*, Case No. 8:21-cv-01685-DOC-JDE, are voluntarily dismissed without prejudice against Defendants Amplify Energy Corp., Beta Operating Company LLC and San Pedro Bay Pipeline Company. Amplify Energy Corp., Beta Operating Company LLC, and San Pedro Bay Pipeline Company have not filed either an answer or a motion for summary judgment.

Dated: February 25, 2022

*/s/Lexi J. Hazam*
Lexi J. Hazam (CSB No. 224457)
Elizabeth J. Cabraser (CSB No. 083151)
Robert J. Nelson (CSB No. 132797)
Wilson M. Dunlavey (CSB No. 307719)
LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Kelly K. McNabb (*pro hac vice*)
LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Alexander Robertson, IV (CSB No. 127042)
ROBERTSON & ASSOCIATES, LLP
32121 Lindero Canyon Rd. Suite 200
Westlake Village, CA 91361
Telephone: (818) 851-3850
Facsimile: (818) 851-3851

*Attorneys for Plaintiffs*