UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PETER MOSES GUTIERREZ JR. ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>AMPLIFY ENERGY CORP. ET AL.,<br><br>Defendants. | Case No. SA 21-CV-1628-DOC-JDE<br><br>**SPECIAL MASTERS' ORDER RE: REQUEST FOR INFORMATION AND MARCH 23, 2022 HEARING** |

The Special Master Panel ("SMP") requests the parties to provide the following additional information in their joint status report required to be filed on or before March 17, 2022.

1. Summarize and describe steps and/or actions taken by parties relating to or to comply with PHMSA's Corrective Action Order (No. 5-2021-054-CAO) ("CAO").

SPECIAL MASTERS' ORDER RE: INFORMATION REQUST AND HEARING

2. Excluding the information provided in response to request number one above, summarize and describe steps and/or actions parties expect to take prior to July 1, 2022, relating to or to comply with the CAO.

3. Summarize and describe any outstanding or anticipated future issues relating to steps and/or actions relating to the CAO (e.g., permitting issues; pipeline inspection, evaluation, removal, or repair issues; and anticipated or actual delays).

4. Summarize and describe the status of applications made to PHMSA and/or other federal and state agencies relating to the San Pedro Bay Pipeline ("Pipeline") inspection, evaluation, removal, or repair.

5. Summarize and describe "Defendants' [Pipeline] Repair Procedures" (generally identified in paragraph 2 of the Amended Stipulation Re: Removal and Preservation of Portion of San Pedro Bay Pipeline – Dkt. 121). The information should include a breakdown of Defendants' Repair Procedures by phase and describe steps and/or actions parties expect to take prior to July 1, 2022.

6. Summarize and describe any outstanding or anticipated future issues relating to steps and/or actions relating to Defendants' Repair Procedures (e.g., permitting issues; pipeline inspection, evaluation, removal, or repair issues; and anticipated or actual delays).

7. Summarize and describe all civil federal and state agency responses received relating to the information described in requests numbers one through six.

8. Other than cases that are assigned or have been assigned to the Honorable David O. Carter, summarize and describe other federal court civil actions (whether currently pending or no longer pending) relating to the instant action. This includes actions filed in the United States District Court for the Northern District of California involving vessels/entities/persons that are alleged to have responsibility for the claims alleged in the instant action. Provide a list of the parties, the parties' legal representatives, and their contact information.

9. An SMP remote hearing relating to ESI/discovery and Oil Pollution Act claims process issues is set for March 23 from 7:00 a.m. – 10:00 a.m. (PT). The parties' initial

SPECIAL MASTERS' ORDER RE: INFORMATION REQUST AND HEARING

submissions are due March 9 and responsive submissions are due March 16. Hearing connection details will be provided via JAMS Access. The parties are requested to furnish a Court Reporter and that the transcript be expedited.

IT IS SO ORDERED.

DATED: March 1, 2022

James Smith, Esq.
Special Master

Daniel Garrie, Esq.
Special Master

Bradley O'Brien, Esq.
Special Master

SPECIAL MASTERS' ORDER RE: INFORMATION REQUST AND HEARING