Christopher W. Keegan (SBN 232045)
chris.keegan@kirkland.com
KIRKLAND & ELLIS LLP
555 California St., Suite 2900
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Daniel T. Donovan (admitted *pro hac vice*)
ddonovan@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200

Anna Rotman (admitted *pro hac vice*)
anna.rotman@kirkland.com
KIRKLAND & ELLIS LLP
609 Main Street
Houston, TX 77002
Telephone: (713) 836-3600
Facsimile: (713) 836-3601

*Counsel for Defendants Amplify Energy Corp.,
Beta Operating Company, LLC, and San
Pedro Bay Pipeline Company*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| PETER MOSES GUTIERREZ JR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMPLIFY ENERGY CORPORATION, et al.,<br><br>Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>MEDITERRANEAN SHIPPING COMPANY, S.A., et al.,<br><br>Defendants/Third-Party Defendants. | CASE NO. 8:21-cv-01628-DOC-JDE<br><br>**AMPLIFY DEFENDANTS' NOTICE OF MOTION AND UNOPPOSED MOTION TO CONTINUE THE TIME OF THE APRIL 13, 2022 STATUS CONFERENCE**<br><br>Judge:          Hon. David O. Carter<br>Hearing Date:  April 11, 2022<br>Time:           8:30 A.M.<br>Courtroom:      9 D |

**NOTICE OF MOTION AND UNOPPOSED MOTION**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 11, 2022, at 8:30 a.m., or as soon as the matter can be heard before the Honorable David O. Carter in Courtroom 9D of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, California, 92701, Defendants Amplify Energy Corp., Beta Operating Company, LLC, and San Pedro Bay Pipeline Company (collectively, the "Amplify Defendants") will and hereby do move to continue the Status Conference set for April 13, 2022, at 10:00 a.m. to a time beginning at 2:00 p.m. or later on April 13, 2022.

Due to an unscheduled conflict, trial counsel for the Amplify Defendants is not available until 2:00 p.m. on April 13, 2022, and a continuance would permit trial counsel's attendance at the Status Conference. Interim Co-Lead Counsel for Plaintiffs does not oppose this request. Accordingly, the Amplify Defendants respectfully request that the Court continue the time of the April 13, 2022 Status Conference to 2:00 p.m., or a time thereafter on April 13, 2022 that is convenient for the Court.

This unopposed motion is made following the conference of counsel pursuant to L.R. 7-3, which took place via email on March 10, 2022.

| | | |
|---|---|---|
| 1 | DATED: March 14, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | | */s/ Christopher W. Keegan* |
| 4 | Daniel T. Donovan (admitted *pro hac vice*)<br>ddonovan@kirkland.com | Christopher W. Keegan (SBN 232045)<br>chris.keegan@kirkland.com |
| 5 | KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 | KIRKLAND & ELLIS LLP<br>555 California St., Suite 2900<br>San Francisco, CA 94104 |
| 6 | Telephone: (202) 389-5000<br>Facsimile: (202) 389-5200 | Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500 |
| 7 | | |
| 8 | Anna Rotman (admitted *pro hac vice*)<br>anna.rotman@kirkland.com | *Counsel for Defendants Amplify Energy Corp., Beta Operating Company, LLC and San Pedro Bay Pipeline Company* |
| 9 | KIRKLAND & ELLIS LLP<br>609 Main Street | |
| 10 | Houston, TX 77002<br>Telephone: (713) 836-3600<br>Facsimile: (713) 836-3601 | |