Wylie A. Aitken, Sate Bar No. 37770
wylie@aitkenlaw.com
**AITKEN♦AITKEN♦COHN**
3 MacArthur Place, Suite 800
Santa Ana, CA 92808
Telephone: (714) 434-1424
Facsimile: (714) 434-3600

Stephen G. Larson, State Bar No. 145225
slarson@larsonllp.com
**LARSON, LLP**
600 Anton Blvd., Suite 1270
Costa Mesa, CA 92626
Telephone: (949) 516-7250
Facsimile: (949) 516-7251

Lexi J. Hazam, State Bar No. 224457
lhazam@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Classes*

*[Additional Counsel Appear on Signature Page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| PETER MOSES GUTIERREZ, JR., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMPLIFY ENERGY CORP., *et al.*, <br><br> Defendants. | Case No. 8:21-CV-01628-DOC(JDEx) <br><br> **DECLARATION OF DAVID C. WRIGHT IN SUPPORT OF MOTION FOR ORDER AUTHORIZING SERVICE OF DEFENDANTS COSTAMARE SHIPPING CO. S.A. AND CAPETANISSA MARITIME CORP. OF LIBERIA, PURSUANT TO RULE 4(F)(3) OF THE FEDERAL RULES OF CIVIL PROCEDURE** <br><br> Hearing Date: April 18, 2022 <br> Time: 8:30 a.m. <br> Courtroom: 10 A |

I, David C. Wright, declare as follows:

1. I am an attorney licensed to practice law before all of the courts of the State of California and I am a partner with the law firm of McCune Wright Arevalo, LLP, counsel of record for Plaintiff Beyond Business, Inc. The following facts are within my personal knowledge or based on records and files at my law firm, and, if called upon as a witness, I could and would testify competently thereto.

2. Following the filing of the Consolidated Class Action Complaint in this matter, I was assigned by Lead Counsel for Plaintiffs to attempt to effect service on Defendants MSC Mediterranean Shipping Company, S.A., and Dordellas Finance Corp.—respectively, the operator and owner of the *M/V Danit*—(hereinafter the "MSC Defendants") and Defendants Costamare Shipping Co., S.A., and Capetanissa maritime Corporation of Liberia— respectively, the operator and owner of the *M/V Beijing*—(hereinafter the "Costamare Defendants").

3. After a brief period of negotiation with counsel, the MSC Defendants agreed to waive service and to respond on or before April 19, 2022. The executed Waivers of Service were filed with the Court on March 9, 2022, Dkt Nos. 135, 136.

4. During that same time, I attempted to contact counsel for the Costamare Defendants, Albert Peacock of Peacock Piper Tong + Voss, LLP, several times to explore whether an agreement could be reached with regard to service of the Consolidated Class Action Complaint. On Friday, February 25, 2022, I attempted to contact him by telephone at his office and left a voicemail message indicated who I was and that I would like to discuss issues of service of the Consolidated Class Action Complaint. On February 28, 2022, I again attempted to contact Mr. Peacock by email indicating that I wished to discuss service of process issues with him. Receiving no response, I again attempted to contact Mr. Peacock by email on March 3, 2022.

5. On March 4, 2022, Mr. Peacock contacted me by telephone and followed up with a confirming email, stating to me that "my clients are not willing to waive service of process under FRCP Rule 4(d). However, they are amenable to

1  service through other means including the Hague Convention and Liberian law."
2  Mr. Peacock further informed me that he does not believe that the Court has
3  personal jurisdiction over the Costamare Defendants and will challenge the Court's
4  jurisdiction once they are properly served.

5      6.    Attached hereto as Exhibit 1 is a true and correct copy of the email
6  correspondence between Albert Peacock and myself on March 4, 2022.

7      7.    I have also personally reviewed the Letter of Undertaking, signed by
8  Albert Peacock, and provided to counsel for Amplify Energy Corp., documenting
9  an agreement whereby Amplify Energy Corp. agreed to refrain from arresting,
10 seizing or otherwise detaining and agreeing not to seize, arrest, re-arrest, attach or
11 otherwise detain the M/V BEIJING (IMO #9308508) ("Vessel") or any other vessel
12 or property belonging to its owner, Capetanissa Maritime Corp. ("Owner"), or
13 operated or managed by its managers Costamare Shipping Co. SA and V-Ships
14 Greece Ltd ("Managers"), for the purpose of founding jurisdiction and/or obtaining
15 security by reason of the claims they have or may have against the Vessel for
16 alleged damages arising from or relating to an alleged anchor strike and/or anchor
17 dragging incident on or about January 25, 2021, to a subsea pipeline (believed to be
18 referred to as Pipeline P00547) owned and/or operated by Amplify and/or for
19 damages or costs relating to or arising from the discharge of oil from the subsea
20 pipeline on or about October 2, 2021. In return for which, an *in rem* appearance
21 would be filed on behalf of the *M/V Beijing* in any suit Amplify Energy filed in the
22 United States District Court for the Central District of California relating or arising
23 from such claims.

24     8.    Attached hereto as Exhibit 2 is a true and correct of the Letter of
25 Undertaking signed by Albert Peacock on January 18, 2022.

26     9.    Defendant Costamare Shipping Company, S.A., is a company
27 headquartered in Greece and incorporated under the laws of Panama. Defendant
28 Costamare Shipping Company's registered address in Panama is that of its agent

Patton Moreno & Asvat, Capital Plaza, 8th Floor, Roberto Motta Avenue, Costa del Este, Panama. I was able to confirm this information through online information sources at http://portal.infospectrum.net/searchorder/GoogleCompanySearch.aspx?CompanyId=937 (last viewed March 15, 2022); https://opencorporates.com/companies/pa/405233 (last viewed March 15, 2022); as well as in documents signed on behalf of Costamare Shipping Company, S.A., that were subsequently submitted to the Securities and Exchanges Commission, accessed at https://www.sec.gov/Archives/edgar/data/0001503584/000093041321000517/c101223_ex4-13.htm (last viewed March 15, 2022), indicating that Defendant Costamare Shipping Company, S.A., is incorporated under the laws of the Republic of Panama.

10. Attached hereto as Exhibit 3 is a true and correct copy of the web page http://portal.infospectrum.net/searchorder/GoogleCompanySearch.aspx?CompanyId=937 displaying company information for Defendant Costamare Shipping Company, S.A.

11. Attached hereto as Exhibit 4 is a true and correct copy of the web page https://opencorporates.com/companies/pa/405233 displaying company information for Defendant Costamare Shipping Company, S.A.

12. Attached here as Exhibit 5 is a true and correct copy of Exhibit 4-13 to Costamare, Inc.'s 2020 SEC Form 20-F submission displaying the address for Defendant Costamare Shipping Company, S.A, downloaded from https://www.sec.gov/Archives/edgar/data/0001503584/000093041321000517/c101223_ex4-13.htm (last viewed March 15, 2022).

13. Defendant Costamare Shipping Company, S.A.'s Greek headquarters are listed on Costamare, Inc.'s website as being located at 60, Zephyrou Street & Syngrou Avenue, 17564 Athens, Greece, with facsimile number + 30-210-

1  9409051-2, and email address of info@costamare.com. Both this facsimile number
2  and email address are specific to Defendant Costamare Shipping Company, S.A.
3  *See* https://www.costamare.com/contact_us (last viewed March 15, 2022).

4      14.    Attached as Exhibit 6 is a true and correct copy of the web page
5  https://www.costamare.com/contact_us.

6      15.    Defendant Capetanissa Maritime Corporation of Liberia is a wholly
7  owned subsidiary of Costamare, Inc. and is incorporated in Liberia. I was able to
8  confirm this by examining Exhibit 8.1 of Costamare, Inc.'s 2020 Annual Report,
9  which is a list of wholly-owned subsidiaries as of February 19, 2021.

10     16.    Attached as Exhibit 7 is a true and correct copy of Exhibit 8.1 (List of
11 Subsidiaries) to Costamare, Inc.'s 2020 SEC Form 20-F submission establishing
12 that Defendant Capetanissa Maritime Corporation of Liberia, is incorporated in
13 Liberia and is a wholly owned subsidiary of Costamare, Inc., downloaded from the
14 SEC's web portal at
15 https://www.sec.gov/Archives/edgar/data/0001503584/000093041321000517/c101
16 223_ex8-1.htm (last viewed March 15, 2022).

17     17.    As is true for all non-resident Liberian entities, Defendant Capetanissa
18 Maritime Corporation of Liberia's registered agent is The LISCR Trist Company,
19 80 Broad Street, Monrovia, Liberia. I was able to confirm this information through
20 online information obtained from the Liberian Corporate Registry, at
21 https://liberiancorporations.com/about-the-registry/registered-agent-2/ (last viewed
22 March 15, 2022); https://shipping-data.com/business/liberia/monrovia/capetanissa-
23 maritime-corp-0 (last viewed March 15, 2022); as well as in documents signed on
24 behalf of Capetanissa Maritime Corporation of Liberia, that were subsequently
25 submitted to the Securities and Exchanges Commission, accessed at
26 https://www.sec.gov/Archives/edgar/data/1615415/000093041314004239/c78320_
27 ex10-11.htm (last viewed March 15, 2022).
28

18. Attached hereto as Exhibit 8 is a true and correct copy of the web page https://liberiancorporations.com/about-the-registry/registered-agent-2/ stating that The LISCR Trust Company, located at 80 Broad Street, Monrovia, Liberia, is the Registered Agent for all non-resident Liberian corporate entities.

19. Attached hereto as Exhibit 9 is a true and correct copy of the web page https://shipping-data.com/business/liberia/monrovia/capetanissa-maritime-corp-0 (last viewed March 15, 2022) displaying company information for Defendant Capetanissa Maritime Corporation of Liberia.

20. Attached here as Exhibit 10 is a true and correct copy of Exhibit 10-11 to Costamare, Inc.'s 2014 SEC Form 20-F submission displaying the address for Defendant Capetanissa Maritime Corporation of Liberia, downloaded from https://www.sec.gov/Archives/edgar/data/0001503584/000093041321000517/c101223_ex4-13.htm (last viewed March 15, 2022).

21. For the reasons set forth in paragraphs 4-8, *infra*, there is a good faith basis to conclude that Defendant Capetanissa Maritime Corporation of Liberia is represent by counsel Albert Peacock of Peacock Piper Tong + Voss, LLP, 100 West Broadway Suite 610, Long Beach, CA 90802.

22. Defendant V.Ships Greece Ltd. is a company incorporated in Bermuda and headquarters in Greece.

23. Defendant V.Ships Greece Ltd.'s Greek headquarters is listed by Dun & Bradstreet's website as being located at 3 Agiou Dionisiou 18545, Piraeus Greece. In a Novation Agreement formed on December 16, 2020, and thereafter filed with the Securities and Exchange Commission, V.Ships identifies its registered address in Bermuda as 3rd Floor, Par-La-Ville Place, 14 Par-La-Ville Road, Hamilton HM 08, Bermuda, c/o 03 Agiou Dionysiou Street, Piraeus 185 45, Greece, and lists V.Ships fax number as +30 210 4294340. V.Ships also identifies its Managing Director as Konstantinos Kontes with email costas.kontes@vships.com.

24. Attached hereto as Exhibit 11 is a true and correct copy of the web page https://www.dnb.com/business-directory/company-profiles.vships_greece_ltd.3a629646ea5de2505b3b2176c38c4834.html (last viewed March 19, 2022) displaying company information for Defendant V.Ships Greece Ltd.

25. Attached here as Exhibit 12 is a true and correct copy of Exhibit 10.8 to Seanergy Maritime Holdings Corp.'s 2021 SEC Form 20-F submission displaying the address, facsimile, and email address for Defendant V.Ships, downloaded from https://www.sec.gov/Archives/edgar/data/1448397/000114036121005549/nt10019274x1_ex10-8.htm (last viewed March 19, 2022).

26. All service options for effecting service of process on the Costamare Defendants were explored, including, service of Defendant Costamare Shipping Co., S.A., and V.Ships Greece Ltd. in Greece through the Convention on Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters, Nov. 15, 1965 (the Hague Service Convention, or "HSC" hereafter); service of Defendant Costamare Shipping Co., S.A., in Panama by Letter Rogatory utilizing the Interamerican Convention on Letters Rogatory and Additional Protocol, to which both Panama and the United States are signatories; service of Defendant V.Ships Greece Ltd in Bermuda through the Hague Service Convention; and service of Defendant Capetanissa Maritime Corporation of Liberia in Liberia through Letter Rogatory.

27. Based on information provided by numerous companies specializing in international service of process, and Viking Advocates, a law firm specializing in international service of process, it became apparent that serving the Costamare Defendants through formal channels under the Hague Convention or through the Letter Rogatory process was unlikely to result in service of process being completed before the close of discovery as set by the Court. Service in Greece

under the Hague Convention could take as much as six to nine months, service in Panama through the Interamerican Convention on Letters Rogatory and Additional Protocol, on average, takes 5 to 8 months, but can exceed 12 months; and I have been informed that it is impossible to even estimate how long service in Liberia by Letter Rogatory may take because there is no governing treaty and once the documents to be served leave the United States, local Liberian courts have complete control over service and generally do not respond to requests for status.

    I declare under penalty of perjury under the laws of the United States and the State of California, that the foregoing is true and correct to the nest of my knowledge. Executed this 21st day of March, 2022.

_____

David C. Wright