| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Christopher W Keegan, Esq \| SBN:  Bar No.232045<br>KIRKLAND & ELLIS LLP<br>555 California Street Ste 2700   San Francisco, CA 94104 | |
| TELEPHONE NO.: (415) 439-1400 \| FAX NO. (415) 439-1500 \| E-MAIL ADDRESS<br>ATTORNEY FOR (Name): Defendants and Third-Party Plaintiffs: | |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
STREET ADDRESS: 411 WEST FOURTH STREET
CITY AND ZIP CODE: SANTA ANA, CA 92701
BRANCH NAME: SOUTHERN DISTRICT

PLAINTIFF/PETITIONER: PETER MOSES GUTIERREZ, Jr.
DEFENDANT/RESPONDENT: AMPLIFY ENERGY CORP., et al.

CASE NUMBER:
8:21-cv-01628-DOC-JDE

PROOF OF SERVICE OF SUMMONS

Ref. No. or File No.:
43064-16

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: **Summons on Third-Party Complaint; Third-Party Verified Complaint; Consolidated Class Action Complaint**
3. a. Party served *(specify name of party as shown on documents served)*:
   **CAPETANISSA MARITIME CORPORATION**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Christine Dohoroty - Chief Financial Officer**
   Age: 65 \| Weight: 160 \| Hair: Blonde \| Sex: Female \| Height: 5'7" \| Eyes: Brown \| Race: Caucasian

4. Address where the party was served: **22980 Indian Creek Dr Ste 200
   Dulles, VA 20166-6736**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **3/17/2022**   (2) at *(time)*: **9:43 AM**
   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10
POS010-1/SF84700

| PETITIONER: PETER MOSES GUTIERREZ, JR. | CASE NUMBER: |
|---|---|
| RESPONDENT: AMPLIFY ENERGY CORP., et al. | 8:21-cv-01628-DOC-JDE |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                              (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of
        under the following Code of Civil Procedure section:
        ☐ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
        ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
        ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
        ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
        ☐ 416.50 (public entity)         ☐ 415.46 (occupant)
                                         ☐ other:

7. **Person who served papers**
   a. Name: **Mark Hagood - Nationwide Legal, LLC REG: 12-234648**
   b. Address: **1625 Clay Street 4th Floor Oakland, CA 94612**
   c. Telephone number: **(510) 444-4690**
   d. **The fee** for service was: **$ 424.00**
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ registered California process server:
           (i) ☐ owner   ☐ employee   ☐ independent contractor.
           (ii) Registration No.:
           (iii) County: **Maryland, Virginia, Washington D.C.**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **3/17/2022**

**Nationwide Legal, LLC**
**1625 Clay Street 4th Floor**
**Oakland, CA 94612**
**(510) 444-4690**
**www.nationwideasap.com**

Mark Hagood
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    (SIGNATURE)

POS-010 [Rev January 1, 2007]          **PROOF OF SERVICE OF SUMMONS**          Page 2 of 2
                                                                                  POS-010/SF84700