# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MOSES GUTIERREZ JR., et al.<br><br>v.<br><br>AMPLIFY ENERGY CORP., et al.<br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br><br>8:21-cv-01628-DOC-JDE<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Owen, Matthew S. — *Applicant's Name (Last Name, First Name & Middle Initial)*

of KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
*Firm/Agency Name & Address*

202-389-5000 *Telephone Number*    202-389-5200 *Fax Number*

matt.owen@kirkland.com *E-Mail Address*

for permission to appear and participate in this case on behalf of

Amplify Energy Corp., Beta Operating Company, LLC, and San Pedro Bay Pipeline Company
*Name(s) of Party(ies) Represented*

☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Keegan, Christopher W. — *Designee's Name (Last Name, First Name & Middle Initial)*

of KIRKLAND & ELLIS LLP
555 California St., Suite 2900
San Francisco, CA 94104
*Firm/Agency Name & Address*

232045 *Designee's Cal. Bar No.*    415-439-1400 *Telephone Number*    415-439-1500 *Fax Number*

chris.keegan@kirkland.com *E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☒ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☒ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☒ does not maintain office in District.
   ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated  March 29, 2022

*/s/ David O. Carter*
David O. Carter, U.S. District Judge