| | |
|---|---|
| Wylie A. Aitken, Esq. (SBN 37770)<br>wylie@aitkenlaw.com<br>**AITKEN♦AITKEN♦COHN**<br>3 MacArthur Place, Suite 800<br>Santa Ana, CA 92808<br>Telephone: (714) 434-1424<br>Facsimile: (714) 434-3600 | |
| Stephen G. Larson (SBN 145225)<br>slarson@larsonllp.com<br>**LARSON LLP**<br>555 Flower Street, Suite 4400<br>Los Angeles, CA 90071<br>Telephone: (213) 436-4888<br>Facsimile: (213) 623-2000 | Christopher W. Keegan (SBN 232045)<br>chris.keegan@kirkland.com<br>**KIRKLAND & ELLIS LLP**<br>555 California St., Suite 2900<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500 |
| Lexi J. Hazam (SBN 224457)<br>lhazam@lchb.com<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-100 | Daniel T. Donovan (Admitted *pro hac vice*)<br>ddonovan@kirkland.com<br>**KIRKLAND & ELLIS LLP**<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 389-5000<br>Facsimile: (202) 389-5200 |
| *Interim Co-Lead Counsel for Plaintiffs and the Proposed Classes*<br><br>*Additional counsel on signature page* | *Counsel for Defendants and Third-Party Plaintiffs Amplify Energy Corp., Beta Operating Company, LLC, and San Pedro Bay Pipeline Company* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| PETER MOSES GUTIERREZ, Jr.; CHANDRALEKHA WICKRAMASEKARAN and RAJASEKARAN WICKRAMASEKARAN, as Trustees of THE WICKRAMASEKARAN FAMILY TRUST established March 12, 1993; et al. individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br>　v.<br><br>AMPLIFY ENERGY CORP.; BETA OPERATING COMPANY, LLC; and SAN PEDRO BAY PIPELINE COMPANY,<br><br>　　　　Defendants/Third-Party | CASE NO. 8:21-cv-01628-DOC-JDE<br><br>**JOINT NOTICE OF MEDIATION**<br><br>Judge:　　　Hon. David O. Carter |

JOINT NOTICE OF MEDIATION

| | |
|---|---|
| 1 | Plaintiffs, |
| 2 | v. |
| 3 | MEDITERRANEAN SHIPPING COMPANY, S.A.; DORDELLAS FINANCE CORPORATION; MSC DANIT; ROES 1-100; COSTAMARE SHIPPING CO., S.A.; CAPETANISSA MARITIME CORPORATION; V.SHIPS GREECE LTD.; COSCO BEIJING; ROES 101-200; and MARINE EXCHANGE OF LOS ANGELES-LONG BEACH HARBOR d/b/a MARINE EXCHANGE OF SOUTHERN CALIFORNIA, |
| 9 | Defendants/Third-Party Defendants. |

| | |
|---|---|
| 1 | TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD: |
| 2 | PLEASE TAKE NOTICE THAT mediation in the above captioned matter |


TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT mediation in the above captioned matter previously scheduled for April 29–30, 2022 has been re-scheduled for June 2–3, 2022, at the above-captioned Plaintiffs' request and with the Amplify Defendants' consent. The mediation will proceed before the Honorable Layn R. Phillips and the Honorable Sally Shushan at the offices of Phillips ADR, 2101 East Coast Highway, Suite 250, Corona del Mar, California, 92625.

| | | |
|---|---|---|
| 1 | DATED: April 12, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | | *s/ Christopher W. Keegan* |
| | | Christopher W. Keegan (SBN 232045) |
| 4 | | chris.keegan@kirkland.com |
| | | KIRKLAND & ELLIS LLP |
| 5 | | 555 California St., Suite 2900 |
| 6 | | San Francisco, CA 94104 |
| | | Tel: (415) 439-1400 / Fax: (415) 439-1500 |
| 7 | | |
| 8 | | Mark Holscher (SBN 139582) |
| | | mark.holscher@kirkland.com |
| 9 | | KIRKLAND & ELLIS LLP |
| | | 555 South Flower St., Suite 3700 |
| 10 | | Los Angeles, CA 90071 |
| | | Tel: (213) 680-8400 / Fax: (213) 680-8500 |
| 11 | | |
| 12 | | Daniel T. Donovan (admitted *pro hac vice*) |
| | | ddonovan@kirkland.com |
| 13 | | Matthew Owen (*pro hac vice pending*) |
| | | matt.owen@kirkland.com |
| 14 | | Holly Trogdon (*pro hac vice pending*) |
| | | holly.trogdon@kirkland.com |
| 15 | | McClain Thompson (*pro hac vice pending*) |
| | | mcclain.thompson@kirkland.com |
| 16 | | Ross Powell (admitted *pro hac vice*) |
| | | ross.powell@kirkland.com |
| 17 | | KIRKLAND & ELLIS LLP |
| 18 | | 1301 Pennsylvania Avenue, N.W. |
| | | Washington, D.C. 20004 |
| 19 | | Tel: (202) 389-5000 / Fax: (202) 389-5200 |
| 20 | | |
| | | Anna Rotman (admitted *pro hac vice*) |
| 21 | | anna.rotman@kirkland.com |
| | | KIRKLAND & ELLIS LLP |
| 22 | | 609 Main Street |
| 23 | | Houston, TX 77002 |
| | | Tel: (713) 836-3600 / Fax: (713) 836-3601 |
| 24 | | |
| | | *Counsel for the Amplify Defendants* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | DATED: April 12, 2022 | s/ Stephen G. Larson |
| 2 | | Wylie A. Aitken (SBN 37770) |
| | | AITKEN♦AITKEN♦COHN |
| 3 | | 3 MacArthur Place, Suite 800 |
| 4 | | Santa Ana, CA 92808 |
| | | Telephone: (714) 434-1424 |
| 5 | | Facsimile: (714) 434-3600 |

Lexi J. Hazam (CSB No. 224457)
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Stephen G. Larson, State Bar No. 145225
slarson@larsonllp.com
LARSON, LLP
555 Flower Street, Suite 4400
Los Angeles, CA 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

*Interim Lead Co-Counsel for Plaintiff*

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: April 12, 2022

*/s/ Christopher W. Keegan*
Christopher W. Keegan