AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

Peter Moses Gutierrez, Jr., et al.

*Plaintiff(s)*

v.

Civil Action No. 8:21-cv-01628-DOC-JDE

Amplify Energy Corporation, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION
ON FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

To: *(Defendant's name and address)*
Capetanissa Maritime Corporation of Liberia
80 Broad St, Monrovia
Liberia

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Wylie A. Aitken (SBN 37770) | Lexi J. Hazam (SBN 224457) | Stephen G. Larson (SBN 145225) |
| *wylie@aitkenlaw.com* | *lhazam@lchb.com* | *slarson@larsonllp.com* |
| **AITKEN♦AITKEN♦COHN** | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** | **LARSON LLP** |
| 3 MacArthur Place, Suite 800 | 275 Battery Street, 29th Floor | 600 Anton Blvd., Suite 1270 |
| Santa Ana, CA 92808 | San Francisco, CA 94111-3339 | Costa Mesa, CA 92626 |
| Telephone: (714) 434-1424 | Telephone: (415) 956-1000 | Telephone: (949) 516-7250 |
| Facsimile: (714) 434-3600 | Facsimile: (415) 956-100 | Facsimile: (949) 516-7251 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $0.00 _____

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                                              *Server's signature*

                                                                   _____
                                                                              *Printed name and title*

                                                                   _____
                                                                              *Server's address*

Additional information regarding attempted service, etc:

