AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Peter Moses Gutierrez, Jr., et al. <br> *Plaintiff(s)* <br> v. <br> Amplify Energy Corporation, et al. <br> *Defendant(s)* | Civil Action No. 8:21-cv-01628-DOC-JDE |

## SUMMONS IN A CIVIL ACTION
ON FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

To: *(Defendant's name and address)*
V. Ships Greece Ltd.
3rd Floor, Par-La-Ville Place
14 Par-La-Ville Road
Hamilton, HM 08, Bermuda

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Wylie A. Aitken (SBN 37770) <br> *wylie@aitkenlaw.com* <br> **AITKEN♦AITKEN♦COHN** <br> 3 MacArthur Place, Suite 800 <br> Santa Ana, CA 92808 <br> Telephone: (714) 434-1424 <br> Facsimile: (714) 434-3600 | Lexi J. Hazam (SBN 224457) <br> *lhazam@lchb.com* <br> **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** <br> 275 Battery Street, 29th Floor <br> San Francisco, CA 94111-3339 <br> Telephone: (415) 956-1000 <br> Facsimile: (415) 956-100 | Stephen G. Larson (SBN 145225) <br> *slarson@larsonllp.com* <br> **LARSON LLP** <br> 600 Anton Blvd., Suite 1270 <br> Costa Mesa, CA 92626 <br> Telephone: (949) 516-7250 <br> Facsimile: (949) 516-7251 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $0.00 _____

I declare under penalty of perjury that this information is true.

Date: _____                                       _____
                                                                                   *Server's signature*

                                                                                   _____
                                                                                   *Printed name and title*

                                                                                   _____
                                                                                   *Server's address*

Additional information regarding attempted service, etc:



**American LegalNet, Inc.**
www.FormsWorkFlow.com