UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SA CV 21-01628-DOC-JDE                                   Date: April 15, 2022

Title: PETER MOSES GUTIERREZ JR. ET AL. v. AMPLIFY ENERGY CORP. ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER GRANTING IN PART MOTION FOR ALTERNATIVE SERVICE [149]**

Before the Court is Plaintiffs and Defendants/Third-Party-Plaintiffs' Motion for Alternative Service of three defendants, Costamare Shipping Co. S.A., Capetanissa Maritime Corp. of Liberia, and V.Ships Greece Ltd. (Dkt. 149). The Court heard arguments on April 13, 2022.

As the Defendants related to the M/V Beijing note, Greece has formally objected to "alternative service" under Article 10 of the Hague Convention. *See* Opposition (Dkt. 157) at 4-5. This objection specifically applies to alternative service through postal methods, and courts have been split on whether such an objection also precludes alternative service by email. *See, e.g.*, *Fourte Int'l Ltd. BVI v. Pin Shine Indus. Co.*, No. 18-CV-00297-BAS, 2019 WL 246562, at *1-3 (S.D. Cal. Jan. 17, 2019) (holding email service was not precluded); *WeWork Cos. Inc. v. WePlus (Shanghai) Tech. Co.*, No. 18-CV-04543-EJD, 2019 WL 8810350, at *2-3 (N.D. Cal. Jan. 10, 2019) (same); *but see Facebook, Inc. v. 9 Xiu Network (Shenzhen) Tech. Co.*, 480 F. Supp. 3d 977, 984-87 (N.D. Cal. 2020) (holding that objection to postal service included email); *Luxottica Grp. S.p.A. v. Partnerships & Unincorporated Associations Identified on Schedule "A"*, 391 F. Supp. 3d 816, 827 (N.D. Ill. 2019) (same).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:21-cv-01628-DOC-JDE                                        Date: April 15, 2022
                                                                                                                                             Page 2

However, the Court need not decide this issue, as each of the three Defendants have registered agents in other countries that have either not objected to postal service or are not signatories to the Hague Convention.

As the Court noted at the hearing, it finds that alternative service is fair, satisfies due process, and is not in violation of the Hague Convention. The Court notes that the Cosco Beijing ship is already in this case *in rem*, and that the Defendants specially appeared through counsel in this case to object to alternative service, meaning there is already evidence of actual notice.

Accordingly, the Court GRANTS IN PART the Motion and allows the following alternative service of process:

1. On Defendant Costamare Shipping Company S.A. by mail, email, and fax on its registered agent in Panama;
2. On Defendant Capetanissa Maritime Corp. of Liberia by mail on its registered agent in Liberia;
3. On Defendant V.Ships Greece, Ltd. by mail to its address of record in Bermuda;
4. On all three Defendants by email to their attorney in this District.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                                     Initials of Deputy
                                                                                                                          Clerk: kdu

CIVIL-GEN