Wylie A. Aitken, Esq. (SBN 37770)
wylie@aitkenlaw.com
**AITKEN✦AITKEN✦COHN**
3 MacArthur Place, Suite 800
Santa Ana, CA 92808
Telephone: (714) 434-1424
Facsimile: (714) 434-3600

Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
**LARSON LLP**
555 Flower Street, Suite 4400
Los Angeles, CA 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

*Additional counsel on signature page*

Christopher W. Keegan (SBN 232045)
chris.keegan@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California St., Suite 2900
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Counsel for Defendants and Third-Party Plaintiffs Amplify Energy Corp., Beta Operating Company, LLC, and San Pedro Bay Pipeline Company*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| PETER MOSES GUTIERREZ JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMPLIFY ENERGY CORPORATION, et al., <br><br> Defendants/Third-Party Plaintiffs, | CASE NO. 8:21-cv-01628-DOC-JDE <br><br> **STIPULATION REGARDING BRIEFING DEADLINES FOR AMPLIFY DEFENDANTS/THIRD-PARTY PLAINTIFFS' MOTION TO DISMISS** <br><br> Judge:   Hon. David O. Carter |

|  |  |
|---|---|
| 1 | v. |
| 2 | MEDITERRANEAN SHIPPING COMPANY, S.A., et al., |
| 3 | |
| 4 | Defendants/Third-Party Defendants. |
| 5 | |

1  **WHEREAS** the named Plaintiffs in the above-captioned consolidated case filed their Consolidated Class Action Complaint on January 28, 2022;

**WHEREAS** Amplify Energy Corp., Beta Operating Company, LLC, and San Pedro Bay Pipeline Company (together, "Amplify") filed their Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint on February 28, 2022;

**WHEREAS** on March 9, 2022, the parties stipulated to a briefing scheduling regarding that motion;

**WHEREAS** Plaintiffs filed their First Amended Consolidated Class Action Complaint on March 21, 2022;

**WHEREAS** Amplify filed their Motion to Dismiss Plaintiffs' First Amended Consolidated Class Action Complaint on March 23, 2022;

**WHEREAS** the hearing on the Motion to Dismiss Plaintiffs' First Amended Consolidated Class Action Complaint has been moved from May 23, 2022 to an unspecified later date;

**WHEREAS** Plaintiffs and Amplify, by and through their respective counsel of record, hereby stipulate to the following adjusted briefing schedule:

1. By no later than May 4, 2022, Plaintiffs will file their response to Amplify's Motion to Dismiss Plaintiffs' First Amended Consolidated Class Action Complaint.

2. By no later than May 31, 2022, Amplify will file their reply in support of the Motion.

**IT IS SO ORDERED**.

Dated:

Hon. David O. Carter
United States District Judge

2406890.1

**SO STIPULATED AND AGREED.**

Dated: April 15, 2022   **AITKEN♦AITKEN♦COHN**

By: */s/ Wylie A. Aitken*
WYLIE A. AITKEN
DARREN O. AITKEN
MEGAN G. DEMSHKI
*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

Dated: April 15, 2022   **LIEFF CABRASER HEIMANN & BERNSTEIN LLP**

By: */s/ Lexi J. Hazam*
LEXI HAZAM
ELIZABETH CABRASER
ROBERT NELSON
WILSON DUNLAVEY
KELLY McNABB
*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

Dated: April 15, 2022   **LARSON LLP**

By: */s/ Stephen G. Larson*
STEPHEN G. LARSON
STEVEN E. BLEDSOE
*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

Dated: April 15, 2022   **KIRKLAND & ELLIS LLP**

By: */s/ Christopher W. Keegan*
CHRISTOPHER W. KEEGAN
*Counsel for Defendants*

## **SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED:  April 15, 2022

*/s/ Lexi J. Hazam*
Lexi J. Hazam