UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No: <u>SA CV 21-01628-DOC-(JDEx)</u>     Date: <u>April 18, 2022</u>

Title:  <u>Peter Moses Gutierrez v. Amplify Energy Corporation, et al.</u>

PRESENT:  <u>THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE</u>

| Dajanae Carrigan/Karlen Dubon | Not Reported |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBRS):**     **SPECIAL MASTERS' INVOICES**

The parties are hereby ordered to process and promptly make payment on the Special Masters' invoices (attached herein). Invoices are billed as follows:

Bill To:   Adrienne Levin
           Kirkland & Ellis LLP
           555 California St.
           San Francisco, CA 94104

**Payment Amount:**   **$29,419.96**

Bill To:   Kristin Orsland
           Lieff, Cabraser, Helmann & Bernstein LLP
           275 Battery Steet
           29th Floor
           San Francisco, CA 94111

**Payment Amount:**   **$29,419.96**

<u>Initials of Deputy Clerk: dca/kdu</u>

# STATEMENT OF ACCOUNT



**Statement Date**
04/11/2022

Bill To:
**Kristin Orsland**
**Lieff, Cabraser, Heimann & Bernstein LLP**
**275 Battery St.**
**29th Floor**
**San Francisco, CA 94111**
**US**

| | |
|---|---|
| **Reference #:** | **1220071875 - Rep# 69** |
| Billing Specialist: | **Gilhuys, Jason** |
| Email: | jgilhuys@jamsadr.com |
| Telephone: | 949.224.4655 |
| Employer ID: | 68-0542699 |

RE: **Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)**

Representing: **Davey's Locker Sportfishing Inc. ; Blue Pacific Fisheries ; Ivar Southern ; Linda Southern ; Newport Landing Sportfishing, Inc. ; San Pedro Bait Co ; Donald C Brockman ; Donald C Brockman Trust ; Heidi M Jacques ; Heidi M Brockman Trust ; Gregory Hexberg ; Gregory C and Deborah L Hexberg Family Trust**

Neutral(s): **Hon. James Smith, (Ret.)**
**Daniel Garrie, Esq.**

Hearing Type: **COURT REFERENCE**

| Date / Time | Description | Charges | Credits | Balance |
|---|---|---|---|---|
| 1/31/22 | Invoice # 6044298 | $12,992.00 | | $12,992.00 |
| 2/28/22 | Invoice # 6081698 | $8,022.00 | | $21,014.00 |
| 3/4/22 | Check No. WT<br>Paid By: Lieff, Cabraser, Heimann & Bernstein LLP | | ($12,992.00) | $8,022.00 |
| 3/31/22 | Invoice # 6124938 | $19,740.00 | | $27,762.00 |
| 4/8/22 | Check No. WT<br>Paid By: Lieff, Cabraser, Heimann & Bernstein LLP | | ($8,022.00) | $19,740.00 |

| Outstanding Balance | $19,740.00 |
|---|---|

Approved for Disbursement:

Dated: April 15, 2022

_____
Hon. David Carter

Please make checks payable to JAMS, Inc.

Standard mail
P.O. Box 845402
Los Angeles, CA 90084

Overnight mail
18881 Von Karman Ave. Suite 350
Irvine, CA 92612



# STATEMENT OF ACCOUNT

**Statement Date**
04/11/2022

| | |
|---|---|
| Bill To: | **Adrienne Levin**<br>**Kirkland & Ellis LLP**<br>**555 California St.**<br>**San Francisco, CA 94104**<br>**US** |

| | |
|---|---|
| **Reference #:** | **1220071875 - Rep# 68** |
| Billing Specialist: | **Gilhuys, Jason** |
| Email: | **jgilhuys@jamsadr.com** |
| Telephone: | 949.224.4655 |
| Employer ID: | 68-0542699 |

RE: **Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)**

Representing: **Beta Operating Company, LLC ; Amplify Energy Corporation ; San Pedro Bay Pipeline Company**

Neutral(s):   **Hon. James Smith, (Ret.)**
              **Daniel Garrie, Esq.**

Hearing Type:  **COURT REFERENCE**

| Date / Time | Description | Charges | Credits | Balance |
|---|---|---|---|---|
| 1/31/22 | Invoice # 6044296 | $12,992.00 | | $12,992.00 |
| 2/28/22 | Invoice # 6081696 | $8,022.00 | | $21,014.00 |
| 3/17/22 | Check No. ACH<br>Paid By: Kirkland & Ellis LLP | | ($12,992.00) | $8,022.00 |
| 3/17/22 | Check No. ACH<br>Paid By: Kirkland & Ellis LLP | | ($8,022.00) | $0.00 |
| 3/31/22 | Invoice # 6124936 | $19,740.00 | | $19,740.00 |
| | **Outstanding Balance** | | | **$19,740.00** |

Approved for Disbursement:

Dated: April 15, 2022

*David O. Carter*

Hon. David Carter

**Please make checks payable to JAMS, Inc.**

Standard mail
P.O. Box 845402
Los Angeles, CA 90084

Overnight mail
18881 Von Karman Ave. Suite 350
Irvine, CA 92612



MATTER: **GUTIERREZ ET AL. v. AMPLIFY ENERGY CORP ET AL. – CASE NO. SA 21-CV-1628-DOC-JDE**

BILLING PERIOD: MARCH 1, 2022 – MARCH 31, 2022

INVOICE NO. 2022-3FE

BILL TO:  Adrienne Levin
Kirkland & Ellis LLP
555 California St.
San Francisco, CA 94104

OUTSTANDING BALANCE: $19,549.96 (50 percent of the total)

Please make invoice payable to OBrien Conflict Resolution LLC.

Approved by:

Dated: April 15, 2022

*David O. Carter*
_____
Honorable David O. Carter

+ P.O. Box 306, Sausalito, CA 94966  + bradley@obrienconflictresolution.com  + 1.415.272.1679



MATTER:  **GUTIERREZ ET AL. v. AMPLIFY ENERGY CORP ET AL. – CASE NO. SA 21-CV-1628-DOC-JDE**

BILLING PERIOD:  MARCH 1, 2022 – MARCH 31, 2022

INVOICE NO. 2022-3FE

BILL TO:	Kristin Orsland
	Lieff, Cabraser, Heimann & Bernstein LLP
	275 Battery Street
	29th Floor
	San Francisco, CA 94111

OUTSTANDING BALANCE:  $19,549.96 (50 percent of the total)

Please make invoice payable to OBrien Conflict Resolution LLC.

							Approved by:

							*David O. Carter*
Dated: April 15, 2022				_____
							Honorable David O. Carter