GREGORY L. BENTLEY #151147
*gbentley@bentleymore.com*
MATTHEW W. CLARK #273950
*mclark@bentleymore.com*
CLARE H. LUCICH #287157
*clucich@bentleymore.com*
JAIMI M. GROOTHUIS #268602
*jgroothuis@bentleymore.com*
BENTLEY & MORE LLP
4931 Birch Street
Newport Beach, CA 92660
Phone:      (949) 870-3800
Facsimile:  (949) 732-6291

Attorneys for Plaintiffs,
CHARLIE'S GYROS, INC.,
JENNIFER TAYLOR, and
GREG TAYLOR

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| **PETER MOSES GUTIERREZ JR.**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **AMPLIFY ENERGY CORP.**, et al., <br><br> Defendants. | Case No.: 8:21-cv-01628-DOC-JDE <br><br> **CERTAIN PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** <br><br> Judge: Hon. David O. Carter <br> Magistrate Judge: Hon. John D. Early <br><br> Complaint Filed: October 20, 2021 |

-1-

CERTAIN PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

1  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs JENNIFER TAYLOR, and GREG TAYLOR, individuals; and CHARLIE'S GYROS, INC., a California Corporation, hereby give notice that their claims asserted in *Charlie's Gyros, Inc.,* Case No. 8:21-cv-01738-DOC-JDE, are voluntarily dismissed without prejudice against Defendants Amplify Energy Corp., Beta Operating Company LLC d/b/a Beta Offshore, and San Pedro Bay Pipeline Company. Amplify Energy Corp., Beta Operating Company LLC d/b/a Beta Offshore, and San Pedro Bay Pipeline Company have not filed either an answer or a motion for summary judgment.

Dated: May 18, 2021            Respectfully submitted,

By:   */s/ Gregory L. Bentley*
**BENTLEY & MORE LLP**
GREGORY L. BENTLEY
MATTHEW W. CLARK
CLARE H. LUCICH
JAIMI M. GROOTHUIS

CERTAIN PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL