**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No: <u>SA CV 21-01628-DOC-(JDEx)</u>                    Date: <u>May 24, 2022</u>

Title:  <u>Peter Moses Gutierrez v. Amplify Energy Corporation, et al.</u>

PRESENT:  <u>THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE</u>

| Karlen Dubon | Not Reported |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBRS):        SPECIAL MASTERS' INVOICES**

The parties are hereby ordered to process and promptly make payment on the Special Masters' invoices (attached herein). Invoices are billed as follows:

Bill To:       Adrienne Levin
               Kirkland & Ellis LLP
               555 California St.
               San Francisco, CA 94104

**Payment Amount:   $25, 797.60**


Bill To:       Kristin Orsland
               Lieff, Cabraser, Helmann & Bernstein LLP
               275 Battery Steet
               29th Floor
               San Francisco, CA 94111

**Payment Amount:   $25, 797.60**

<u>Initials of Deputy Clerk: kdu</u>

# STATEMENT OF ACCOUNT



<u>Statement Date</u>
05/20/2022

Bill To:

**Adrienne Levin**
**Kirkland & Ellis LLP**
**555 California St.**
**San Francisco, CA 94104**
**US**

| | |
|---|---|
| **Reference #:** | **1220071875 - Rep# 68** |
| Billing Specialist: | **Gilhuys, Jason** |
| Email: | **jgilhuys@jamsadr.com** |
| Telephone: | **949.224.4655** |
| Employer ID: | **68-0542699** |

RE: **Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)**

Neutral(s): **Hon. James Smith, (Ret.)**
**Daniel Garrie, Esq.**

Representing: **Beta Operating Company, LLC ; Amplify Energy Corporation ; San Pedro Bay Pipeline Company**

Hearing Type: **COURT REFERENCE**

| Date / Time | Description | Charges | Credits | Balance |
|---|---|---|---|---|
| 1/31/22 | Invoice # 6044296 | $12,992.00 | | $12,992.00 |
| 2/28/22 | Invoice # 6081696 | $8,022.00 | | $21,014.00 |
| 3/17/22 | Check No. ACH<br>Paid By: Kirkland & Ellis LLP | | ($12,992.00) | $8,022.00 |
| 3/17/22 | Check No. ACH<br>Paid By: Kirkland & Ellis LLP | | ($8,022.00) | $0.00 |
| 3/31/22 | Invoice # 6124936 | $19,740.00 | | $19,740.00 |
| 4/22/22 | Check No. ACH<br>Paid By: Kirkland & Ellis LLP | | ($19,740.00) | $0.00 |
| 4/29/22 | Invoice # 6163142 | $18,828.24 | | $18,828.24 |

| | | | |
|---|---|---|---|
| **Outstanding Balance** | 50% o f | | **$18,828.24** |

Approved for Disbursement:

Dated:   May 24, 2022

*Llavid O. Carter*

Hon. David Carter

---

**Please make checks payable to JAMS, Inc.**

<u>Standard mail:</u>
**P.O. Box 845402**
**Los Angeles, CA 90084**

<u>Overnight mail:</u>
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

# STATEMENT OF ACCOUNT



**Statement Date**
05/20/2022

| Bill To: | **Kristin Orsland**<br>**Lieff, Cabraser, Heimann & Bernstein LLP**<br>**275 Battery St.**<br>**29th Floor**<br>**San Francisco, CA 94111**<br>**US** |
|---|---|

| Reference #: | **1220071875 - Rep# 69** |
|---|---|
| Billing Specialist: | **Gilhuys, Jason** |
| Email: | **jgilhuys@jamsadr.com** |
| Telephone: | **949.224.4655** |
| Employer ID: | **68-0542699** |

RE: **Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)**

Representing: **Davey's Locker Sportfishing Inc. ; Blue Pacific Fisheries ; Ivar Southern ; Linda Southern ; Newport Landing Sportfishing, Inc. ; San Pedro Bait Co ; Donald C Brockman ; Donald C Brockman Trust ; Heidi M Jacques ; Heidi M Brockman Trust ; Gregory Hexberg ; Gregory C and Deborah L Hexberg Family Trust**

Neutral(s): **Hon. James Smith, (Ret.)**
**Daniel Garrie, Esq.**

Hearing Type: **COURT REFERENCE**

| Date / Time | Description | Charges | Credits | Balance |
|---|---|---|---|---|
| 1/31/22 | Invoice # 6044298 | $12,992.00 | | $12,992.00 |
| 2/28/22 | Invoice # 6081698 | $8,022.00 | | $21,014.00 |
| 3/4/22 | Check No. WT<br>Paid By: Lieff, Cabraser, Heimann & Bernstein LLP | | ($12,992.00) | $8,022.00 |
| 3/31/22 | Invoice # 6124938 | $19,740.00 | | $27,762.00 |
| 4/8/22 | Check No. WT<br>Paid By: Lieff, Cabraser, Heimann & Bernstein LLP | | ($8,022.00) | $19,740.00 |
| 4/29/22 | Invoice # 6163144 | $18,828.23 | | $38,568.23 |
| 5/6/22 | Check No. WT<br>Paid By: Lieff, Cabraser, Heimann & Bernstein LLP | | ($19,740.00) | $18,828.23 |

| | | |
|---|---|---|
| **Outstanding Balance** | 50% of | **$18,828.23** |

Approved for Disbursement:

Dated: ___May 24, 2022___

*David O. Carter*

Hon. David Carter

---

**Please make checks payable to JAMS, Inc.**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**



MATTER:  **GUTIERREZ ET AL. v. AMPLIFY ENERGY CORP ET AL. – CASE NO. SA 21-CV-1628-DOC-JDE**

BILLING PERIOD:  APRIL 1, 2022 – APRIL 30, 2022

INVOICE NO.  AMP-2022-4FE

BILL TO:        Adrienne Levin
                Kirkland & Ellis LLP
                555 California St.
                San Francisco, CA 94104

OUTSTANDING BALANCE:  $16,383.48 (50 percent of the total)

Please make invoice payable to OBrien Conflict Resolution LLC.

Approved by:

_David O. Carter_ May 24, 2022

Honorable David O. Carter

✛ P.O. Box 306, Sausalito, CA 94966  ✛  bradley@obrienconflictresolution.com  ✛  1.415.272.1679



MATTER:  **GUTIERREZ ET AL. v. AMPLIFY ENERGY CORP ET AL. – CASE NO. SA 21-CV-1628-DOC-JDE**

BILLING PERIOD:  APRIL 1, 2022 – APRIL 30, 2022

INVOICE NO.   AMP-2022-4FE

BILL TO:      Kristin Orsland
              Lieff, Cabraser, Heimann & Bernstein LLP
              275 Battery Street
              29th Floor
              San Francisco, CA 94111

OUTSTANDING BALANCE:  $16,383.48 (50 percent of the total)

Please make invoice payable to OBrien Conflict Resolution LLC.


                                    Approved by:


                                    *David O. Carter*  May 24, 2022
                                    _____
                                    Honorable David O. Carter