# EXHIBIT 2



COLLIER WALSH NAKAZAWA LLP
ONE WORLD TRADE CENTER, SUITE 2370
LONG BEACH, CALIFORNIA 90831
T: +1 562 317 3300 | F: +1 562 317 3399
WWW.CWN-LAW.COM

JOSEPH A. WALSH II
JOE.WALSH@CWN-LAW.COM

November 19, 2021

Amplify Energy Corp.
500 Dallas Street, Suite 1700
Houston, Texas 77002



c/o John D. Giffin
Keesal Young & Logan, PC
450 Pacific Avenue
San Francisco, California 94133

Vessel: MSC DANIT (IMO #9404649)
Place of Alleged Incident: Long Beach Anchorage, California
Date of Alleged Incident: January 25, 2021
Maximum amount of undertaking: USD 97,500,000.00
(United States Dollars NINETY-SEVEN MILLION AND
FIVE HUNDRED THOUSAND)

Re:     **ALLEGED DAMAGE TO SUBSEA PIPELINE (00547)**

Dear Sirs:

In consideration of your and any of your affiliates refraining from arresting, seizing or otherwise detaining and agreeing not to seize, arrest, re-arrest, attach or otherwise detain the MSC DANIT (IMO #9404649)("Vessel") or any other vessel or property belonging to its owner, Dordellas Finance Corp. ("Owner"), or operator, MSC Mediterranean Shipping Co ("Operator"), or in the same beneficial ownership, chartering or management of Owner or Operator, for the purpose of founding jurisdiction and/or obtaining security by reason of the claims you are making against the Vessel for alleged damages arising from or relating to an alleged anchor strike and/or anchor dragging incident on or about January 25, 2021, to your subsea pipeline (believe to be referred to as Pipeline P00547), the undersigned United Kingdom Mutual Steam Ship Assurance Association Limited ("UK Club" or "Association") agrees to the following:

(1)     To file or cause to be filed upon your demand an *in rem* appearance on behalf of the Vessel in any suit you file in the United States District Court for the Central District of California and to file or cause to be filed a Verified Statement of Right or Interest by and on behalf of the Vessel regarding the January 25, 2021 incident.

Amplify Energy Corp.
c/o John D. Giffin
Keesal Young & Logan, PC
November 19, 2021
Page 2



(2)     In the event a final judgment (after all final appeals, if any) be entered in your favor against the Vessel, *in rem*, in the aforementioned proceedings then the undersigned Association agrees to pay the lesser of (1) the said final judgment, plus adjudged interest and costs, or (2) the sum of **USD 97,500,000.00 (United States Dollars NINETY-SEVEN MILLION AND FIVE HUNDRED THOUSAND)**, subject to the revision provision at subdivision (4), inclusive of interest and costs.

(3)     In the event of a settlement, where the Vessel has settled as an *in rem* defendant, then the undersigned Association agrees to pay the Vessel's agreed settlement, where said settlement has been made with the written approval of the undersigned Association, regardless of whether a final judgment has been rendered.

(4)     It is expressly agreed that the security amount provided for by this Letter of Undertaking shall be promptly reduced if the amount of your claim is reduced voluntarily or by the aforesaid Court, and it is further agreed that this Undertaking is without prejudice to the Owner's right to make an appropriate application to the Court to reduce the amount of security provided herein.

(5)     Upon demand or upon Owner's election, and subject to Rule E of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Rules for Admiralty or Maritime Claims"), to cause to be filed a bond in form and sufficiency of surety satisfactory to you or to the United States District Court for the Central District of California in the amount agreed in subdivision (2) or the revised amount as per subdivision (4), if applicable ("Bond").

(6)     In the event the Bond is filed, the undersigned Association shall have no further obligation under subdivisions (2) and (3) and that the original of this Letter of Undertaking will be returned to the undersigned Association at the following address:

United Kingdom Mutual Steam Ship Assurance Association Limited
c/o Managers Thomas Miller P&I Ltd.
90 Fenchurch Street,
London EC3M 4ST
United Kingdom

It is the intent of this Letter of Undertaking that the rights of the parties shall be precisely the same as they would have been had the Vessel been arrested under process issued out of the United States District Court for the Central District of California, then taken into custody by the United States Marshal under said *in rem* process, and had been released upon the filing of a release bond in the foregoing amount and a Verified Statement of Right or Interest.

4871-7666-2531v4

Amplify Energy Corp.
c/o John D. Giffin
Keesal Young & Logan, PC
November 19, 2021
Page 3



    It is further agreed that the maximum value of the substitute *res* created by this Letter of Undertaking may be adjusted by the United States District Court for the Central District of California, pro rata or by seniority of liens, to the total value of all other substitute *res* similarly issued, so as to conform with the terms of Rule E(5) of the Supplemental Rules for Admiralty or Maritime Claims.

    This Letter of Undertaking is binding whether the Vessel be lost or not lost, in port or not in port, and is written entirely without prejudice to any rights or defenses which the Vessel or its Owner may have, including, but not limited to, the rights to cross claim, third party claim, and/or limit liability in accordance with the applicable law and the right to restrict any appearance pursuant to Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims, none of which are waived. This Letter of Undertaking is limited to the *in rem* claim which may be asserted by you against the Vessel, as set forth above, and is to run only in favor of Amplify Energy Corp. and/or its subsidiaries and/or its subrogated Underwriters as their interests may appear.

    The authority of the signatory below to act on behalf of the Vessel or the Owner of that vessel is limited to the agreements which have been set forth herein and that the execution of this Letter of Undertaking by Collier Walsh Nakazawa LLP, on behalf of the undersigned United Kingdom Mutual Steam Ship Assurance Association Limited shall not be construed as binding upon Collier Walsh Nakazawa LLP or the individual signing the Letter of Undertaking, but is binding only upon the undersigned UK Club.

Very truly yours,

The United Kingdom Mutual Steam Ship Assurance Association Limited
By: Collier Walsh Nakazawa LLP

*/s/ Joseph A. Walsh II*

Joseph A. Walsh II
As Attorney-in-Fact for the above limited purpose only as per email authority received from United Kingdom Mutual Steam Ship Assurance Association Limited dated 17 November 2021