**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 21-01628-DOC-JDE            Date: June 16, 2022

Title: PETER MOSES GUTIERREZ JR. ET AL. v. AMPLIFY ENERGY CORP. ET AL.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|:---:|:---:|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):**    **ORDER RE: SPECIAL MASTER FEE ALLOCATION**

On May 26, 2022, the Court appointed the three Special Masters in this case to be Special Masters in the related Limitation Act case, LA CV 22-02153-DOC-JDE (Dkt. 22). The Court now clarifies how fees and costs for the Special Masters shall be allocated among the parties in the two cases.

1. If an issue relates solely or principally to the limitation action, then costs and fees shall be divided equally between the two vessel interests: 50% to Dordellas Finance Corp. Owner and MSC Mediterranean Shipping Company, and 50% to Capetanissa Maritime Corporation.

2. If an issue relates solely or principally to the class action, costs and fees shall be divided equally as follows: 20% to Dordellas Finance Corp. Owner and MSC Mediterranean Shipping Company; 20% to Capetanissa Maritime Corporation; 20% to Marine Exchange of Los Angeles Long Beach Harbor; 20% to Amplify Energy Corp. and Beta Operating Company, LLC; and 20% to the consolidated class action Plaintiffs.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 21-01628-DOC-JDE                                                         Date: June 16, 2022
                                                                                                                  Page 2

3. If an issue relates to the coordination between the limitation action and the class action or jointly to both actions, costs and fees shall be divided equally as follows: 20% to Dordellas Finance Corp. Owner and MSC Mediterranean Shipping Company; 20% to Capetanissa Maritime Corporation; 20% to Marine Exchange of Los Angeles Long Beach Harbor; 20% to Amplify Energy Corp. and Beta Operating Company, LLC; and 20% to the consolidated class action Plaintiffs.

This allocation is effective for Special Master fees and expenses incurred beginning on May 1, 2022. Within three business days, the parties shall identify points of contact and other relevant information relating to payment of Special Master fees and expenses, to the extent they have not already been provided.

The Clerk shall serve this minute order on the parties.


MINUTES FORM 11                                                                          Initials of Deputy
                                                                                                     Clerk: kdu
CIVIL-GEN