| | |
|---|---|
| Albert E. Peacock III, CASB No. 134094<br>apeacock@peacockpiper.com<br>Glen R. Piper, CASB No. 204023<br>gpiper@peacockpiper.com<br>David A. Tong, CASB No. 238971<br>dtong@peacockpiper.com<br>Margaret Stando, CASB No. 343038<br>mstando@peacockpiper.com<br>**PEACOCK PIPER TONG + VOSS LLP**<br>100 W. Broadway, Suite 610<br>Long Beach, CA 90802<br>Telephone: (562) 320-8880<br>Facsimile: (562) 735-3950<br><br>*Counsel for Specially Appearing Defendants, Costamare Shipping Co. S.A.; Capetanissa Maritime Corporation of Liberia; V.Ships Greece Ltd.; and M/V BEIJING, In Rem* | Christopher W. Keegan (SBN 232045)<br>chris.keegan@kirkland.com<br>**KIRKLAND & ELLIS LLP**<br>555 California St., Suite 2900<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>*Counsel for Defendants and Third-Party Plaintiffs Amplify Energy Corp., Beta Operating Company, LLC, and San Pedro Bay Pipeline Company* |

[*additional counsel on signature page*]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| PETER MOSES GUTIERREZ JR., CHANDRALEKHA WICKRAMASEKARAN and RAJASEKARAN WICKRAMASEKARAN, as Trustees of THE WICKRAMASEKARAN FAMILY TRUST established March 12, 1993; et al. individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>AMPLIFY ENERGY CORP.; BETA OPERATING COMPANY, LLC; and SAN PEDRO BAY PIPELINE COMPANY,<br><br>   Defendants/Third-Party Plaintiffs,<br><br>   v. | CASE NO. 8:21-cv-01628-DOC-JDE<br><br>**STIPULATION REGARDING REMOTE DEPOSITIONS OF DEPONENTS OF SPECIALLY APPEARING DEFENDANTS /THIRD-PARTY DEFENDANTS CAPETANISSA MARITIME CORPORATION, V.SHIPS GREECE LTD. AND COSTAMARE SHIPPING CO.**<br><br>Judge:   Hon. David O. Carter |

MEDITERRANEAN SHIPPING COMPANY, S.A., DORDELLAS FINANCE CORPORATION; MSC DANIT; ROES 1-100; COSTAMARE SHIPPING CO., S.A.; CAPETANISSA MARITIME CORPORATION; V.SHIPS GREECE LTD.; COSCO BEIJING; ROES 101-200; and MARINE EXCHANGE OF LOS ANGELES-LONG BEACH HARBOR d/b/a MARINE EXCHANGE OF SOUTHERN CALIFORNIA,

        Defendants/Third-Party Defendants.

| | |
|---|---|
| 1 | **WHEREAS** Amplify Energy Corp., Beta Operating Company, LLC, and San Pedro Bay Pipeline Company (together, "Amplify") filed their Third-Party Verified Complaint on February 28, 2022, ECF No. 123; |

    **WHEREAS** Amplify Energy Corp., Beta Operating Company, LLC, and San Pedro Bay Pipeline Company (together, "Amplify") filed their Third-Party Verified Complaint on February 28, 2022, ECF No. 123;

    **WHEREAS** Capetanissa Maritime Corporation ("Capetanissa") filed its Motions to Quash Improper Service and to Dismiss Amplify's Third-Party Complaint for Lack of Personal Jurisdiction on April 7, 2022, ECF No. 169;

    **WHEREAS** V.Ships Greece Ltd. ("V.Ships") filed its Motion to Dismiss Amplify's Third-Party Complaint for Lack of Personal Jurisdiction on May 5, 2022, ECF No. 226;

    **WHEREAS** Costamare Shipping Co., S.A. ("Costamare") filed its Motion to Dismiss Amplify's Third-Party Complaint for Lack of Personal Jurisdiction on May 5, 2022, ECF No. 227;

    **WHEREAS** this Court granted Amplify leave to serve Capetanissa with discovery related to jurisdictional issues raised in its Motion to Dismiss, including a subpoena for deposition testimony, on April 29, 2022, ECF No. 220;

    **WHEREAS** the hearing on the Motions to Dismiss has been set for July 11, 2022, at 10:00 a.m.

    **NOW THEREFORE**, Capetanissa, V.Ships, Costamare, and Amplify, by and through their respective counsel of record, hereby STIPULATE and AGREE, subject to the approval of this Court, to taking deposition testimony by remote means, including by videoconference ("Videoconference Deposition"), of:

    (1) John Harry Webster for the Federal Rule of Civil Procedure 30(b)(6) Depositions of Corporate Representatives of Specially Appearing Defendant/Third-Party Defendants Capetanissa and Costamare on those subjects for which he is designated, and in his individual capacity, limited to issues related to the Court's jurisdiction over Capetanissa and Costamare, including his declaration submitted in support of Capetanissa's and Costamare's above referenced Motions to Dismiss;

(2) Konstantinos Kontes for the Federal Rule of Civil Procedure 30(b)(6) Deposition of Corporate Representative of Specially Appearing Defendant/Third-Party Defendant V.Ships on those subjects for which he is designated, and in his individual capacity, limited to issues related to the Court's jurisdiction over V.Ships, including his declaration submitted in support of V.Ships's above referenced Motions to Dismiss; and

(3) Any other deponent(s) who are designated to testify on the topics listed in the Federal Rule of Civil Procedure 30(b)(6) Deposition Notices.

The parties further STIPULATE and AGREE that these Videoconference Depositions will be recorded by a Certified Shorthand Reporter authorized to administer oaths in the United States state or territory in which they reside and will have the full force and legal effect as if they were conducted in the United States, and that no party will challenge the use of any deposition described above solely on the basis that it was taken by remote means, including videoconference.

Nothing in this stipulation prohibits a party from raising objections under the Federal Rules of Evidence concerning the use of the deposition testimony including but not limited to, admissibility, foundation, hearsay, or impeachment, or under the Federal Rules of Civil Procedure, or other applicable rules.

**SO STIPULATED AND AGREED.**

Dated: June 17, 2022                **PEACOCK PIPER TONG + VOSS LLP**

By:  */s/ Albert E. Peacock III*

Albert E. Peacock III, CASB No. 134094
apeacock@peacockpiper.com
Glen R. Piper, CASB No. 204023
gpiper@peacockpiper.com
David A. Tong, CASB No. 238971
dtong@peacockpiper.com
Margaret Stando, CASB No. 343038
mstando@peacockpiper.com
**PEACOCK PIPER TONG + VOSS LLP**
100 W. Broadway, Suite 610
Long Beach, CA 90802
Telephone: (562) 320-8880
Facsimile: (562) 735-3950

| | |
|---|---|
| | *Counsel for Specially Appearing Defendants, Costamare Shipping Co. S.A.; Capetanissa Maritime Corporation of Liberia; V.Ships Greece Ltd.; and M/V BEIJING, In Rem* |
| Dated: June 17, 2022 | **KIRKLAND & ELLIS LLP** |
| | By: */s/ Christopher W. Keegan* |
| | Christopher W. Keegan (SBN 232045)<br>chris.keegan@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California St., Suite 2900<br>San Francisco, CA 94104<br>Tel: (415) 439-1400 / Fax: (415) 439-1500 |
| | Mark Holscher (SBN 139582)<br>mark.holscher@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 South Flower St., Suite 3700<br>Los Angeles, CA 90071<br>Tel: (213) 680-8400 / Fax: (213) 680-8500 |
| | Daniel T. Donovan (admitted *pro hac vice*)<br>ddonovan@kirkland.com<br>Matthew Owen (admitted *pro hac vice*)<br>matt.owen@kirkland.com<br>Holly Trogdon (admitted *pro hac vice*)<br>holly.trogdon@kirkland.com<br>McClain Thompson (admitted *pro hac vice*)<br>mcclain.thompson@kirkland.com<br>Ross Powell (admitted *pro hac vice*)<br>ross.powell@kirkland.com<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Tel: (202) 389-5000 / Fax: (202) 389-5200 |
| | Anna Rotman (admitted *pro hac vice*)<br>anna.rotman@kirkland.com<br>KIRKLAND & ELLIS LLP<br>609 Main Street<br>Houston, TX 77002<br>Tel: (713) 836-3600 / Fax: (713) 836-3601 |
| | *Counsel for the Amplify Defendants* |

**SIGNATURE CERTIFICATION**

    Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: June 17, 2022

*/s/ Christopher W. Keegan*
Christopher W. Keegan