| | |
|---|---|
| Albert E. Peacock III, CASB No. 134094<br>apeacock@peacockpiper.com<br>Glen R. Piper, CASB No. 204023<br>gpiper@peacockpiper.com<br>David A. Tong, CASB No. 238971<br>dtong@peacockpiper.com<br>Margaret Stando, CASB No. 343038<br>mstando@peacockpiper.com<br>**PEACOCK PIPER TONG + VOSS LLP**<br>100 W. Broadway, Suite 610<br>Long Beach, CA 90802<br>Telephone: (562) 320-8880<br>Facsimile: (562) 735-3950<br><br>*Counsel for Specially Appearing Defendants, Costamare Shipping Co. S.A.; Capetanissa Maritime Corporation of Liberia; V.Ships Greece Ltd.; and M/V BEIJING, In Rem* | Christopher W. Keegan (SBN 232045)<br>chris.keegan@kirkland.com<br>**KIRKLAND & ELLIS LLP**<br>555 California St., Suite 2900<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>*Counsel for Defendants and Third-Party Plaintiffs Amplify Energy Corp., Beta Operating Company, LLC, and San Pedro Bay Pipeline Company* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| PETER MOSES GUTIERREZ JR., CHANDRALEKHA WICKRAMASEKARAN and RAJASEKARAN WICKRAMASEKARAN, as Trustees of THE WICKRAMASEKARAN FAMILY TRUST established March 12, 1993; et al. individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>AMPLIFY ENERGY CORP.; BETA OPERATING COMPANY, LLC; and SAN PEDRO BAY PIPELINE COMPANY,<br><br>   Defendants/Third-Party Plaintiffs,<br><br> v. | CASE NO. 8:21-cv-01628-DOC-JDE<br><br>**(PROPOSED) ORDER GRANTING STIPULATION REGARDING REMOTE DEPOSITIONS OF DEPONENTS OF SPECIALLY APPEARING DEFENDANTS /THIRD-PARTY DEFENDANTS CAPETANISSA MARITIME CORPORATION, V.SHIPS GREECE LTD. AND COSTAMARE SHIPPING CO.**<br><br>Judge:  Hon. David O. Carter |

(PROPOSED) ORDER

| | |
|---|---|
| 1 | MEDITERRANEAN SHIPPING COMPANY, S.A., DORDELLAS FINANCE CORPORATION; MSC DANIT; ROES 1-100; COSTAMARE SHIPPING CO., S.A.; CAPETANISSA MARITIME CORPORATION; V.SHIPS GREECE LTD.; COSCO BEIJING; ROES 101-200; and MARINE EXCHANGE OF LOS ANGELES-LONG BEACH HARBOR d/b/a MARINE EXCHANGE OF SOUTHERN CALIFORNIA, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Defendants/Third-Party Defendants. |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**(PROPOSED) ORDER**

Pursuant to the stipulation of the parties, the Court hereby authorizes the taking of deposition testimony related to the jurisdictional issues raised by Capetanissa Maritime Corporation's, V.Ships Greece Ltd.'s, and Costamare Shipping Co., S.A.'s Motions to Dismiss Amplify's Third-Party Complaint by remote methods, including by videoconference. These depositions shall have the full force and legal effect as if they were conducted in the United States.

**IT IS SO ORDERED.**

DATED: _____, 2022

HON. DAVID O. CARTER
UNITED STATES DISTRICT COURT JUDGE