**FILED**
CLERK, U.S. DISTRICT COURT
7/5/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___kdu___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **PETER MOSES GUTIERREZ JR. ET AL.** <br><br> Plaintiffs, <br><br> vs. <br><br> **AMPLIFY ENERGY CORP. ET AL.,** <br><br> Defendants. | Case No. SA 21-CV-01628-DOC-JDE <br><br><br> **SPECIAL MASTERS' ORDER RE: JULY 11, 2022, HEARING** |

The Special Master Panel orders that the discovery issues raised by the Amplify Defendants / Third-Party Plaintiffs ("Amplify") in their June 29, 2022, JAMS Access postings relating to the Dordellas/Danit entities ("Dordellas/Danit") and the Beijing entities ("Beijing") ("Request for SMP Intervention re Danit" and "Request for SMP Intervention re Beijing") will be heard beginning at 9:00 a.m. on July 11, 2022. Amplify's initial brief is due no later than July 1, 2022; Dordellas/Danit's and Beijing's responsive briefs are due no later than July 6, 2022; and Amplify's reply brief is due no later than July 8, 2022. The hearing will be held remotely via Zoom with details to be provided separately. This Order was posted previously on JAMS Access.

IT IS SO ORDERED.

DATED: June 29, 2022

*James Smith* (signature)
James Smith, Esq.
Special Master

SPECIAL MASTERS' ORDER RE: JULY 11, 2022, HEARING

Daniel Garrie, Esq.
Special Master

/s/ Bradley O'Brien
Bradley O'Brien, Esq.
Special Master

SPECIAL MASTERS' ORDER RE: JULY 11, 2022, HEARING