**F I L E D**

CLERK, U.S. DISTRICT COURT

07/11/2022

CENTRAL DISTRICT OF CALIFORNIA

BY: _____ kdu _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PETER MOSES GUTIERREZ, JR., ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> AMPLIFY ENERGY CORP. ET AL., <br><br> Defendants | Case No.: SA 21-CV-01628-DOC-JDE <br><br> SUPPLEMENTAL DISCLOSURE OF SPECIAL MASTER JAMES SMITH, ESQ |

Please find attached a supplemental disclosure in the above referenced matter which reflects all of the service list changes to date in the case.  Based on my own knowledge as well as a good faith search of records available to me and JAMS personnel and, further based on the information supplied concerning the names of the parties and their counsel, the attached report indicates any prior or pending proceedings within the required timeframe where Special Master Smith has acted as temporary judge, referee, arbitrator, mediator, or settlement facilitator involving the parties, counsel or counsel's firms.  The attached report was prepared by a JAMS associate and reviewed by Special Master Smith.  Nothing in this report would, in Special Master Smith's opinion, prohibit him from impartially serving in this case.

SUPPLEMENTAL DISCLOSURE OF SPECIAL MASTER JAMES SMITH, ESQ

1

1   Any objection to the appointment of the Special Master Smith should be put in writing,

2   filed with the court, and served upon all parties and panel.

3

4

5   DATE: July 6, 2022

6   _____
    JAMES SMITH, ESQ.
    SPECIAL MASTER

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |

## Third Party Defendant(s)

**Marine Exchange of Los Angeles Long Beach Harbor**

No Address Listed

**Relevant Cases heard with Marine Exchange of Los Angeles Long Beach Harbor**

No Cases to Report

## Counsel for Third Party Defendant

**Conte C. Cicala**
**Clyde & Co US LLP**

Four Embarcadero Center
Suite 1350
San Francisco, CA 94111

**Relevant Cases heard with Conte C. Cicala**

No Cases to Report

**Relevant Cases heard with Clyde & Co US LLP**

No Cases to Report

**Kevin Ross Powell**
**Kirkland & Ellis LLP**

1301 Pennsylvania Avenue, NW
Washington, DC 20004

**Relevant Cases heard with Kevin Ross Powell**

No Cases to Report

**Meredith Pohl**
**Kirkland & Ellis LLP**

1301 Pennsylvania Avenue, NW
Washington, DC 20004

**Relevant Cases heard with Meredith Pohl**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

**David Tong**
**Peacock Piper Tong Voss LLP**
100 West Broadway
Suite 610
Long Beach, CA 90802

**Relevant Cases heard with David Tong**

**Court Reference**

· **Court Reference(s) - Open cases**                    **1**

**Juliette B. McCullough**
**Peacock Piper Tong Voss LLP**
100 West Broadway
Suite 610
Long Beach, CA 90802

**Relevant Cases heard with Juliette B. McCullough**

No Cases to Report

**Tara Beth Voss**
**Peacock Piper Tong Voss LLP**
100 West Broadway
Suite 610
Long Beach, CA 90802

**Relevant Cases heard with Tara Beth Voss**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

## Defendant(s)

**Amplify Energy Corporation**

No Address Listed

**Relevant Cases heard with Amplify Energy Corporation**

**Court Reference**

· Court Reference(s) - Open cases    1

**Beta Operating Company, LLC**

No Address Listed

**Relevant Cases heard with Beta Operating Company, LLC**

**Court Reference**

· Court Reference(s) - Open cases    1

**Capetanissa Maritime Corp.**

No Address Listed

**Relevant Cases heard with Capetanissa Maritime Corp.**

**Court Reference**

· Court Reference(s) - Open cases    1

**COSCO Beijing**

No Address Listed

**Relevant Cases heard with COSCO Beijing**

No Cases to Report

**Costamare Shipping Company, S.A.**

No Address Listed

**Relevant Cases heard with Costamare Shipping Company, S.A.**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

7/6/2022                                                                                                          Page 3 of 40

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |

**Dordellas Finance Corporation**

No Address Listed

**Relevant Cases heard with Dordellas Finance Corporation**

<u>Court Reference</u>

· **Court Reference(s) - Open cases**                    1

**MSC Mediterranean Shipping Company, S.A.**

No Address Listed

**Relevant Cases heard with MSC Mediterranean Shipping Company, S.A.**

<u>Court Reference</u>

· **Court Reference(s) - Open cases**                    1

**San Pedro Bay Pipeline Company**

No Address Listed

**Relevant Cases heard with San Pedro Bay Pipeline Company**

<u>Court Reference</u>

· **Court Reference(s) - Open cases**                    1

**V.Ships Greece Ltd**

No Address Listed

**Relevant Cases heard with V.Ships Greece Ltd**

   No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

## Counsel for Defendant

**Ellen E McGlynn**
**Collier Walsh Nakazawa**

One World Trade Ctr.
Suite 1860
Long Beach, CA 90831

**Relevant Cases heard with Ellen E McGlynn**

**Court Reference**

· Court Reference(s) - Open cases                    1

**Joseph A. Walsh II**
**Collier Walsh Nakazawa**

One World Trade Ctr.
Suite 1860
Long Beach, CA 90831

**Relevant Cases heard with Joseph A. Walsh II**

**Court Reference**

· Court Reference(s) - Open cases                    1

**Relevant Cases heard with Collier Walsh Nakazawa**

**Court Reference**

· Court Reference(s) - Open cases                    1

**Adrienne Levin**
**Kirkland & Ellis LLP**

555 California St.
San Francisco, CA 94104

**Relevant Cases heard with Adrienne Levin**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures ☐ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

**Anna G. Rotman**
**Kirkland & Ellis LLP**

609 Main St.
Houston, TX 77002

**Relevant Cases heard with Anna G. Rotman**

No Cases to Report

**Christopher W. Keegan**
**Kirkland & Ellis LLP**

555 California St.
San Francisco, CA 94104

**Relevant Cases heard with Christopher W. Keegan**

<u>Court Reference</u>
· Court Reference(s) - Open cases               1

**Relevant Cases heard with Kirkland & Ellis LLP**

<u>Court Reference</u>
· Court Reference(s) - Closed cases              1
· Court Reference(s) - Open cases               1

**Daniel T. Donovan**
**Kirkland & Ellis LLP**

1301 Pennsylvania Avenue, NW
Washington, DC 20004

**Relevant Cases heard with Daniel T. Donovan**

<u>Court Reference</u>
· Court Reference(s) - Open cases               1

**Holly Trogdon**
**Kirkland & Ellis LLP**

1301 Pennsylvania Avenue, NW
Washington, DC 20004

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

**Relevant Cases heard with Holly Trogdon**

No Cases to Report

**Mark Charles Holscher**
**Kirkland & Ellis LLP**
555 S. Flower St
Suite 3700
Los Angeles, CA 90071

**Relevant Cases heard with Mark Charles Holscher**

**Court Reference**

· **Court Reference(s) - Closed cases**          1

· **Court Reference(s) - Open cases**           1

**Matt S Owen**
**Kirkland & Ellis LLP**
1301 Pennsylvania Avenue, NW
Washington, DC 20004

**Relevant Cases heard with Matt S Owen**

No Cases to Report

**McClain Thompson**
**Kirkland & Ellis LLP**
1301 Pennsylvania Avenue, NW
Washington, DC 20004

**Relevant Cases heard with McClain Thompson**

No Cases to Report

**Albert E. Peacock III**
**Peacock Piper Tong Voss LLP**
100 West Broadway
Suite 610
Long Beach, CA 90802

**Relevant Cases heard with Albert E. Peacock III**

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

**Court Reference**

· Court Reference(s) - Open cases                1

**Relevant Cases heard with Peacock Piper Tong Voss LLP**

**Court Reference**

· Court Reference(s) - Open cases                1

**Glen R. Piper**
**Peacock Piper Tong Voss LLP**

100 West Broadway
Suite 610
Long Beach, CA 90802

**Relevant Cases heard with Glen R. Piper**

**Court Reference**

· Court Reference(s) - Open cases                1

**Margaret Stando**
**Peacock Piper Tong Voss LLP**

100 West Broadway
Suite 610
Long Beach, CA 90802

**Relevant Cases heard with Margaret Stando**

**Court Reference**

· Court Reference(s) - Open cases                1

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

*California General Disclosures & Mediation Disclosures □ Report A (MKT016A)*

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |

## Counsel for Judge

**David O. Carter**
**US District Court**

Ronald Regan Federal Bldg: Court Room 9D
411 W. Fourth St., #1053
Santa Ana, CA 92701-4516

**Relevant Cases heard with David O. Carter**

No Cases to Report

**Relevant Cases heard with US District Court**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

## Plaintiff(s)

**Banzai Surf Company, LLC**

No Address Listed

**Relevant Cases heard with Banzai Surf Company, LLC**

**Court Reference**

· Court Reference(s) - Open cases                    1

**Beyond Business Incorporated**

No Address Listed

**Relevant Cases heard with Beyond Business Incorporated**

**Court Reference**

· Court Reference(s) - Open cases                    1

**Blue Pacific Fisheries**

No Address Listed

**Relevant Cases heard with Blue Pacific Fisheries**

No Cases to Report

**Bobs Lemonade**

No Address Listed

**Relevant Cases heard with Bobs Lemonade**

No Cases to Report

**Bongos III Sportfishing LLC**

No Address Listed

**Relevant Cases heard with Bongos III Sportfishing LLC**

**Court Reference**

· Court Reference(s) - Open cases                    1

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

7/6/2022                                                                                                    Page 10 of 40

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |

---

**Bradley Bitton dba Brad's Live Local Lobster**

No Address Listed

**Relevant Cases heard with Bradley Bitton dba Brad's Live Local Lobster**

 No Cases to Report

---

**Chandralekha Wickramasekaran**

No Address Listed

**Relevant Cases heard with Chandralekha Wickramasekaran**

 <u>Court Reference</u>

 · Court Reference(s) - Open cases     1

---

**Charlie's Gyros, Inc.**

No Address Listed

**Relevant Cases heard with Charlie's Gyros, Inc.**

 No Cases to Report

---

**Clint Carroll Surf School**

No Address Listed

**Relevant Cases heard with Clint Carroll Surf School**

 No Cases to Report

---

**Coachs Mediterranean Grill & Bar**

No Address Listed

**Relevant Cases heard with Coachs Mediterranean Grill & Bar**

 No Cases to Report

---

**Cold Stone Creamery**

No Address Listed

**Relevant Cases heard with Cold Stone Creamery**

 No Cases to Report

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

### California General Disclosures & Mediation Disclosures ☐ Report A (MKT016A)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
| --- | --- | --- |

| **Davey's Locker Sportfishing Inc.** |
| --- |
| No Address Listed |

**Relevant Cases heard with Davey's Locker Sportfishing Inc.**

**Court Reference**
· **Court Reference(s) - Open cases**                    1

| **Donald C Brockman Trust** |
| --- |
| No Address Listed |

**Relevant Cases heard with Donald C Brockman Trust**

   No Cases to Report

| **Donald C Brockman** |
| --- |
| No Address Listed |

**Relevant Cases heard with Donald C Brockman**

   No Cases to Report

| **Donald C. Brockman** |
| --- |
| No Address Listed |

**Relevant Cases heard with Donald C. Brockman**

**Court Reference**
· **Court Reference(s) - Open cases**                    1

| **East Meets West Excursions** |
| --- |
| No Address Listed |

**Relevant Cases heard with East Meets West Excursions**

**Court Reference**
· **Court Reference(s) - Open cases**                    1

| **Endless Sun Surf School** |
| --- |
| No Address Listed |

**Relevant Cases heard with Endless Sun Surf School**

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

No Cases to Report

**Gina Rosansky**

No Address Listed

**Relevant Cases heard with Gina Rosansky**

No Cases to Report

**Goff Tours**

No Address Listed

**Relevant Cases heard with Goff Tours**

No Cases to Report

**Greg Taylor**

No Address Listed

**Relevant Cases heard with Greg Taylor**

No Cases to Report

**Gregory C and Deborah L Hexberg Family Trust**

No Address Listed

**Relevant Cases heard with Gregory C and Deborah L Hexberg Family Trust**

No Cases to Report

**Gregory Hexberg**

No Address Listed

**Relevant Cases heard with Gregory Hexberg**

No Cases to Report

**Heidi M Brockman Trust**

No Address Listed

**Relevant Cases heard with Heidi M Brockman Trust**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

---

| **Heidi M Jacques** |
|---|
| No Address Listed |

**Relevant Cases heard with Heidi M Jacques**

    No Cases to Report

| **Heidi M. Jacques** |
|---|
| No Address Listed |

**Relevant Cases heard with Heidi M. Jacques**

**Court Reference**

   ·Court Reference(s) - Open cases          1

| **Hill's Boat Service, Inc.** |
|---|
| No Address Listed |

**Relevant Cases heard with Hill's Boat Service, Inc.**

    No Cases to Report

| **Ivar Southern** |
|---|
| No Address Listed |

**Relevant Cases heard with Ivar Southern**

    No Cases to Report

| **Jack Buttler** |
|---|
| No Address Listed |

**Relevant Cases heard with Jack Buttler**

    No Cases to Report

| **James Whelan** |
|---|
| No Address Listed |

**Relevant Cases heard with James Whelan**

    No Cases to Report

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

* *"Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

### California General Disclosures & Mediation Disclosures □ Report A (MKT016A)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

**Jennifer Taylor**
No Address Listed

**Relevant Cases heard with Jennifer Taylor**

No Cases to Report

**John Crowe**
No Address Listed

**Relevant Cases heard with John Crowe**

**Court Reference**

· **Court Reference(s) - Open cases**                1

**John Pedicini**
No Address Listed

**Relevant Cases heard with John Pedicini**

**Court Reference**

· **Court Reference(s) - Open cases**                1

**Jolynn Mahoney**
No Address Listed

**Relevant Cases heard with Jolynn Mahoney**

No Cases to Report

**Josh Hernandez**
No Address Listed

**Relevant Cases heard with Josh Hernandez**

**Court Reference**

· **Court Reference(s) - Open cases**                1

**Joshua Tucker**
No Address Listed

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

### California General Disclosures & Mediation Disclosures ☐ Report A (MKT016A)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |

**Relevant Cases heard with Joshua Tucker**

    No Cases to Report

**Ketcham Tackle, LLC**

No Address Listed

**Relevant Cases heard with Ketcham Tackle, LLC**

    No Cases to Report

**Kirk Schoonover**

No Address Listed

**Relevant Cases heard with Kirk Schoonover**

    No Cases to Report

**Kristin and Stephen Samuelian Family Trust est 8/25/2017**

No Address Listed

**Relevant Cases heard with Kristin and Stephen Samuelian Family Trust est 8/25/2017**

    No Cases to Report

**Kristin Kay Samuelian**

No Address Listed

**Relevant Cases heard with Kristin Kay Samuelian**

    No Cases to Report

**LBC Seafood, Inc.**

No Address Listed

**Relevant Cases heard with LBC Seafood, Inc.**

    **Court Reference**

    · Court Reference(s) - Open cases       **1**

**Learn to Surf LLC**

No Address Listed

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures ☐ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
| --- | --- | --- |

**Relevant Cases heard with Learn to Surf LLC**

    No Cases to Report

---

**Linda Southern**

No Address Listed

**Relevant Cases heard with Linda Southern**

    No Cases to Report

---

**Main St. Eyewear & Boutique**

No Address Listed

**Relevant Cases heard with Main St. Eyewear & Boutique**

    No Cases to Report

---

**Marysue Pedicini**

No Address Listed

**Relevant Cases heard with Marysue Pedicini**

**Court Reference**

    · Court Reference(s) - Open cases          1

---

**Michael Jensen**

No Address Listed

**Relevant Cases heard with Michael Jensen**

    No Cases to Report

---

**Michaelangelo Saint Thomas**

No Address Listed

**Relevant Cases heard with Michaelangelo Saint Thomas**

    No Cases to Report

---

**Mike Owens**

No Address Listed

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures ☐ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

**Relevant Cases heard with Mike Owens**

    No Cases to Report

---

**N.S.T., minor**

No Address Listed

**Relevant Cases heard with N.S.T., minor**

    No Cases to Report

---

**Newport Landing Sportfishing, Inc.**

No Address Listed

**Relevant Cases heard with Newport Landing Sportfishing, Inc.**

    No Cases to Report

---

**Newport Surfrider, LLC**

No Address Listed

**Relevant Cases heard with Newport Surfrider, LLC**

    No Cases to Report

---

**Patrick Mahoney**

No Address Listed

**Relevant Cases heard with Patrick Mahoney**

    No Cases to Report

---

**Quality Sea Food, Inc.**

No Address Listed

**Relevant Cases heard with Quality Sea Food, Inc.**

    **Court Reference**

     ·Court Reference(s) - Open cases        **1**

---

**Rajaskaran Wickramasekaran**

No Address Listed

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |

**Relevant Cases heard with Rajaskaran Wickramasekaran**

    No Cases to Report

**RajaskaranWickramasekaran**
No Address Listed

**Relevant Cases heard with RajaskaranWickramasekaran**

    No Cases to Report

**San Pedro Bait Co**
No Address Listed

**Relevant Cases heard with San Pedro Bait Co**

    No Cases to Report

**SK5-Keller Legacy, LLC**
No Address Listed

**Relevant Cases heard with SK5-Keller Legacy, LLC**

    No Cases to Report

**Stephen E Samuelian**
No Address Listed

**Relevant Cases heard with Stephen E Samuelian**

    No Cases to Report

**Steve Legere**
No Address Listed

**Relevant Cases heard with Steve Legere**

    No Cases to Report

**Steven Rosansky**
No Address Listed

**Relevant Cases heard with Steven Rosansky**

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures ☐ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

No Cases to Report

| **Tyler Wayman** |
|---|
| No Address Listed |

**Relevant Cases heard with Tyler Wayman**

**Court Reference**

· Court Reference(s) - Open cases                    **1**

| **Zacks By The Beach** |
|---|
| No Address Listed |

**Relevant Cases heard with Zacks By The Beach**

No Cases to Report

| **Ziggys on Main** |
|---|
| No Address Listed |

**Relevant Cases heard with Ziggys on Main**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

## Counsel for Plaintiff

**Mikael A Abye**
**Abye Law Offices**

88 Kearney St
Suite 1850
San Francisco, CA 94108

**Relevant Cases heard with Mikael A Abye**

   No Cases to Report

**Relevant Cases heard with Abye Law Offices**

   No Cases to Report

**Darren O'Leary Aitken**
**Aitken, Aitken & Cohn**

3 MacArthur Place
Suite 800
Santa Ana, CA 92707

**Relevant Cases heard with Darren O'Leary Aitken**

   **Court Reference**

   · Court Reference(s) - Open cases          1

**Megan G. Demshki**
**Aitken, Aitken & Cohn**

3 MacArthur Place
Suite 800
Santa Ana, CA 92707

**Relevant Cases heard with Megan G. Demshki**

   No Cases to Report

**Relevant Cases heard with Aitken, Aitken & Cohn**

   **Court Reference**

   · Court Reference(s) - Open cases          1

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures  Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

**Michael A. Penn**
**Aitken, Aitken & Cohn**

3 MacArthur Place
Suite 800
Santa Ana, CA 92707

**Relevant Cases heard with Michael A. Penn**

   No Cases to Report

**Wylie A. Aitken**
**Aitken, Aitken & Cohn**

3 MacArthur Place
Suite 800
Santa Ana, CA 92707

**Relevant Cases heard with Wylie A. Aitken**

**Court Reference**

· Court Reference(s) - Open cases                     1

**Erica Ann Maharg**
**Aqua Terra Aeris Law Group PC**

4030 Martin Luther King Jr. Way
Oakland, CA 94609

**Relevant Cases heard with Erica Ann Maharg**

   No Cases to Report

**James Thomas Brett**
**Aqua Terra Aeris Law Group PC**

4030 Martin Luther King Jr. Way
Oakland, CA 94609

**Relevant Cases heard with James Thomas Brett**

   No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

**Jason R. Flanders**
**Aqua Terra Aeris Law Group PC**

4030 Martin Luther King Jr. Way
Oakland, CA 94609

**Relevant Cases heard with Jason R. Flanders**

   No Cases to Report

**Matthew C. Maclear**
**Aqua Terra Aeris Law Group PC**

4030 Martin Luther King Jr. Way
Oakland, CA 94609

**Relevant Cases heard with Matthew C. Maclear**

   No Cases to Report

**Relevant Cases heard with Aqua Terra Aeris Law Group PC**

   No Cases to Report

**Gregory L. Bentley**
**Bentley & More LLP**

4931 Birch Street
Newport Beach, CA 92660

**Relevant Cases heard with Gregory L. Bentley**

   No Cases to Report

**Relevant Cases heard with Bentley & More LLP**

   No Cases to Report

**Jaimi M Groothuis**
**Bentley & More LLP**

4931 Birch Street
Newport Beach, CA 92660

**Relevant Cases heard with Jaimi M Groothuis**

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

No Cases to Report

**Matthew W. Clark**
**Bentley & More LLP**
4931 Birch Street
Newport Beach, CA 92660

**Relevant Cases heard with Matthew W. Clark**

No Cases to Report

**Albert Y. Chang**
**Bottini & Bottini LLP**
7817 Ivanhoe Ave.
Suite 102
La Jolla, CA 92037

**Relevant Cases heard with Albert Y. Chang**

No Cases to Report

**Relevant Cases heard with Bottini & Bottini LLP**

No Cases to Report

**Francis A. Bottini, Jr.**
**Bottini & Bottini LLP**
7817 Ivanhoe Ave.
Suite 102
La Jolla, CA 92037

**Relevant Cases heard with Francis A. Bottini, Jr.**

No Cases to Report

**Yury A. Kolesnikov**
**Bottini & Bottini LLP**
7817 Ivanhoe Ave.
Suite 102
La Jolla, CA 92037

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |

**Relevant Cases heard with Yury A. Kolesnikov**

  No Cases to Report

**A. Barry Cappello**
**Cappello & Noel LLP**
831 State Street
Santa Barbara, CA 93101-3227

**Relevant Cases heard with A. Barry Cappello**

  No Cases to Report

**Lawrence J. Conlan**
**Cappello & Noel LLP**
831 State Street
Santa Barbara, CA 93101-3227

**Relevant Cases heard with Lawrence J. Conlan**

  No Cases to Report

**Relevant Cases heard with Cappello & Noel LLP**

  No Cases to Report

**Leila Jacobson Noel**
**Cappello & Noel LLP**
831 State Street
Santa Barbara, CA 93101-3227

**Relevant Cases heard with Leila Jacobson Noel**

  No Cases to Report

**David S. Casey Jr.**
**Casey, Gerry, Schenk, et al.**
110 Laurel St.
San Diego, CA 92101

**Relevant Cases heard with David S. Casey Jr.**

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

Panelist: James L. Smith          Reference #: 1220071875          7/6/2022

No Cases to Report

**Relevant Cases heard with Casey, Gerry, Schenk, et al.**

No Cases to Report

**Frederick Schenk**
**Casey, Gerry, Schenk, et al.**

110 Laurel St.
San Diego, CA 92101

**Relevant Cases heard with Frederick Schenk**

No Cases to Report

**Gayle M. Blatt**
**Casey, Gerry, Schenk, et al.**

110 Laurel St.
San Diego, CA 92101

**Relevant Cases heard with Gayle M. Blatt**

No Cases to Report

**P. Camille Guerra**
**Casey, Gerry, Schenk, et al.**

110 Laurel St.
San Diego, CA 92101

**Relevant Cases heard with P. Camille Guerra**

No Cases to Report

**Samantha A Kaplan**
**Casey, Gerry, Schenk, et al.**

110 Laurel St.
San Diego, CA 92101

**Relevant Cases heard with Samantha A Kaplan**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |

---

**Anne M. Murphy**
**Cotchett, Pitre & McCarthy**

840 Malcolm Rd.
Suite 200
Burlingame, CA 94010

**Relevant Cases heard with Anne M. Murphy**

   No Cases to Report

**Gary Allan Praglin**
**Cotchett, Pitre & McCarthy**

2716 Ocean Park Blvd.
Suite 3088
Santa Monica, CA 90405

**Relevant Cases heard with Gary Allan Praglin**

   No Cases to Report

**Hannah Katrina G Brown**
**Cotchett, Pitre & McCarthy**

2716 Ocean Park Blvd.
Suite 3088
Santa Monica, CA 90405

**Relevant Cases heard with Hannah Katrina G Brown**

   No Cases to Report

**Kelly Weil**
**Cotchett, Pitre & McCarthy**

2716 Ocean Park Blvd.
Suite 3088
Santa Monica, CA 90405

**Relevant Cases heard with Kelly Weil**

   No Cases to Report

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |

---

**Nanci E. Nishimura**
**Cotchett, Pitre & McCarthy**

840 Malcolm Rd.
Suite 200
Burlingame, CA 94010

**Relevant Cases heard with Nanci E. Nishimura**

> No Cases to Report

**Robert B. Hutchinson**
**Cotchett, Pitre & McCarthy**

2716 Ocean Park Blvd.
Suite 3088
Santa Monica, CA 90405

**Relevant Cases heard with Robert B. Hutchinson**

> No Cases to Report

**Relevant Cases heard with Cotchett, Pitre & McCarthy**

> No Cases to Report

**Jessica Grau**
**Golden Injury Law**

17291 Irvine Blvd
Suite 440
Tustin, CA 92780-2963

**Relevant Cases heard with Jessica Grau**

> No Cases to Report

**Relevant Cases heard with Golden Injury Law**

> No Cases to Report

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

**Stuart G. Gross**
**Gross & Klein**

The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111

**Relevant Cases heard with Stuart G. Gross**

    No Cases to Report

**Relevant Cases heard with Gross & Klein**

    No Cases to Report

**Stephen J. Herman**
**Herman, Herman, Katz & Cotlar**

820 O'Keefe Ave.
New Orleans, LA 70113-1116

**Relevant Cases heard with Stephen J. Herman**

    No Cases to Report

**Relevant Cases heard with Herman, Herman, Katz & Cotlar**

    No Cases to Report

**Anna-Patrice M Harris**
**Joseph Saveri Law Firm**

601 California Street
Suite 1000
San Francisco, CA 94108

**Relevant Cases heard with Anna-Patrice M Harris**

    No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

**Christopher Young**
**Joseph Saveri Law Firm**
601 California Street
Suite 1000
San Francisco, CA 94108

**Relevant Cases heard with Christopher Young**

  No Cases to Report

**Relevant Cases heard with Joseph Saveri Law Firm**

  No Cases to Report

**Joseph Saveri**
**Joseph Saveri Law Firm**
601 California Street
Suite 1000
San Francisco, CA 94108

**Relevant Cases heard with Joseph Saveri**

  No Cases to Report

**Steven N. Williams**
**Joseph Saveri Law Firm**
601 California Street
Suite 1000
San Francisco, CA 94108

**Relevant Cases heard with Steven N. Williams**

  No Cases to Report

**Jason A. Ibey**
**Kazerouni Law Group, APC**
245 Fischer Ave.
Suite D-1
Costa Mesa, CA 92626-4539

**Relevant Cases heard with Jason A. Ibey**

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures ☐ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

No Cases to Report

**Relevant Cases heard with Kazerouni Law Group, APC**

**Arbitration**

· Arbitration(s) - Closed cases                                    **2**

**Seyed Abbas Kazerounian**
**Kazerouni Law Group, APC**

245 Fischer Ave.
Suite D-1
Costa Mesa, CA 92626-4539

**Relevant Cases heard with Seyed Abbas Kazerounian**

**Arbitration**

· Arbitration(s) - Closed cases                                    **2**

**Andrew J. Bedigian**
**Larson LLP**

555 S Flower St
Suite 4400
Los Angeles, CA 90071

**Relevant Cases heard with Andrew J. Bedigian**

No Cases to Report

**Rick Richmond**
**Larson LLP**

555 S Flower St
Suite 4400
Los Angeles, CA 90071

**Relevant Cases heard with Rick Richmond**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

**Stephen G. Larson**
**Larson LLP**
555 S Flower St
Suite 4400
Los Angeles, CA 90071

**Relevant Cases heard with Stephen G. Larson**

**Court Reference**
· Court Reference(s) - Open cases                              **1**

**Relevant Cases heard with Larson LLP**

**Court Reference**
· Court Reference(s) - Closed cases                            **1**
· Court Reference(s) - Open cases                              **1**

**Steven E. Bledsoe**
**Larson LLP**
600 Anton Blvd
Suite 1270
Costa Mesa, CA 92626

**Relevant Cases heard with Steven E. Bledsoe**

   No Cases to Report

**Elizabeth J. Cabraser**
**Lieff, Cabraser, Heimann & Bernstein LLP**
275 Battery St.
29th Floor
San Francisco, CA 94111

**Relevant Cases heard with Elizabeth J. Cabraser**

   No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

**Frank White**
**Lieff, Cabraser, Heimann & Bernstein LLP**

275 Battery St.
29th Floor
San Francisco, CA 94111

**Relevant Cases heard with Frank White**

    No Cases to Report

**Kelly K. McNabb**
**Lieff, Cabraser, Heimann & Bernstein LLP**

250 Hudson St.
8th Floor
New York, NY 10013-1413

**Relevant Cases heard with Kelly K. McNabb**

    No Cases to Report

**Kristin Orsland**
**Lieff, Cabraser, Heimann & Bernstein LLP**

275 Battery St.
29th Floor
San Francisco, CA 94111

**Relevant Cases heard with Kristin Orsland**

    No Cases to Report

**Lexi Hazam**
**Lieff, Cabraser, Heimann & Bernstein LLP**

275 Battery St.
29th Floor
San Francisco, CA 94111

**Relevant Cases heard with Lexi Hazam**

**Court Reference**

    · Court Reference(s) - Open cases            1

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures ☐ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

**Relevant Cases heard with Lieff, Cabraser, Heimann & Bernstein LLP**

<u>Court Reference</u>

· Court Reference(s) - Open cases                    1

**Robert J. Nelson**
**Lieff, Cabraser, Heimann & Bernstein LLP**
275 Battery St.
29th Floor
San Francisco, CA 94111

**Relevant Cases heard with Robert J. Nelson**

   No Cases to Report

**Wilson M. Dunlavey**
**Lieff, Cabraser, Heimann & Bernstein LLP**
275 Battery St.
29th Floor
San Francisco, CA 94111

**Relevant Cases heard with Wilson M. Dunlavey**

   No Cases to Report

**Hannah E. Mohr**
**Matiasic Firm, PC**
44 Montgomery St.
Suite 3850
San Francisco, CA 94104-4823

**Relevant Cases heard with Hannah E. Mohr**

   No Cases to Report

**Paul A Matiasic**
**Matiasic Firm, PC**
355 S Grand Ave
Suite 2450
Los Angeles, CA 90071

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures ☐ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

**Relevant Cases heard with Paul A Matiasic**

> No Cases to Report

**Relevant Cases heard with Matiasic Firm, PC**

> No Cases to Report

**David C. Wright**
**McCune Wright Arevalo, LLP**

3281 East Guasti Rd.
Suite 100
Ontario, CA 91761

**Relevant Cases heard with David C. Wright**

> No Cases to Report

**Elaine Kusel**
**McCune Wright Arevalo, LLP**

One Gateway Center
Suite 2600
Newark, NJ 07102

**Relevant Cases heard with Elaine Kusel**

> No Cases to Report

**Mark I Richards**
**McCune Wright Arevalo, LLP**

3281 East Guasti Rd.
Suite 100
Ontario, CA 91761

**Relevant Cases heard with Mark I Richards**

> No Cases to Report

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |

---

**Richard D. McCune**
**McCune Wright Arevalo, LLP**

3281 East Guasti Rd.
Suite 100
Ontario, CA 91761

**Relevant Cases heard with Richard D. McCune**

   No Cases to Report

**Relevant Cases heard with McCune Wright Arevalo, LLP**

   No Cases to Report

**Sherief Morsy**
**McCune Wright Arevalo, LLP**

One Gateway Center
Suite 2600
Newark, NJ 07102

**Relevant Cases heard with Sherief Morsy**

   No Cases to Report

**Blake Hunter Yagman**
**Milberg Coleman Bryson Phillips Grossman, PLLC**

100 Garden City Plaza
Garden City, NY 11530

**Relevant Cases heard with Blake Hunter Yagman**

   No Cases to Report

**Alex R. Straus**
**Milberg LLP**

280 S Beverly Drive PH
Beverly Hills, CA 90212-3905

**Relevant Cases heard with Alex R. Straus**

   No Cases to Report

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures ☐ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |

**Relevant Cases heard with Milberg LLP**

    No Cases to Report

**Cynthia L. Garber**
**OnderLaw, LLC**
12 Corporate Plaza Dr
Suite 275
Newport Beach, CA 92660

**Relevant Cases heard with Cynthia L. Garber**

    No Cases to Report

**Relevant Cases heard with OnderLaw, LLC**

    No Cases to Report

**Alexander Robertson IV**
**Robertson & Associates, LLP**
32121 Lindero Canyon Road
Suite 200
Westlake Village, CA 91361

**Relevant Cases heard with Alexander Robertson IV**

    No Cases to Report

**Relevant Cases heard with Robertson & Associates, LLP**

    No Cases to Report

**Joel B. Young**
**Tidrick Law Firm**
1300 Clay Street
Suite 600
Oakland, CA 94612

**Relevant Cases heard with Joel B. Young**

    No Cases to Report

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

Panelist: James L. Smith          Reference #: 1220071875          7/6/2022

**Relevant Cases heard with Tidrick Law Firm**

No Cases to Report

**Steven G. Tidrick**
**Tidrick Law Firm**
1300 Clay Street
Suite 600
Oakland, CA 94612

**Relevant Cases heard with Steven G. Tidrick**

No Cases to Report

**Guido E. Toscano**
**Westerman Law Corp.**
16133 Ventura Blvd
Suite 685
Encino, CA 91436

**Relevant Cases heard with Guido E. Toscano**

No Cases to Report

**Relevant Cases heard with Westerman Law Corp.**

No Cases to Report

**Jeff S. Westerman**
**Westerman Law Corp.**
16133 Ventura Blvd
Suite 685
Encino, CA 91436

**Relevant Cases heard with Jeff S. Westerman**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
* *"Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
| --- | --- | --- |

**Brittany S Armstrong**
**Whittington Law Firm**

100 Admiral Callaghan Ln
Unit 5482
Vallejo, CA 94591-3228

**Relevant Cases heard with Brittany S Armstrong**

    No Cases to Report

**Relevant Cases heard with Whittington Law Firm**

    No Cases to Report

## Counsel for Special Master

**Bradley R. O'Brien**
**O'Brien Conflict Resolution**

P.O. Box 306
Sausalito, CA 94966

**Relevant Cases heard with Bradley R. O'Brien**

    <u>Court Reference</u>

    · **Court Reference(s) - Open cases**        **1**

**Relevant Cases heard with O'Brien Conflict Resolution**

    <u>Court Reference</u>

    · **Court Reference(s) - Open cases**        **1**

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures □ Report A (MKT016A)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |

## Other Disclosures

N/A

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

## JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
| --- | --- | --- |

## Third Party Defendant(s)

**Marine Exchange of Los Angeles Long Beach Harbor**

No Address Listed

**Relevant Cases heard with Marine Exchange of Los Angeles Long Beach Harbor**

| No Cases to Report |
| --- |

## Counsel for Third Party Defendant

**Conte C. Cicala**
**Clyde & Co US LLP**

Four Embarcadero Center
Suite 1350
San Francisco, CA 94111

**Relevant Cases heard with Conte C. Cicala**

| No Cases to Report |
| --- |

**Relevant Cases heard with Clyde & Co US LLP**

| No Cases to Report |
| --- |

**Kevin Ross Powell**
**Kirkland & Ellis LLP**

1301 Pennsylvania Avenue, NW
Washington, DC 20004

**Relevant Cases heard with Kevin Ross Powell**

| No Cases to Report |
| --- |

**Meredith Pohl**
**Kirkland & Ellis LLP**

1301 Pennsylvania Avenue, NW
Washington, DC 20004

**Relevant Cases heard with Meredith Pohl**

| No Cases to Report |
| --- |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
| --- | --- | --- |

**David Tong**
**Peacock Piper Tong Voss LLP**

100 West Broadway
Suite 610
Long Beach, CA 90802

### Relevant Cases heard with David Tong

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
| --- | --- | --- | --- |
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.

### JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| | | | |
|---|---|---|---|
| Panelist: James L. Smith | | Reference #: 1220071875 | 7/6/2022 |

| | | | |
|---|---|---|---|
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

**Juliette B. McCullough**

**Peacock Piper Tong Voss LLP**

100 West Broadway
Suite 610
Long Beach, CA 90802

**Relevant Cases heard with Juliette B. McCullough**

| |
|---|
| No Cases to Report |

**Tara Beth Voss**

**Peacock Piper Tong Voss LLP**

100 West Broadway
Suite 610
Long Beach, CA 90802

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |

**Relevant Cases heard with Tara Beth Voss**

| No Cases to Report |
| --- |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

## JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
| --- | --- | --- |

## Defendant(s)

### Amplify Energy Corporation
No Address Listed

### Relevant Cases heard with Amplify Energy Corporation

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
| --- | --- | --- | --- |
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |

| | | | |
|---|---|---|---|
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

**Beta Operating Company, LLC**
No Address Listed

**Relevant Cases heard with Beta Operating Company, LLC**

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s): case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
| --- | --- | --- |

| | | | |
| --- | --- | --- | --- |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

### JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

---

### Capetanissa Maritime Corp.
No Address Listed

**Relevant Cases heard with Capetanissa Maritime Corp.**

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| | | | |
|---|---|---|---|
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

### COSCO Beijing
No Address Listed

#### Relevant Cases heard with COSCO Beijing
No Cases to Report

### Costamare Shipping Company, S.A.
No Address Listed

#### Relevant Cases heard with Costamare Shipping Company, S.A.
No Cases to Report

### Dordellas Finance Corporation
No Address Listed

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

### JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

#### Relevant Cases heard with Dordellas Finance Corporation

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
|---|---|---|---|
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

### MSC Mediterranean Shipping Company, S.A.
No Address Listed

### Relevant Cases heard with MSC Mediterranean Shipping Company, S.A.

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role: Special Master

Case Result(s):  case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| | | | |
|---|---|---|---|
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

**San Pedro Bay Pipeline Company**

No Address Listed

**Relevant Cases heard with San Pedro Bay Pipeline Company**

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  case on-going

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

* *"Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| | | | |
|---|---|---|---|
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

**V.Ships Greece Ltd**

No Address Listed

**Relevant Cases heard with V.Ships Greece Ltd**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

### JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
| --- | --- | --- |

## Counsel for Defendant

**Ellen E McGlynn**

**Collier Walsh Nakazawa**

One World Trade Ctr.
Suite 1860
Long Beach, CA 90831

### Relevant Cases heard with Ellen E McGlynn

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
| --- | --- | --- | --- |
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| | | | |
|---|---|---|---|
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

**Joseph A. Walsh II**
**Collier Walsh Nakazawa**

One World Trade Ctr.
Suite 1860
Long Beach, CA 90831

**Relevant Cases heard with Joseph A. Walsh II**

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
|---|---|---|---|

**Relevant Cases heard with Collier Walsh Nakazawa**

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| | | | |
|---|---|---|---|
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

**Adrienne Levin**
**Kirkland & Ellis LLP**

555 California St.
San Francisco, CA 94104

**Relevant Cases heard with Adrienne Levin**

| No Cases to Report |
|---|

**Anna G. Rotman**
**Kirkland & Ellis LLP**

609 Main St.
Houston, TX 77002

**Relevant Cases heard with Anna G. Rotman**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

**Christopher W. Keegan**
**Kirkland & Ellis LLP**

555 California St.
San Francisco, CA 94104

**Relevant Cases heard with Christopher W. Keegan**

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
| --- | --- | --- |

| | | | |
| --- | --- | --- | --- |
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

**Relevant Cases heard with Kirkland & Ellis LLP**

Private Party vs. Private Party (JAMS Reference No. 1200052097)  -  Court Reference

Panelist Role: Court Reference

Case Result(s):  Project Complete - 01/23/2018

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
| --- | --- | --- | --- |
| Eli R. Greenstein, Esq. | Kessler Topaz Meltzer & Check, LLP | PL | Private Party |
| Edward G. Timlin, Esq. | Bernstein Litowitz Berger & Grossmann | CC | Private Party |
| Tanya L. Greene, Esq. | Kirkland & Ellis LLP | DEF | Pershing Square Capital Management, L.P. & PS Fund 1, LLC & Private Party & Pershing Square, L.P & Pershing Square II & Pershing Square International, Ltd. & Pershing Square Holdings, Ltd. & Pershing Square GP, LLC |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| | | | |
|---|---|---|---|
| Panelist: James L. Smith | | Reference #: 1220071875 | 7/6/2022 |

| | | | |
|---|---|---|---|
| Mark C. Holscher, Esq. | Kirkland & Ellis LLP | DEF | Pershing Square Capital Management, L.P. & PS Fund 1, LLC & Private Party & Pershing Square, L.P & Pershing Square II & Pershing Square International, Ltd. & Pershing Square Holdings, Ltd. & Pershing Square GP, LLC |
| Laura Kabler Oswell | Sullivan & Cromwell LLP | DEF | Valeant Pharmaceuticals International, Inc. & Valeant Pharmaceuticals International & AGMS, Inc |
| Brian T. Frawley, Esq. | Sullivan & Cromwell LLP | DEF | Valeant Pharmaceuticals International, Inc. & Valeant Pharmaceuticals International & AGMS, Inc |
| Attorney Miscellaneous | Miscellaneous Attorney | NP | no party listed |
| Jeremy P. Robinson | Bernstein Litowitz Berger & Grossmann | PL | Private Party |
| Austin Norris | Kirkland & Ellis LLP | DEF | Pershing Square Capital Management, L.P. & PS Fund 1, LLC & Private Party & Pershing Square, L.P & Pershing Square II & Pershing Square International, Ltd. & Pershing Square Holdings, Ltd. & Pershing Square GP, LLC |
| Michael D. Blatchley, Esq. | Bernstein Litowitz Berger & Grossmann | PL | Private Party |
| Justin O. Reliford, Esq. | Kessler Topaz Meltzer & Check, LLP | PL | no party listed |
| Lee D. Rudy, Esq. | Kessler Topaz Meltzer & Check, LLP | PL | Private Party |
| Mark Lebovitch, Esq. | Bernstein Litowitz Berger & Grossmann | PL | Private Party |
| Richard David Gluck, Esq. | Bernstein Litowitz Berger & Grossmann | PL | Private Party |
| Xanath McKeever, Esq. | Kirkland & Ellis LLP | DEF | Pershing Square Capital Management, L.P. & PS Fund 1, LLC & Private Party & Pershing Square, L.P & Pershing Square II & Pershing Square International, Ltd. & Pershing Square Holdings, Ltd. & Pershing Square GP, LLC |
| Duncan C. Simpson LaGoy | Sullivan & Cromwell LLP | DEF | Valeant Pharmaceuticals International, Inc. & Valeant Pharmaceuticals International & AGMS, Inc |
| Jackson S. Trugman | Sullivan & Cromwell LLP | DEF | Valeant Pharmaceuticals International, Inc. & Valeant Pharmaceuticals International & AGMS, Inc |
| John P. Coffey, Esq. | Kramer Levin et al. | DEF | Pershing Square Capital Management, L.P. & PS Fund 1, LLC & Private Party & Pershing Square, L.P & Pershing Square II & Pershing Square International, Ltd. & Pershing Square Holdings, Ltd. & Pershing Square GP, LLC |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| | | | |
|---|---|---|---|
| Seth F. Schinfeld, Esq. | Kramer Levin et al. | DEF | Pershing Square Capital Management, L.P. & PS Fund 1, LLC & Private Party & Pershing Square, L.P & Pershing Square II & Pershing Square International, Ltd. & Pershing Square Holdings, Ltd. & Pershing Square GP, LLC & Pershing Square Capital Management, L.P. & PS Fund 1, LLC & Private Party & Pershing Square, L.P & Pershing Square II & Pershing Square International, Ltd. & Pershing Square Holdings, Ltd. & Pershing Square GP, LLC |
| Angus Ni, Esq | Bernstein Litowitz Berger & Grossmann | PL | Private Party |
| Kyle Allen Niemi | Sullivan & Cromwell LLP | DEF | Valeant Pharmaceuticals International, Inc. & Valeant Pharmaceuticals International & AGMS, Inc |
| Blair Connelly, Esq. | Latham & Watkins LLP | PL | Allergan, Inc. |
| Michele D. Johnson, Esq. | Latham & Watkins LLP | PL | Allergan, Inc. |
| Peter A. Wald, Esq. | Latham & Watkins LLP | CLAI | Allergan, Inc. |
| Kristin Nicole Murphy | Latham & Watkins LLP | PL | Allergan, Inc. |
| Anna Elizabeth Berces | Latham & Watkins LLP | PL | Allergan, Inc. |
| Robert C. O'Brien, Esq. | Larson O'Brien LLP | SPEC | no party listed |

---

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
| --- | --- | --- |

| | | | |
| --- | --- | --- | --- |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

**Daniel T. Donovan**
**Kirkland & Ellis LLP**

1301 Pennsylvania Avenue, NW
Washington, DC 20004

**Relevant Cases heard with Daniel T. Donovan**

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role: Special Master

Case Result(s):  case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| | | | |
|---|---|---|---|
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

**Holly Trogdon**
**Kirkland & Ellis LLP**

1301 Pennsylvania Avenue, NW
Washington, DC 20004

**Relevant Cases heard with Holly Trogdon**

| No Cases to Report |
|---|

**Mark Charles Holscher**
**Kirkland & Ellis LLP**

555 S. Flower St
Suite 3700
Los Angeles, CA 90071

**Relevant Cases heard with Mark Charles Holscher**

Private Party vs. Private Party (JAMS Reference No. 1200052097)  -  Court Reference
Panelist Role: Court Reference
Case Result(s): Project Complete - 01/23/2018

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Eli R. Greenstein, Esq. | Kessler Topaz Meltzer & Check, LLP | PL | Private Party |
| Edward G. Timlin, Esq. | Bernstein Litowitz Berger & Grossmann | CC | Private Party |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
| --- | --- | --- |

| | | | |
| --- | --- | --- | --- |
| Tanya L. Greene, Esq. | Kirkland & Ellis LLP | DEF | Pershing Square Capital Management, L.P. & PS Fund 1, LLC & Private Party & Pershing Square, L.P & Pershing Square II & Pershing Square International, Ltd. & Pershing Square Holdings, Ltd. & Pershing Square GP, LLC |
| Mark C. Holscher, Esq. | Kirkland & Ellis LLP | DEF | Pershing Square Capital Management, L.P. & PS Fund 1, LLC & Private Party & Pershing Square, L.P & Pershing Square II & Pershing Square International, Ltd. & Pershing Square Holdings, Ltd. & Pershing Square GP, LLC |
| Laura Kabler Oswell | Sullivan & Cromwell LLP | DEF | Valeant Pharmaceuticals International, Inc. & Valeant Pharmaceuticals International & AGMS, Inc |
| Brian T. Frawley, Esq. | Sullivan & Cromwell LLP | DEF | Valeant Pharmaceuticals International, Inc. & Valeant Pharmaceuticals International & AGMS, Inc |
| Attorney Miscellaneous | Miscellaneous Attorney | NP | no party listed |
| Jeremy P. Robinson | Bernstein Litowitz Berger & Grossman | PL | Private Party |
| Austin Norris | Kirkland & Ellis LLP | DEF | Pershing Square Capital Management, L.P. & PS Fund 1, LLC & Private Party & Pershing Square, L.P & Pershing Square II & Pershing Square International, Ltd. & Pershing Square Holdings, Ltd. & Pershing Square GP, LLC |
| Michael D. Blatchley, Esq. | Bernstein Litowitz Berger & Grossmann | PL | Private Party |
| Justin O. Reliford, Esq. | Kessler Topaz Meltzer & Check, LLP | PL | no party listed |
| Lee D. Rudy, Esq. | Kessler Topaz Meltzer & Check, LLP | PL | Private Party |
| Mark Lebovitch, Esq. | Bernstein Litowitz Berger & Grossmann | PL | Private Party |
| Richard David Gluck, Esq. | Bernstein Litowitz Berger & Grossmann | PL | Private Party |
| Xanath McKeever, Esq. | Kirkland & Ellis LLP | DEF | Pershing Square Capital Management, L.P. & PS Fund 1, LLC & Private Party & Pershing Square, L.P & Pershing Square II & Pershing Square International, Ltd. & Pershing Square Holdings, Ltd. & Pershing Square GP, LLC |
| Duncan C. Simpson LaGoy | Sullivan & Cromwell LLP | DEF | Valeant Pharmaceuticals International, Inc. & Valeant Pharmaceuticals International & AGMS, Inc |
| Jackson S. Trugman | Sullivan & Cromwell LLP | DEF | Valeant Pharmaceuticals International, Inc. & Valeant Pharmaceuticals International & AGMS, Inc |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| | | | |
|---|---|---|---|
| John P. Coffey, Esq. | Kramer Levin et al. | DEF | Pershing Square Capital Management, L.P. & PS Fund 1, LLC & Private Party & Pershing Square, L.P & Pershing Square II & Pershing Square International, Ltd. & Pershing Square Holdings, Ltd. & Pershing Square GP, LLC |
| Seth F. Schinfeld, Esq. | Kramer Levin et al. | DEF | Pershing Square Capital Management, L.P. & PS Fund 1, LLC & Private Party & Pershing Square, L.P & Pershing Square II & Pershing Square International, Ltd. & Pershing Square Holdings, Ltd. & Pershing Square GP, LLC & Pershing Square Capital Management, L.P. & PS Fund 1, LLC & Private Party & Pershing Square, L.P & Pershing Square II & Pershing Square International, Ltd. & Pershing Square Holdings, Ltd. & Pershing Square GP, LLC |
| Angus Ni, Esq | Bernstein Litowitz Berger & Grossmann | PL | Private Party |
| Kyle Allen Niemi | Sullivan & Cromwell LLP | DEF | Valeant Pharmaceuticals International, Inc. & Valeant Pharmaceuticals International & AGMS, Inc |
| Blair Connelly, Esq. | Latham & Watkins LLP | PL | Allergan, Inc. |
| Michele D. Johnson, Esq. | Latham & Watkins LLP | PL | Allergan, Inc. |
| Peter A. Wald, Esq. | Latham & Watkins LLP | CLAI | Allergan, Inc. |
| Kristin Nicole Murphy | Latham & Watkins LLP | PL | Allergan, Inc. |
| Anna Elizabeth Berces | Latham & Watkins LLP | PL | Allergan, Inc. |
| Robert C. O'Brien, Esq. | Larson O'Brien LLP | SPEC | no party listed |

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| | | | |
|---|---|---|---|
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
| --- | --- | --- |

**Matt S Owen**
**Kirkland & Ellis LLP**
1301 Pennsylvania Avenue, NW
Washington, DC 20004

**Relevant Cases heard with Matt S Owen**

| No Cases to Report |
| --- |

**McClain Thompson**
**Kirkland & Ellis LLP**
1301 Pennsylvania Avenue, NW
Washington, DC 20004

**Relevant Cases heard with McClain Thompson**

| No Cases to Report |
| --- |

**Albert E. Peacock III**
**Peacock Piper Tong Voss LLP**
100 West Broadway
Suite 610
Long Beach, CA 90802

**Relevant Cases heard with Albert E. Peacock III**

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s): case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
| --- | --- | --- | --- |
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| | | | |
|---|---|---|---|
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*  "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

**Relevant Cases heard with Peacock Piper Tong Voss LLP**

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role: Special Master

Case Result(s):  case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| | | | |
|---|---|---|---|
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

**Glen R. Piper**
**Peacock Piper Tong Voss LLP**
100 West Broadway
Suite 610
Long Beach, CA 90802

**Relevant Cases heard with Glen R. Piper**

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

### JAMS Relevant Case Disclosure, Report B (MKT016C)

### Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
| --- | --- | --- |

| | | | |
| --- | --- | --- | --- |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.

JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |

**Margaret Stando**
**Peacock Piper Tong Voss LLP**
100 West Broadway
Suite 610
Long Beach, CA 90802

**Relevant Cases heard with Margaret Stando**

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

### JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | | Reference #: 1220071875 | | 7/6/2022 |
| --- | --- | --- | --- | --- |
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

## Counsel for Judge

**David O. Carter**
**US District Court**
Ronald Regan Federal Bldg: Court Room 9D
411 W. Fourth St., #1053
Santa Ana, CA 92701-4516

**Relevant Cases heard with David O. Carter**

| No Cases to Report |
| --- |

**Relevant Cases heard with US District Court**

| No Cases to Report |
| --- |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

### JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

## Plaintiff(s)

**Banzai Surf Company, LLC**
No Address Listed

### Relevant Cases heard with Banzai Surf Company, LLC

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| | | | |
|---|---|---|---|
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

**Beyond Business Incorporated**

No Address Listed

**Relevant Cases heard with Beyond Business Incorporated**

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s): case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
| --- | --- | --- |

| | | | |
| --- | --- | --- | --- |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

## JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

---

### Blue Pacific Fisheries

No Address Listed

**Relevant Cases heard with Blue Pacific Fisheries**

| No Cases to Report |
|---|

### Bobs Lemonade

No Address Listed

**Relevant Cases heard with Bobs Lemonade**

| No Cases to Report |
|---|

### Bongos III Sportfishing LLC

No Address Listed

**Relevant Cases heard with Bongos III Sportfishing LLC**

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| | | | |
|---|---|---|---|
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

**Bradley Bitton dba Brad's Live Local Lobster**

No Address Listed

**Relevant Cases heard with Bradley Bitton dba Brad's Live Local Lobster**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

### JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

**Chandralekha Wickramasekaran**

No Address Listed

**Relevant Cases heard with Chandralekha Wickramasekaran**

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  case on-going

| | | | |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

### JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| | | | |
|---|---|---|---|
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

**Charlie's Gyros, Inc.**

No Address Listed

**Relevant Cases heard with Charlie's Gyros, Inc.**

No Cases to Report

**Clint Carroll Surf School**

No Address Listed

**Relevant Cases heard with Clint Carroll Surf School**

No Cases to Report

**Coachs Mediterranean Grill & Bar**

No Address Listed

**Relevant Cases heard with Coachs Mediterranean Grill & Bar**

No Cases to Report

**Cold Stone Creamery**

No Address Listed

**Relevant Cases heard with Cold Stone Creamery**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

### JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| | | |
|---|---|---|
| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |

---

**Davey's Locker Sportfishing Inc.**

No Address Listed

**Relevant Cases heard with Davey's Locker Sportfishing Inc.**

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to
07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General
Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| | | | |
|---|---|---|---|
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

---

**Donald C Brockman Trust**

No Address Listed

**Relevant Cases heard with Donald C Brockman Trust**

No Cases to Report

---

**Donald C Brockman**

No Address Listed

**Relevant Cases heard with Donald C Brockman**

No Cases to Report

**Donald C. Brockman**

No Address Listed

**Relevant Cases heard with Donald C. Brockman**

| | | | |
|---|---|---|---|
| In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference | | | |
| Panelist Role:Special Master | | | |
| Case Result(s):  case on-going | | | |
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial
success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with
JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so
in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| | | | |
|---|---|---|---|
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
|---|---|---|---|

### East Meets West Excursions
No Address Listed

### Relevant Cases heard with East Meets West Excursions

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.

### JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| | | | |
|---|---|---|---|
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

**Endless Sun Surf School**

No Address Listed

**Relevant Cases heard with Endless Sun Surf School**

No Cases to Report

**Gina Rosansky**

No Address Listed

**Relevant Cases heard with Gina Rosansky**

No Cases to Report

**Goff Tours**

No Address Listed

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

## JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

**Relevant Cases heard with Goff Tours**

| No Cases to Report |
|---|

**Greg Taylor**
No Address Listed

**Relevant Cases heard with Greg Taylor**

| No Cases to Report |
|---|

**Gregory C and Deborah L Hexberg Family Trust**
No Address Listed

**Relevant Cases heard with Gregory C and Deborah L Hexberg Family Trust**

| No Cases to Report |
|---|

**Gregory Hexberg**
No Address Listed

**Relevant Cases heard with Gregory Hexberg**

| No Cases to Report |
|---|

**Heidi M Brockman Trust**
No Address Listed

**Relevant Cases heard with Heidi M Brockman Trust**

| No Cases to Report |
|---|

**Heidi M Jacques**
No Address Listed

**Relevant Cases heard with Heidi M Jacques**

| No Cases to Report |
|---|

**Heidi M. Jacques**
No Address Listed

**Relevant Cases heard with Heidi M. Jacques**

| In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference<br>Panelist Role:Special Master<br>Case Result(s):  case on-going |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| | | | |
|---|---|---|---|
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

**Hill's Boat Service, Inc.**

No Address Listed

**Relevant Cases heard with Hill's Boat Service, Inc.**

No Cases to Report

**Ivar Southern**

No Address Listed

**Relevant Cases heard with Ivar Southern**

No Cases to Report

**Jack Buttler**

No Address Listed

**Relevant Cases heard with Jack Buttler**

No Cases to Report

**James Whelan**

No Address Listed

**Relevant Cases heard with James Whelan**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

**Jennifer Taylor**

No Address Listed

**Relevant Cases heard with Jennifer Taylor**

No Cases to Report

**John Crowe**

No Address Listed

**Relevant Cases heard with John Crowe**

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  case on-going

| | | | |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| | | | |
|---|---|---|---|
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

**John Pedicini**
No Address Listed

**Relevant Cases heard with John Pedicini**

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s): case on-going

| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranea Shipping Company, S.A. |
|---|---|---|---|
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranea Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| | | | |
|---|---|---|---|
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

### JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

---

**Jolynn Mahoney**

No Address Listed

#### Relevant Cases heard with Jolynn Mahoney

| No Cases to Report |
|---|

---

**Josh Hernandez**

No Address Listed

#### Relevant Cases heard with Josh Hernandez

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role: Special Master

Case Result(s):  case on-going

| | | | |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| | | | |
|---|---|---|---|
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

**Joshua Tucker**

No Address Listed

**Relevant Cases heard with Joshua Tucker**

No Cases to Report

**Ketcham Tackle, LLC**

No Address Listed

**Relevant Cases heard with Ketcham Tackle, LLC**

No Cases to Report

**Kirk Schoonover**

No Address Listed

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

### Relevant Cases heard with Kirk Schoonover

| No Cases to Report |
|---|

### Kristin and Stephen Samuelian Family Trust est 8/25/2017
No Address Listed

### Relevant Cases heard with Kristin and Stephen Samuelian Family Trust est 8/25/2017

| No Cases to Report |
|---|

### Kristin Kay Samuelian
No Address Listed

### Relevant Cases heard with Kristin Kay Samuelian

| No Cases to Report |
|---|

### LBC Seafood, Inc.
No Address Listed

### Relevant Cases heard with LBC Seafood, Inc.

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| | | | |
|---|---|---|---|
| Panelist: James L. Smith | Reference #: 1220071875 | | 7/6/2022 |

| | | | |
|---|---|---|---|
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

| **Learn to Surf LLC** |
|---|
| No Address Listed |

**Relevant Cases heard with Learn to Surf LLC**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

### JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

---

**Linda Southern**

No Address Listed

**Relevant Cases heard with Linda Southern**

| No Cases to Report |
|---|

**Main St. Eyewear & Boutique**

No Address Listed

**Relevant Cases heard with Main St. Eyewear & Boutique**

| No Cases to Report |
|---|

**Marysue Pedicini**

No Address Listed

**Relevant Cases heard with Marysue Pedicini**

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  case on-going

| | | | |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

### JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
| --- | --- | --- |

| | | | |
| --- | --- | --- | --- |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

**Michael Jensen**

No Address Listed

**Relevant Cases heard with Michael Jensen**

| No Cases to Report |
| --- |

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

**Michaelangelo Saint Thomas**
No Address Listed

**Relevant Cases heard with Michaelangelo Saint Thomas**

| No Cases to Report |
|---|

**Mike Owens**
No Address Listed

**Relevant Cases heard with Mike Owens**

| No Cases to Report |
|---|

**N.S.T., minor**
No Address Listed

**Relevant Cases heard with N.S.T., minor**

| No Cases to Report |
|---|

**Newport Landing Sportfishing, Inc.**
No Address Listed

**Relevant Cases heard with Newport Landing Sportfishing, Inc.**

| No Cases to Report |
|---|

**Newport Surfrider, LLC**
No Address Listed

**Relevant Cases heard with Newport Surfrider, LLC**

| No Cases to Report |
|---|

**Patrick Mahoney**
No Address Listed

**Relevant Cases heard with Patrick Mahoney**

| No Cases to Report |
|---|

**Quality Sea Food, Inc.**
No Address Listed

**Relevant Cases heard with Quality Sea Food, Inc.**

| |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
* *"Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.

## JAMS Relevant Case Disclosure, Report B (MKT016C)

### Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
| --- | --- | --- |

| | | | |
| --- | --- | --- | --- |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

### Rajaskaran Wickramasekaran
No Address Listed

#### Relevant Cases heard with Rajaskaran Wickramasekaran

| No Cases to Report |
| --- |

### RajaskaranWickramasekaran
No Address Listed

#### Relevant Cases heard with RajaskaranWickramasekaran

| No Cases to Report |
| --- |

### San Pedro Bait Co
No Address Listed

#### Relevant Cases heard with San Pedro Bait Co

| No Cases to Report |
| --- |

### SK5-Keller Legacy, LLC
No Address Listed

#### Relevant Cases heard with SK5-Keller Legacy, LLC

| No Cases to Report |
| --- |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

---

**Stephen E Samuelian**

No Address Listed

**Relevant Cases heard with Stephen E Samuelian**

| No Cases to Report |
|---|

**Steve Legere**

No Address Listed

**Relevant Cases heard with Steve Legere**

| No Cases to Report |
|---|

**Steven Rosansky**

No Address Listed

**Relevant Cases heard with Steven Rosansky**

| No Cases to Report |
|---|

**Tyler Wayman**

No Address Listed

**Relevant Cases heard with Tyler Wayman**

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  case on-going

| | | | |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

### JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| | | | |
|---|---|---|---|
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

| **Zacks By The Beach** |
|---|
| No Address Listed |

**Relevant Cases heard with Zacks By The Beach**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

### Ziggys on Main
No Address Listed

**Relevant Cases heard with Ziggys on Main**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

## JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

## Counsel for Plaintiff

**Mikael A Abye**
**Abye Law Offices**
88 Kearney St
Suite 1850
San Francisco, CA 94108

### Relevant Cases heard with Mikael A Abye

| No Cases to Report |
|---|

### Relevant Cases heard with Abye Law Offices

| No Cases to Report |
|---|

**Darren O'Leary Aitken**
**Aitken, Aitken & Cohn**
3 MacArthur Place
Suite 800
Santa Ana, CA 92707

### Relevant Cases heard with Darren O'Leary Aitken

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| | | | |
|---|---|---|---|
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

**Megan G. Demshki**
**Aitken, Aitken & Cohn**

3 MacArthur Place
Suite 800
Santa Ana, CA 92707

**Relevant Cases heard with Megan G. Demshki**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

### Relevant Cases heard with Aitken, Aitken & Cohn

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| | | | |
|---|---|---|---|
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

**Michael A. Penn**
**Aitken, Aitken & Cohn**

3 MacArthur Place
Suite 800
Santa Ana, CA 92707

**Relevant Cases heard with Michael A. Penn**

| No Cases to Report |
|---|

**Wylie A. Aitken**
**Aitken, Aitken & Cohn**

3 MacArthur Place
Suite 800
Santa Ana, CA 92707

**Relevant Cases heard with Wylie A. Aitken**

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
| --- | --- | --- |

| | | | |
| --- | --- | --- | --- |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| | | | |
|---|---|---|---|
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

**Erica Ann Maharg**
**Aqua Terra Aeris Law Group PC**
4030 Martin Luther King Jr. Way
Oakland, CA 94609

**Relevant Cases heard with Erica Ann Maharg**

| No Cases to Report |
|---|

**James Thomas Brett**
**Aqua Terra Aeris Law Group PC**
4030 Martin Luther King Jr. Way
Oakland, CA 94609

**Relevant Cases heard with James Thomas Brett**

| No Cases to Report |
|---|

**Jason R. Flanders**
**Aqua Terra Aeris Law Group PC**
4030 Martin Luther King Jr. Way
Oakland, CA 94609

**Relevant Cases heard with Jason R. Flanders**

| No Cases to Report |
|---|

**Matthew C. Maclear**
**Aqua Terra Aeris Law Group PC**
4030 Martin Luther King Jr. Way
Oakland, CA 94609

**Relevant Cases heard with Matthew C. Maclear**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

**Relevant Cases heard with Aqua Terra Aeris Law Group PC**

| No Cases to Report |
|---|

**Gregory L. Bentley**
**Bentley & More LLP**

4931 Birch Street
Newport Beach, CA 92660

**Relevant Cases heard with Gregory L. Bentley**

| No Cases to Report |
|---|

**Relevant Cases heard with Bentley & More LLP**

| No Cases to Report |
|---|

**Jaimi M Groothuis**
**Bentley & More LLP**

4931 Birch Street
Newport Beach, CA 92660

**Relevant Cases heard with Jaimi M Groothuis**

| No Cases to Report |
|---|

**Matthew W. Clark**
**Bentley & More LLP**

4931 Birch Street
Newport Beach, CA 92660

**Relevant Cases heard with Matthew W. Clark**

| No Cases to Report |
|---|

**Albert Y. Chang**
**Bottini & Bottini LLP**

7817 Ivanhoe Ave.
Suite 102
La Jolla, CA 92037

**Relevant Cases heard with Albert Y. Chang**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

### JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

**Relevant Cases heard with Bottini & Bottini LLP**

| No Cases to Report |
|---|

**Francis A. Bottini, Jr.**
**Bottini & Bottini LLP**
7817 Ivanhoe Ave.
Suite 102
La Jolla, CA 92037

**Relevant Cases heard with Francis A. Bottini, Jr.**

| No Cases to Report |
|---|

**Yury A. Kolesnikov**
**Bottini & Bottini LLP**
7817 Ivanhoe Ave.
Suite 102
La Jolla, CA 92037

**Relevant Cases heard with Yury A. Kolesnikov**

| No Cases to Report |
|---|

**A. Barry Cappello**
**Cappello & Noel LLP**
831 State Street
Santa Barbara, CA 93101-3227

**Relevant Cases heard with A. Barry Cappello**

| No Cases to Report |
|---|

**Lawrence J. Conlan**
**Cappello & Noel LLP**
831 State Street
Santa Barbara, CA 93101-3227

**Relevant Cases heard with Lawrence J. Conlan**

| No Cases to Report |
|---|

**Relevant Cases heard with Cappello & Noel LLP**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

### JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

---

**Leila Jacobson Noel**
**Cappello & Noel LLP**

831 State Street
Santa Barbara, CA 93101-3227

**Relevant Cases heard with Leila Jacobson Noel**

| No Cases to Report |
|---|

**David S. Casey Jr.**
**Casey, Gerry, Schenk, et al.**

110 Laurel St.
San Diego, CA 92101

**Relevant Cases heard with David S. Casey Jr.**

| No Cases to Report |
|---|

**Relevant Cases heard with Casey, Gerry, Schenk, et al.**

| No Cases to Report |
|---|

**Frederick Schenk**
**Casey, Gerry, Schenk, et al.**

110 Laurel St.
San Diego, CA 92101

**Relevant Cases heard with Frederick Schenk**

| No Cases to Report |
|---|

**Gayle M. Blatt**
**Casey, Gerry, Schenk, et al.**

110 Laurel St.
San Diego, CA 92101

**Relevant Cases heard with Gayle M. Blatt**

| No Cases to Report |
|---|

**P. Camille Guerra**
**Casey, Gerry, Schenk, et al.**

110 Laurel St.
San Diego, CA 92101

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

**Relevant Cases heard with P. Camille Guerra**

| No Cases to Report |
|---|

**Samantha A Kaplan**
**Casey, Gerry, Schenk, et al.**
110 Laurel St.
San Diego, CA 92101

**Relevant Cases heard with Samantha A Kaplan**

| No Cases to Report |
|---|

**Anne M. Murphy**
**Cotchett, Pitre & McCarthy**
840 Malcolm Rd.
Suite 200
Burlingame, CA 94010

**Relevant Cases heard with Anne M. Murphy**

| No Cases to Report |
|---|

**Gary Allan Praglin**
**Cotchett, Pitre & McCarthy**
2716 Ocean Park Blvd.
Suite 3088
Santa Monica, CA 90405

**Relevant Cases heard with Gary Allan Praglin**

| No Cases to Report |
|---|

**Hannah Katrina G Brown**
**Cotchett, Pitre & McCarthy**
2716 Ocean Park Blvd.
Suite 3088
Santa Monica, CA 90405

**Relevant Cases heard with Hannah Katrina G Brown**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

## JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |

**Kelly Weil**
**Cotchett, Pitre & McCarthy**

2716 Ocean Park Blvd.
Suite 3088
Santa Monica, CA 90405

**Relevant Cases heard with Kelly Weil**

| No Cases to Report |
|---|

**Nanci E. Nishimura**
**Cotchett, Pitre & McCarthy**

840 Malcolm Rd.
Suite 200
Burlingame, CA 94010

**Relevant Cases heard with Nanci E. Nishimura**

| No Cases to Report |
|---|

**Robert B. Hutchinson**
**Cotchett, Pitre & McCarthy**

2716 Ocean Park Blvd.
Suite 3088
Santa Monica, CA 90405

**Relevant Cases heard with Robert B. Hutchinson**

| No Cases to Report |
|---|

**Relevant Cases heard with Cotchett, Pitre & McCarthy**

| No Cases to Report |
|---|

**Jessica Grau**
**Golden Injury Law**

17291 Irvine Blvd
Suite 440
Tustin, CA 92780-2963

**Relevant Cases heard with Jessica Grau**

| No Cases to Report |
|---|

**Relevant Cases heard with Golden Injury Law**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

## JAMS Relevant Case Disclosure, Report B (MKT016C)

### Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

**Stuart G. Gross**
**Gross & Klein**

The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111

**Relevant Cases heard with Stuart G. Gross**

| No Cases to Report |
|---|

**Relevant Cases heard with Gross & Klein**

| No Cases to Report |
|---|

**Stephen J. Herman**
**Herman, Herman, Katz & Cotlar**

820 O'Keefe Ave.
New Orleans, LA 70113-1116

**Relevant Cases heard with Stephen J. Herman**

| No Cases to Report |
|---|

**Relevant Cases heard with Herman, Herman, Katz & Cotlar**

| No Cases to Report |
|---|

**Anna-Patrice M Harris**
**Joseph Saveri Law Firm**

601 California Street
Suite 1000
San Francisco, CA 94108

**Relevant Cases heard with Anna-Patrice M Harris**

| No Cases to Report |
|---|

**Christopher Young**
**Joseph Saveri Law Firm**

601 California Street
Suite 1000
San Francisco, CA 94108

**Relevant Cases heard with Christopher Young**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

### JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

#### Relevant Cases heard with Joseph Saveri Law Firm

| No Cases to Report |
|---|

**Joseph Saveri**
**Joseph Saveri Law Firm**
601 California Street
Suite 1000
San Francisco, CA 94108

#### Relevant Cases heard with Joseph Saveri

| No Cases to Report |
|---|

**Steven N. Williams**
**Joseph Saveri Law Firm**
601 California Street
Suite 1000
San Francisco, CA 94108

#### Relevant Cases heard with Steven N. Williams

| No Cases to Report |
|---|

**Jason A. Ibey**
**Kazerouni Law Group, APC**
245 Fischer Ave.
Suite D-1
Costa Mesa, CA 92626-4539

#### Relevant Cases heard with Jason A. Ibey

| No Cases to Report |
|---|

#### Relevant Cases heard with Kazerouni Law Group, APC

Private Party vs. Solarcity Corporation (JAMS Reference No. 1200054211)  -  Arbitration

Panelist Role:Neutral Arbitrator - Sole Arbitrator

Case Result(s):  Settled prior to hearing: Non-Monetary - 03/22/2021

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Matthew M. Loker, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Seyed Abbas Kazerounian, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Elizabeth Ann Wagner, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Joshua B. Swigart, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| David R. Sidran, Esq. | Sidran Law Corp. | RESP | SolarCity Corporation |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.

## JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| | Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|---|

| Yana Hart, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
|---|---|---|---|
| Hayden S. Alfano, Esq. | Sidran Law Corp. | RESP | SolarCity Corporation |
| April S. Luk, Esq. | Tesla, Inc. | RESP | no party listed |
| Evangeline Dech, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| David J. McGlothlin, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |

**Private Party vs. Credit One Financial dba Credit One Bank (JAMS Reference No. 1220056058)  -  Arbitration**

Panelist Role:Neutral Arbitrator - Sole Arbitrator

Case Result(s):  Settled prior to hearing - 11/08/2018

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Joshua B. Swigart, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Bonnie McKnight, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| David J. Kaminski, Esq. | Carlson & Messer LLP | RESP | Credit One Financial dba Credit One Bank |
| Seyed Abbas Kazerounian, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Sarah McEahern, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Anthony Chester, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Michael Kind | Kazerouni Law Group, APC | CLAI | Private Party |
| Legal Department | Credit One Bank, N.A. | RESP | Credit One Financial dba Credit One Bank |
| Mark Ankcorn, Esq. | Ankcorn Law Firm, PLLC | CLAI | Private Party |
| Ann Marie Hansen, Esq. | Ankcorn Law Firm, PLLC | CLAI | Private Party |
| Tuan V. Uong, Esq. | Reed Smith LLP | RESP | Credit One Financial dba Credit One Bank |
| David J. McGlothlin, Esq. | Hyde & Swigart | CLAI | Private Party |
| Ryan L. McBride, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Emily Beecham, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |

**Seyed Abbas Kazerounian**

**Kazerouni Law Group, APC**

245 Fischer Ave.
Suite D-1
Costa Mesa, CA 92626-4539

**Relevant Cases heard with Seyed Abbas Kazerounian**

Private Party vs. Solarcity Corporation (JAMS Reference No. 1200054211)  -  Arbitration

Panelist Role:Neutral Arbitrator - Sole Arbitrator

Case Result(s):  Settled prior to hearing: Non-Monetary - 03/22/2021

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Matthew M. Loker, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Seyed Abbas Kazerounian, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Elizabeth Ann Wagner, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Joshua B. Swigart, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| David R. Sidran, Esq. | Sidran Law Corp. | RESP | SolarCity Corporation |
| Yana Hart, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Hayden S. Alfano, Esq. | Sidran Law Corp. | RESP | SolarCity Corporation |
| April S. Luk, Esq. | Tesla, Inc. | RESP | no party listed |
| Evangeline Dech, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| David J. McGlothlin, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |

Private Party vs. Credit One Financial dba Credit One Bank (JAMS Reference No. 1220056058)  -  Arbitration

Panelist Role:Neutral Arbitrator - Sole Arbitrator

Case Result(s):  Settled prior to hearing - 11/08/2018

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Joshua B. Swigart, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Bonnie McKnight, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| David J. Kaminski, Esq. | Carlson & Messer LLP | RESP | Credit One Financial dba Credit One Bank |
| Seyed Abbas Kazerounian, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Sarah McEahern, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Anthony Chester, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Michael Kind | Kazerouni Law Group, APC | CLAI | Private Party |
| Legal Department | Credit One Bank, N.A. | RESP | Credit One Financial dba Credit One Bank |
| Mark Ankcorn, Esq. | Ankcorn Law Firm, PLLC | CLAI | Private Party |
| Ann Marie Hansen, Esq. | Ankcorn Law Firm, PLLC | CLAI | Private Party |
| Tuan V. Uong, Esq. | Reed Smith LLP | RESP | Credit One Financial dba Credit One Bank |
| David J. McGlothlin, Esq. | Hyde & Swigart | CLAI | Private Party |
| Ryan L. McBride, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |
| Emily Beecham, Esq. | Kazerouni Law Group, APC | CLAI | Private Party |

**Andrew J. Bedigian**
**Larson LLP**

555 S Flower St
Suite 4400
Los Angeles, CA 90071

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.

## JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

### Relevant Cases heard with Andrew J. Bedigian

| No Cases to Report |
|---|

**Rick Richmond**
**Larson LLP**

555 S Flower St
Suite 4400
Los Angeles, CA 90071

### Relevant Cases heard with Rick Richmond

| No Cases to Report |
|---|

**Stephen G. Larson**
**Larson LLP**

555 S Flower St
Suite 4400
Los Angeles, CA 90071

### Relevant Cases heard with Stephen G. Larson

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |

| | | | |
|---|---|---|---|
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

**Relevant Cases heard with Larson LLP**

Private Party vs. Private Party (JAMS Reference No. 1200052097)  -  Court Reference

Panelist Role: Court Reference

Case Result(s):  Project Complete - 01/23/2018

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Eli R. Greenstein, Esq. | Kessler Topaz Meltzer & Check, LLP | PL | Private Party |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| | | | |
|---|---|---|---|
| Edward G. Timlin, Esq. | Bernstein Litowitz Berger & Grossmann | CC | Private Party |
| Tanya L. Greene, Esq. | Kirkland & Ellis LLP | DEF | Pershing Square Capital Management, L.P. & PS Fund 1, LLC & Private Party & Pershing Square, L.P & Pershing Square II & Pershing Square International, Ltd. & Pershing Square Holdings, Ltd. & Pershing Square GP, LLC |
| Mark C. Holscher, Esq. | Kirkland & Ellis LLP | DEF | Pershing Square Capital Management, L.P. & PS Fund 1, LLC & Private Party & Pershing Square, L.P & Pershing Square II & Pershing Square International, Ltd. & Pershing Square Holdings, Ltd. & Pershing Square GP, LLC |
| Laura Kabler Oswell | Sullivan & Cromwell LLP | DEF | Valeant Pharmaceuticals International, Inc. & Valeant Pharmaceuticals International & AGMS, Inc |
| Brian T. Frawley, Esq. | Sullivan & Cromwell LLP | DEF | Valeant Pharmaceuticals International, Inc. & Valeant Pharmaceuticals International & AGMS, Inc |
| Attorney Miscellaneous | Miscellaneous Attorney | NP | no party listed |
| Jeremy P. Robinson | Bernstein Litowitz Berger & Grossmann | PL | Private Party |
| Austin Norris | Kirkland & Ellis LLP | DEF | Pershing Square Capital Management, L.P. & PS Fund 1, LLC & Private Party & Pershing Square, L.P & Pershing Square II & Pershing Square International, Ltd. & Pershing Square Holdings, Ltd. & Pershing Square GP, LLC |
| Michael D. Blatchley, Esq. | Bernstein Litowitz Berger & Grossmann | PL | Private Party |
| Justin O. Reliford, Esq. | Kessler Topaz Meltzer & Check, LLP | PL | no party listed |
| Lee D. Rudy, Esq. | Kessler Topaz Meltzer & Check, LLP | PL | Private Party |
| Mark Lebovitch, Esq. | Bernstein Litowitz Berger & Grossmann | PL | Private Party |
| Richard David Gluck, Esq. | Bernstein Litowitz Berger & Grossmann | PL | Private Party |
| Xanath McKeever, Esq. | Kirkland & Ellis LLP | DEF | Pershing Square Capital Management, L.P. & PS Fund 1, LLC & Private Party & Pershing Square, L.P & Pershing Square II & Pershing Square International, Ltd. & Pershing Square Holdings, Ltd. & Pershing Square GP, LLC |
| Duncan C. Simpson LaGoy | Sullivan & Cromwell LLP | DEF | Valeant Pharmaceuticals International, Inc. & Valeant Pharmaceuticals International & AGMS, Inc |
| Jackson S. Trugman | Sullivan & Cromwell LLP | DEF | Valeant Pharmaceuticals International, Inc. & Valeant Pharmaceuticals International & AGMS, Inc |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| | | | |
|---|---|---|---|
| John P. Coffey, Esq. | Kramer Levin et al. | DEF | Pershing Square Capital Management, L.P. & PS Fund 1, LLC & Private Party & Pershing Square, L.P & Pershing Square II & Pershing Square International, Ltd. & Pershing Square Holdings, Ltd. & Pershing Square GP, LLC |
| Seth F. Schinfeld, Esq. | Kramer Levin et al. | DEF | Pershing Square Capital Management, L.P. & PS Fund 1, LLC & Private Party & Pershing Square, L.P & Pershing Square II & Pershing Square International, Ltd. & Pershing Square Holdings, Ltd. & Pershing Square GP, LLC & Pershing Square Capital Management, L.P. & PS Fund 1, LLC & Private Party & Pershing Square, L.P & Pershing Square II & Pershing Square International, Ltd. & Pershing Square Holdings, Ltd. & Pershing Square GP, LLC |
| Angus Ni, Esq | Bernstein Litowitz Berger & Grossmann | PL | Private Party |
| Kyle Allen Niemi | Sullivan & Cromwell LLP | DEF | Valeant Pharmaceuticals International, Inc. & Valeant Pharmaceuticals International & AGMS, Inc |
| Blair Connelly, Esq. | Latham & Watkins LLP | PL | Allergan, Inc. |
| Michele D. Johnson, Esq. | Latham & Watkins LLP | PL | Allergan, Inc. |
| Peter A. Wald, Esq. | Latham & Watkins LLP | CLAI | Allergan, Inc. |
| Kristin Nicole Murphy | Latham & Watkins LLP | PL | Allergan, Inc. |
| Anna Elizabeth Berces | Latham & Watkins LLP | PL | Allergan, Inc. |
| Robert C. O'Brien, Esq. | Larson O'Brien LLP | SPEC | no party listed |

---

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| | | | |
|---|---|---|---|
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
| --- | --- | --- |

**Steven E. Bledsoe**
**Larson LLP**
600 Anton Blvd
Suite 1270
Costa Mesa, CA 92626

**Relevant Cases heard with Steven E. Bledsoe**

| No Cases to Report |
| --- |

**Elizabeth J. Cabraser**
**Lieff, Cabraser, Heimann & Bernstein LLP**
275 Battery St.
29th Floor
San Francisco, CA 94111

**Relevant Cases heard with Elizabeth J. Cabraser**

| No Cases to Report |
| --- |

**Frank White**
**Lieff, Cabraser, Heimann & Bernstein LLP**
275 Battery St.
29th Floor
San Francisco, CA 94111

**Relevant Cases heard with Frank White**

| No Cases to Report |
| --- |

**Kelly K. McNabb**
**Lieff, Cabraser, Heimann & Bernstein LLP**
250 Hudson St.
8th Floor
New York, NY 10013-1413

**Relevant Cases heard with Kelly K. McNabb**

| No Cases to Report |
| --- |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

**Kristin Orsland**
**Lieff, Cabraser, Heimann & Bernstein LLP**

275 Battery St.
29th Floor
San Francisco, CA 94111

**Relevant Cases heard with Kristin Orsland**

No Cases to Report

**Lexi Hazam**
**Lieff, Cabraser, Heimann & Bernstein LLP**

275 Battery St.
29th Floor
San Francisco, CA 94111

**Relevant Cases heard with Lexi Hazam**

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
|---|---|---|---|
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

**Relevant Cases heard with Lieff, Cabraser, Heimann & Bernstein LLP**

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to
07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General
Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
| --- | --- | --- |

| | | | |
| --- | --- | --- | --- |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial
success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with
JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so
in the future.*

* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.

### JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| | | | |
|---|---|---|---|
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

**Robert J. Nelson**
**Lieff, Cabraser, Heimann & Bernstein LLP**

275 Battery St.
29th Floor
San Francisco, CA 94111

**Relevant Cases heard with Robert J. Nelson**

| No Cases to Report |
|---|

**Wilson M. Dunlavey**
**Lieff, Cabraser, Heimann & Bernstein LLP**

275 Battery St.
29th Floor
San Francisco, CA 94111

**Relevant Cases heard with Wilson M. Dunlavey**

| No Cases to Report |
|---|

**Hannah E. Mohr**
**Matiasic Firm, PC**

44 Montgomery St.
Suite 3850
San Francisco, CA 94104-4823

**Relevant Cases heard with Hannah E. Mohr**

| No Cases to Report |
|---|

**Paul A Matiasic**
**Matiasic Firm, PC**

355 S Grand Ave
Suite 2450
Los Angeles, CA 90071

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to
07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General
Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

**Relevant Cases heard with Paul A Matiasic**

| No Cases to Report |
|---|

**Relevant Cases heard with Matiasic Firm, PC**

| No Cases to Report |
|---|

**David C. Wright**
**McCune Wright Arevalo, LLP**

3281 East Guasti Rd.
Suite 100
Ontario, CA 91761

**Relevant Cases heard with David C. Wright**

| No Cases to Report |
|---|

**Elaine Kusel**
**McCune Wright Arevalo, LLP**

One Gateway Center
Suite 2600
Newark, NJ 07102

**Relevant Cases heard with Elaine Kusel**

| No Cases to Report |
|---|

**Mark I Richards**
**McCune Wright Arevalo, LLP**

3281 East Guasti Rd.
Suite 100
Ontario, CA 91761

**Relevant Cases heard with Mark I Richards**

| No Cases to Report |
|---|

**Richard D. McCune**
**McCune Wright Arevalo, LLP**

3281 East Guasti Rd.
Suite 100
Ontario, CA 91761

**Relevant Cases heard with Richard D. McCune**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial
success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with
JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so
in the future.*
\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

**Relevant Cases heard with McCune Wright Arevalo, LLP**

| No Cases to Report |
|---|

**Sherief Morsy**
**McCune Wright Arevalo, LLP**

One Gateway Center
Suite 2600
Newark, NJ 07102

**Relevant Cases heard with Sherief Morsy**

| No Cases to Report |
|---|

**Blake Hunter Yagman**
**Milberg Coleman Bryson Phillips Grossman, PLLC**

100 Garden City Plaza
Garden City, NY 11530

**Relevant Cases heard with Blake Hunter Yagman**

| No Cases to Report |
|---|

**Alex R. Straus**
**Milberg LLP**

280 S Beverly Drive PH
Beverly Hills, CA 90212-3905

**Relevant Cases heard with Alex R. Straus**

| No Cases to Report |
|---|

**Relevant Cases heard with Milberg LLP**

| No Cases to Report |
|---|

**Cynthia L. Garber**
**OnderLaw, LLC**

12 Corporate Plaza Dr
Suite 275
Newport Beach, CA 92660

**Relevant Cases heard with Cynthia L. Garber**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

## JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

**Relevant Cases heard with OnderLaw, LLC**

| No Cases to Report |
|---|

**Alexander Robertson IV**
**Robertson & Associates, LLP**

32121 Lindero Canyon Road
Suite 200
Westlake Village, CA 91361

**Relevant Cases heard with Alexander Robertson IV**

| No Cases to Report |
|---|

**Relevant Cases heard with Robertson & Associates, LLP**

| No Cases to Report |
|---|

**Joel B. Young**
**Tidrick Law Firm**

1300 Clay Street
Suite 600
Oakland, CA 94612

**Relevant Cases heard with Joel B. Young**

| No Cases to Report |
|---|

**Relevant Cases heard with Tidrick Law Firm**

| No Cases to Report |
|---|

**Steven G. Tidrick**
**Tidrick Law Firm**

1300 Clay Street
Suite 600
Oakland, CA 94612

**Relevant Cases heard with Steven G. Tidrick**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

**Guido E. Toscano**
**Westerman Law Corp.**

16133 Ventura Blvd
Suite 685
Encino, CA 91436

**Relevant Cases heard with Guido E. Toscano**

| No Cases to Report |
|---|

**Relevant Cases heard with Westerman Law Corp.**

| No Cases to Report |
|---|

**Jeff S. Westerman**
**Westerman Law Corp.**

16133 Ventura Blvd
Suite 685
Encino, CA 91436

**Relevant Cases heard with Jeff S. Westerman**

| No Cases to Report |
|---|

**Brittany S Armstrong**
**Whittington Law Firm**

100 Admiral Callaghan Ln
Unit 5482
Vallejo, CA 94591-3228

**Relevant Cases heard with Brittany S Armstrong**

| No Cases to Report |
|---|

**Relevant Cases heard with Whittington Law Firm**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

### JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

## Counsel for Special Master

**Bradley R. O'Brien**
**O'Brien Conflict Resolution**
P.O. Box 306
Sausalito, CA 94966

### Relevant Cases heard with Bradley R. O'Brien

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

### JAMS Relevant Case Disclosure, Report B (MKT016C)

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| | | | |
|---|---|---|---|
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

### Relevant Cases heard with O'Brien Conflict Resolution

In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE) (JAMS Reference No. 1220072736)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Ellen E McGlynn, Esq | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Joseph A. Walsh II, Esq. | Collier Walsh Nakazawa | PL | Dordellas Finance Corporation & MSC Mediterranean Shipping Company, S.A. |
| Albert E. Peacock III, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| David Tong, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Glen R. Piper, Esq. | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |
| Margaret Stando, Esq | Peacock Piper Tong Voss LLP | PL | Capetanissa Maritime Corp. |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |
|---|---|---|

| | | | |
|---|---|---|---|
| Stephen G. Larson, Esq. | Larson LLP | PR | Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Davey's Locker Sportfishing Inc. & Quality Seafood Inc. & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & East Meets West Excursions & Banzai Surf Company, LLC & Beyond Business Incorporated & Big Fish Bait and Tackle & LBC Seafood, Inc. |
| Bradley R. O'Brien, Esq. | O'Brien Conflict Resolution | SPEC | no party listed |
| Darren O'Leary Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Wylie A. Aitken, Esq. | Aitken, Aitken & Cohn | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Daniel T. Donovan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Lexi Hazam, Esq. | Lieff, Cabraser, Heimann & Bernstein LLP | PR | Banzai Surf Company, LLC & Beyond Business Incorporated & Bongos III Sportfishing LLC & Bongos Sportfishing LLC & Davey's Locker Sportfishing Inc. & East Meets West Excursions & LBC Seafood, Inc. & Quality Sea Food, Inc. & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party & Private Party |
| Mark Charles Holscher, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |
| Christopher W. Keegan, Esq. | Kirkland & Ellis LLP | PR | Amplify Energy Corporation & Beta Operating Company, LLC & San Pedro Bay Pipeline Company |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 07/06/2017 to 07/06/2022. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: James L. Smith | Reference #: 1220071875 | 7/6/2022 |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
* *"Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*