**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| PETER MOSES GUTIERREZ JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMPLIFY ENERGY CORPORATION; et al., <br><br> Defendants. | CASE NO. 8:21-cv-01628-DOC-JDE <br><br> **ORDER PERMITTING THE RELEASE OF FISHER AND FISH INDUSTRY INFORMATION BY THE CALIFORNIA DEPARTMENT OF FISH & WILDLIFE** <br><br> Judge:      Hon. David O. Carter |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

After consideration of the parties' stipulation and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

The California Department of Fish & Wildlife ("CDFW") shall release to the Interim Co-Lead Counsel and the Amplify Defendants' Counsel:

(a) non-redacted aggregate commercial fishing landings data—on a month-by-month basis broken down by block and species code, including total value and pounds of monthly catch for blocks in Southern California (as set out in the Southern California Fisheries Chart available at https://nrm.dfg.ca.gov/FileHandler.ashx?DocumentID=144494) (the "Southern California Blocks") for the time period January 1, 2016 through December 31, 2021;

(b) raw or individual commercial landing receipt e-ticket submissions for Southern California Blocks for the time period January 1, 2016 through December 31, 2021;

(c) for the commercial landing receipt reports produced in response to paragraph 8(b), a list of the identities and known contact information of all persons and entities and associated unique identifier(s) (i.e. vessel ID, fisher ID, fish business ID);

(d) for each person and entity in response to paragraph 8(c), all corresponding license information (i.e. type of license and expiration);

(e) the identities and known contact information of all persons and entities with a commercial passenger vessel registration at any time during October 1, 2021 through December 31, 2021;

(f) for each person and entity in response to paragraph 8(e), all commercial passenger fishing vessel logbooks for the time period January 1, 2016 through December 31, 2021;

(g) tabular data showing how port codes in Southern California Blocks are aggregated into fishing areas;

(h) maps or GIS shapefiles corresponding to Southern California Blocks; and

(i) all bulletins or other official notices of fishing closures in Southern California Blocks for the time period January 1, 2016 through the date of the entry of the Court's order approving this stipulation; and

(j) upon finalization of CDFW's quarterly data review process, CDFW shall produce supplemental data sought by paragraphs 8(a) through (f) for the period January 1, 2022 to March 31, 2022.

The Parties shall treat any information that they receive pursuant to this stipulation that is considered confidential under Cal. Fish & Game Code § 8022 as CONFIDENTIAL according to the Protective Order governing this matter, *Gutierrez, et al. v. Amplify Energy Corp., et al.*, 8:21-cv-01628-DOC-JDE, ECF No. 99 (Jan. 27, 2022). This Order does not address rights with respect to the reference or use of any data that is the subject of this stipulation, for any purpose, during or in advance of trial. The Parties shall provide CDFW with reasonable notice prior to publicly disclosing the individual record of business of any person at trial, and will use best efforts to maintain the confidentiality thereof. The Parties reserve all rights with respect to disputes arising under this Stipulation to seek relief from the Court, or from the Special Master Panel pursuant to the procedures established by the Special Master Panel Appointment.

**IT IS SO ORDERED.**

Dated: July 13, 2022

*/s/ David O. Carter*

Hon. David O. Carter