**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 21-01628-DOC-JDE                         Date: July 14, 2022

Title: PETER MOSES GUTIERREZ ET AL. V. AMPLIFY ENERGY CORP. ET AL.

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER CONTINUING HEARING ON MOTION TO DISMISS [298]**

Before the Court is Third-Party Defendant Marine Exchange of Los Angeles Long Beach Harbor's Motion to Dismiss (Dkt. 298), which is scheduled for hearing on August 8, 2022. The Court previously consolidated hearings on all motions related to the First Amended Third-Party Complaint to streamline Court and party efforts. Accordingly, the Court **CONTINUES** the hearing on this Motion to Dismiss to August 25, 2022, at 8:30 am.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu

MINUTES FORM 11
CIVIL-GEN