Wylie A. Aitken, Esq. (SBN 37770)
wylie@aitkenlaw.com
**AITKEN✦AITKEN✦COHN**
3 MacArthur Place, Suite 800
Santa Ana, CA 92808
Telephone: (714) 434-1424
Facsimile: (714) 434-3600

Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
**LARSON LLP**
555 Flower Street, Suite 4400
Los Angeles, CA 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
**LIEFF CABRASER HEIMAN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

*Interim Co-Lead Counsel for Plaintiffs
and the Proposed Class*

*[Additional Counsel appear on signature page]*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| PETER MOSES GUTIERREZ, Jr., et al., individually and on behalf of all others similarly situated,<br><br>　　Plaintiffs,<br>　v.<br><br>AMPLIFY ENERGY CORP.; BETA OPERATING COMPANY, LLC; and SAN PEDRO BAY PIPELINE COMPANY,<br><br>　　Defendants/Third-Party | CASE NO. SA 21-CV-1628-DOC-JDE<br>CASE NO. 2:22-cv-02153-DOC-JDE<br><br>**JOINT DISCOVERY COORDINATION STIPULATION** |

| | |
|---|---|
| 1 | Plaintiffs, |
| 2 | v. |
| 3 | MSC MEDITERRANEAN SHIPPING COMPANY, S.A.; DORDELLAS FINANCE CORPORATION; MSC DANIT; ROES 1-100; COSTAMARE SHIPPING CO., S.A.; CAPETANISSA MARITIME CORPORATION; V.SHIPS GREECE LTD.; COSCO BEIJING; ROES 101-200; and MARINE EXCHANGE OF LOS ANGELES-LONG BEACH HARBOR d/b/a MARINE EXCHANGE OF SOUTHERN CALIFORNIA, |
| 11 | Defendants/Third-Party Defendants. |
| 13 | In the Matter of the Complaint of DORDELLAS FINANCE CORP., Owner, and MSC MEDITERRANEAN SHIPPING COMPANY S.A., Owner *pro hac vice*, of the Motor Vessel MSC DANIT, and its engines, tackle, apparel, and appurtenances, and CAPETANISSA MARITIME CORPORATION, Owner of the Motor Vessel BEIJING, and its engines, tackle, apparel, and appurtenances. |
| 19 | Plaintiffs. |

**WHEREAS**, the signatories below ("Parties") have conferred regarding the Special Master's order at 21-cv-1628, ECF 289 regarding the preparation of a stipulation that addresses certain issues related to the coordination of discovery between the Consolidated Class Actions (21-cv-01628) ("CCA" or "*Gutierrez*") and the Consolidated Limitation Action (22-cv-0153) ("CDA" or "Limitation Action") (collectively "Coordinated Discovery Proceedings").

**NOW THEREFORE**, the signatories below, by and through their counsel, hereby STIPULATE and AGREE:

1. The Parties will use their best efforts to coordinate discovery between the CCA and CDA to the fullest extent practicable.

2. Discovery requests directed to and discovery responses received from one Party shall be served on all Parties, whether styled in the CCA or CDA.

3. Discovery conducted in the CCA and the CDA, including written discovery responses, document productions and depositions transcripts, are deemed cross-produced and may be used in the CCA or CDA as if conducted in the proceeding in which the discovery is sought to be used.

4. This paragraph is intended to make discovery more administratively efficient. This paragraph does not alter the Federal Rules of Civil Procedure regarding the individual discovery limits that apply to individual parties. Requests for documents, interrogatories, deposition on written questions, and requests for admission propounded by a claimant against the Shipping Defendants in the CDA or by Amplify in the CCA shall be deemed to have been propounded by all CDA claimants, such that there is a master set of discovery requests.

5. Discovery in the CCA and CDA shall proceed simultaneously, in accordance with the Court's discovery schedule (CDA ECF 46). Coordination of discovery does not stay or relieve any Party of its discovery obligations in the CCA or CDA.

6. The Coordinated Discovery Proceeding will be conducted in accordance with the Federal Rules of Civil Procedure, the Local Rules, and any orders of the Court in the CCA or CDA.

7. The operative *Stipulation and Protective Order* ("Protective Order") shall apply to the CDA proceedings to the same extent it is applicable to the CCA proceedings.

8. Any operative *Stipulated Order Document and Electronically Stored Information Production Protocol* ("ESI Stipulation") shall apply to the CDA proceedings to the same extent it is applicable to the CCA proceedings.

9. Any operative S*tipulated Order Re: Removal of Preservation of Portion of San Pedro Bay Pipeline* ("Pipeline Stipulation") shall apply to the CDA proceedings to the same extent it is applicable to the CCA proceedings.

10. A Party's signature to this Stipulation, the Protective Order, ESI Stipulation, or the Pipeline Stipulation shall not constitute or be used to argue that the signatory has waived jurisdictional objections or any other claims, rights or defenses.

11. Nothing in this Stipulation prevents or allows a Party to seek a stay or other restriction or limitation of discovery where such Party determines that it is reasonably necessary to defend or enforce its positions.

12. A new party to the CCA or CDA may participate in the Coordinated Discovery Proceeding provided the party (i) signs the operative Protective Order, ESI Protocol, and Pipeline Stipulation, (ii) agrees to avoid duplicative discovery, and (iii) agrees to comply with any subsequent order entered in the CCA or CDA governing the conduct of discovery, to the extent such order is equally applicable to the other respective action.

**SO STIPULATED AND AGREED ON JULY 15, 2022:**

/s/ Christopher W. Keegan
Christopher W. Keegan (SBN 232045)
*chris.keegan@kirkland.com*
KIRKLAND & ELLIS LLP
555 California St., Suite 2900
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Daniel T. Donovan (*PHV in CDA pending*)
*ddonovan@kirkland.com*
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200

*Counsel for Amplify Energy Corp., Beta Operating Company, LLC, and San Pedro Bay Pipeline Company*

|     |                                                          |
| --- | -------------------------------------------------------- |
| 1   |                         */s/ Wylie A. Aitken*            |
| 2   | Wylie A. Aitken (SBN 37770)                              |
|     | *wylie@aitkenlaw.com*                                    |
| 3   | AITKEN♦AITKEN♦COHN                                       |
|     | 3 MacArthur Place, Suite 800                             |
| 4   | Santa Ana, CA 92808                                      |
| 5   | Telephone: (714) 434-1424                                |
|     | Facsimile: (714) 434-3600                                |

Lexi J. Hazam (SBN 224457)
*lhazam@lchb.com*
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Stephen G. Larson, State Bar No. 145225
*slarson@larsonllp.com*
LARSON, LLP
555 Flower Street, Suite 4400
Los Angeles, CA 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

*Interim Lead Co-Counsel for Plaintiffs*

| | |
|---|---|
| 1 | */s/ Conte C. Cicala* |
| 2 | CONTE C. CICALA (SBN 173554) |
| | *conte.cicala@clydeco.us* |
| 3 | CLYDE & CO US LLP |
| | 150 California Street, 15th Floor |
| 4 | San Francisco, CA 94111 |
| | Telephone: (415) 365-9800 |
| 5 | Facsimile: (415) 365-9801 |

*Counsel for Third-Party Defendant Marine Exchange of Los Angeles-Long Beach Harbor*

*/s/ Joseph A. Walsh II*
Joseph A. Walsh II (SBN 143694)
joe.walsh@cwn-law.com
Ellen E. McGlynn (SBN 270367)
ellen.mcglynn@cwn-law.com
COLLIER WALSH NAKAZAWA LLP
One World Trade Center, Suite 2370
Long Beach, CA 90831
Telephone: (562) 317-3300
Facsimile: (562) 317-3399

*Counsel for MSC Mediterranean Shipping Company, S.A. Dordellas Finance Corporation, and the MSC Danit*

*/s/ Albert E. Peacock III*
Albert E. Peacock III  (SBN 134094)
*apeacock@peacockpiper.com*
Glen R. Piper (SBN 204023)
*gpiper@peacockpiper.com*
David A. Tong (SBN 238971)
*dtong@peacockpiper.com*
Margaret Stando (SBN 343038)
*mstando@peacockpiper.com*
PEACOCK PIPER TONG + VOSS LLP
100 W. Broadway, Suite 610
Long Beach, CA 90802
Telephone: (562) 320-8880
Facsimile: (562) 735-3950

|   |   |
|---|---|
| 1 | *Counsel for Costamare Shipping Co. S.A., Capetanissa Maritime Corporation of Liberia, V.Ships Greece Ltd., and the M/V Beijing* |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: July 15, 2022  */s/ Lexi J. Hazam*
Lexi J. Hazam