1  Wylie A. Aitken, Esq. (SBN 37770)
   *wylie@aitkenlaw.com*
2  **AITKEN✦AITKEN✦COHN**
   3 MacArthur Place, Suite 800
3  Santa Ana, CA 92808
   Telephone: (714) 434-1424
4  Facsimile: (714) 434-3600

5  Stephen G. Larson (SBN 145225)
   *slarson@larsonllp.com*
6  **LARSON LLP**
   555 Flower Street, Suite 4400
7  Los Angeles, CA 90071
   Telephone: (213) 436-4888
8  Facsimile: (213) 623-2000

9  Lexi J. Hazam (SBN 224457)
   *lhazam@lchb.com*
10 **LIEFF CABRASER HEIMAN**
   **& BERNSTEIN, LLP**
11 275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
12 Telephone: (415) 956-1000
   Facsimile: (415) 956-100
13
   *Interim Co-Lead Counsel for Plaintiffs*
14 *and the Proposed Class*

15

16 *[Additional Counsel appear on signature page]*

17          **UNITED STATES DISTRICT COURT**

18          **CENTRAL DISTRICT OF CALIFORNIA**

19              **SOUTHERN DIVISION**

20

21 PETER MOSES GUTIERREZ, Jr.,     CASE NO. SA 21-CV-1628-DOC-JDE
   et al., individually and on behalf of all   CASE NO. 2:22-cv-02153-DOC-JDE
22 others similarly situated,

23         Plaintiffs,            **JULY 15, 2022 STATUS REPORT**

24    v.                         Via JAMS Access Portal and CCA and
                                 CDA ECF Dockets
25 AMPLIFY ENERGY CORP.; BETA
   OPERATING COMPANY, LLC; and
26 SAN PEDRO BAY PIPELINE
   COMPANY,
27
          Defendants/Third-Party
28

                         1

1    Plaintiffs,

2      v.

3
MEDITERRANEAN SHIPPING
4    COMPANY, S.A.; DORDELLAS
FINANCE CORPORATION; MSC
5    DANIT; ROES 1-100; COSTAMARE
SHIPPING CO., S.A.; CAPETANISSA
6    MARITIME CORPORATION;
V.SHIPS GREECE LTD.; COSCO
7    BEIJING; ROES 101-200; and MARINE
EXCHANGE OF LOS ANGELES-
8    LONG BEACH HARBOR d/b/a
MARINE EXCHANGE OF
9    SOUTHERN CALIFORNIA,
10
11         Defendants/Third-Party
                    Defendants.
12
In the Matter of the Complaint of
13    DORDELLAS FINANCE CORP.,
Owner, and MSC MEDITERRANEAN
14    SHIPPING COMPANY S.A., Owner
*pro hac vice*, of the Motor Vessel MSC
15    DANIT, and its engines, tackle, apparel,
and appurtenances, and
16    CAPETANISSA MARITIME
CORPORATION, Owner of the Motor
17    Vessel BEIJING, and its engines, tackle,
apparel, and appurtenances.
18
         Plaintiffs.
19

20         The signatories below ("Parties") submit this bi-monthly status report:

21         Following the Parties' July 1–8, 2022 written submissions regarding discovery

22    and coordination, the Parties have been meeting and conferring as discussed at the July

23    11, 2022 hearing with the Special Masters.  The Parties are in the process of submitting

24    to the Special Masters agreed stipulations where consensus was reached and competing

25    orders where it was not reached.

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED:  July 15, 2022

Respectfully submitted,

*/s/ Christopher W. Keegan*

Christopher W. Keegan (SBN 232045)
*chris.keegan@kirkland.com*
KIRKLAND & ELLIS LLP
555 California St., Suite 2900
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Counsel for Amplify*

3

1

2

/s/ Wylie A. Aitken

Wylie A. Aitken (SBN 37770)
wylie@aitkenlaw.com
AITKEN✦AITKEN✦COHN
3 MacArthur Place, Suite 800
Santa Ana, CA 92808
Telephone: (714) 434-1424
Facsimile: (714) 434-3600

Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Stephen G. Larson, State Bar No. 145225
slarson@larsonllp.com
LARSON, LLP
555 Flower Street, Suite 4400
Los Angeles, CA 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

*Interim Lead Co-Counsel for Plaintiffs*

/s/ Conte C. Cicala

CONTE C. CICALA (SBN 173554)
conte.cicala@clydeco.us
CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 365-9800
Facsimile: (415) 365-9801

*Counsel for Third-Party Defendant*
*Marine Exchange of Los Angeles-Long Beach*
*Harbor*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JULY 15, 2022 STATUS REPORT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Joseph A. Walsh II*

Joseph A. Walsh II (SBN 143694)
joe.walsh@cwn-law.com
Ellen E. McGlynn (SBN 270367)
ellen.mcglynn@cwn-law.com
COLLIER WALSH NAKAZAWA LLP
One World Trade Center, Suite 2370
Long Beach, CA 90831
Telephone: (562) 317-3300
Facsimile: (562) 317-3399

*Counsel for Dordellas Parties*

*/s/ Albert E. Peacock III*

Albert E. Peacock III  (SBN 134094)
*apeacock@peacockpiper.com*
Glen R. Piper (SBN 204023)
*gpiper@peacockpiper.com*
David A. Tong (SBN 238971)
*dtong@peacockpiper.com*
Margaret Stando (SBN 343038)
*mstando@peacockpiper.com*
PEACOCK PIPER TONG + VOSS LLP
100 W. Broadway, Suite 610
Long Beach, CA 90802
Telephone: (562) 320-8880
Facsimile: (562) 735-3950

*Counsel for BEIJING Parties*

## **SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED:  July 15, 2022

*/s/ Christopher W. Keegan*
Christopher W. Keegan