# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| PETER MOSES GUTIERREZ, JR., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>AMPLIFY ENERGY CORPORATION, et al.,<br><br>Defendants/Third-Party Plaintiffs.<br>———————————————<br>CAPETANISSA MARITIME CORPORATION, et al.<br><br>Defendants/Third-Party Defendants.<br>**AND ALL RELATED CASES.** | **Case No. 8:21-cv-01628-DOC-JDE**<br>*Action Filed:* 10/04/2021<br><br>*Judge David O. Carter*<br>*Magistrate Judge John D. Early*<br><br>**ORDER APPROVING STIPULATION REGARDING NON-WAIVER OF PERSONAL JURISDICTION OR OTHER DEFENSES [316]** |

# ORDER

**IT IS SO ORDERED** that Entry into the Protective Order [ECF 87], Electronically Stored Information Production Protocol [ECF 99], Removal and Preservation of Portion of San Pedro Pipeline Stipulation [ECF 121], and the Coordinated Discovery Stipulation shall not waive any Party's defenses or rights including, but not limited to any personal jurisdiction defense.  No Party to this Stipulation shall use the fact of the Third-Party Defendants' entry into the Protective Order [ECF 87], Electronically Stored Information Production Protocol [ECF 99], Removal and Preservation of Portion of San Pedro Pipeline Stipulation [ECF 121], and the Coordinated Discovery Stipulation to argue that such Third-Party Defendant has waived any defenses or rights, including any personal jurisdiction defense.

Date:  July 20, 2022

*David O. Carter*
Hon. David O. Carter
U.S. District Judge