FILED
CLERK, U.S. DISTRICT COURT
07/26/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: kdu DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| PETER MOSES GUTIERREZ, Jr.; et al.<br><br>Plaintiffs,<br><br>v.<br><br>AMPLIFY ENERGY CORP. et al.<br><br>Defendants/Third-Party Plaintiffs. | Case No. SA 21-CV-01628-DOC-JDE<br><br>**SPECIAL MASTER PANEL'S ORDER RE: ESI PROTOCOL** |

Before the Special Master Panel ("SMP") are proposals from certain parties relating to the Stipulated Order Re: Document and Electronically Stored Information Production Protocol ("ESI Protocol") (ECF No. 99). The parties were provided an opportunity to brief the ESI Protocol issues; a SMP hearing was held on July 11, 2022; and the SMP authorized supplemental briefing to be submitted no later than July 15, 2022.

Upon consideration of the submissions and argument from the parties, the SMP Orders ("Order") as follows:

1. The ESI Protocol will not be amended and the parties are required to comply with the terms and provisions of the ESI Protocol.

2. For parties that joined this action after initial entry of the ESI Protocol, to the extent discovery responses or productions (including initial disclosures) were transmitted prior to the date of this Order ("Production") that may not meet the terms and conditions of the ESI Protocol:
    a. Any party that received a Production shall have the opportunity to make a showing that the Production is insufficient and that the Production must comply with the ESI Protocol.
    b. The party that initiated the Production shall have the opportunity to make a showing that the Production is sufficient.
    c. To the extent the parties cannot resolve their differences, the matter can be submitted to the SMP.
    d. The parties are required to meet and confer and comply with the terms of the SMP appointment order.

3. The SMP reserves for discussion, if needed, the treatment of future discovery requests that encompass the Production covered by this Order.

**IT IS SO ORDERED.**

DATED: July 25, 2022

_____
James Smith, Esq.
Special Master

_____
Daniel Garrie, Esq.
Special Master

/s/ Bradley O'Brien
_____
Bradley O'Brien, Esq.
Special Master