JOSEPH A. WALSH II, State Bar No. 143694
joe.walsh@cwn-law.com
ELLEN E. McGLYNN, State Bar No. 270367
ellen.mcglynn@cwn-law.com
COLLIER WALSH NAKAZAWA LLP
One World Trade Center, Suite 2370
Long Beach, California 90831
Telephone: (562) 317-3300
Facsimile: (562) 317-3399

Attorneys for Specially Appearing Defendants DORDELLAS FINANCE CORP., MSC MEDITERRANEAN SHIPPING COMPANY S.A. and Third-Party Defendant MSC DANIT, *in rem*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| PETER MOSES GUTIERREZ, JR., *et al.*,<br><br>        Plaintiffs,<br><br>   v.<br><br>AMPLIFY ENERGY CORPORATION, *et al.*,<br><br>        Defendants/Third-Party Plaintiffs.<br><br>MEDITERRANEAN SHIPPING COMPANY S.A., *et al.*,<br><br>        Defendants/Third-Party Defendants.<br><br>AND ALL RELATED CASES. | Case No. 8:21-cv-01628-DOC-JDE<br><u>Action Filed</u>: 10/04/2021<br>*Judge Hon. David O. Carter*<br>*Magistrate Judge John D. Early*<br><br>**RENOTICED MOTION TO STAY FIRST AMENDED THIRD-PARTY COMPLAINT PENDING APPEAL (ECF 329)**<br><br>OLD HEARING DATE: 8/22/2022<br>NEW HEARING DATE: 8/25/2022 |

1
RE-NOTICED MOTION TO STAY FIRST AMENDED THIRD-PARTY COMPLAINT PENDING APPEAL (ECF 329)

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to the Special Master's directive dated July 28, 2022, specially appearing Defendants and Third-Party Defendants Dordellas Finance Corp. and MSC Mediterranean Shipping Company S.A. ("MSC S.A.") (collectively "Dordellas"), hereby re-notice their motion to stay the First Cause of Action for "Contribution Under 33 U.S.C. § 2709" as alleged in the Amended Third-Party Complaint brought by Defendants and Third-Party Plaintiffs Amplify Energy Corp. ("Amplify Energy"), Beta Operating Company, LLC ("Beta Offshore"), and San Pedro Bay Pipeline Company ("San Pedro Pipeline") (collectively "Third-Party Plaintiffs" or "Amplify") pending resolution of the interlocutory appeals now before the Ninth Circuit (Case Nos. 22-55625 and 22-55629) (ECF 329) (the "Motion to Stay") for hearing on August 25, 2022, at 8:30a.m. before the Honorable David O. Carter in Courtroom 10A of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, California, 92701.

The Motion to Stay is based on this Re-noticed Motion; the Notice of Motion and Motion previously filed (ECF 329), the supporting Memorandum of Points and Authorities previously filed (ECF 329), the Proposed Order previously filed in relation to this motion (ECF 329-1), and all pleadings filed with the Court and any oral arguments that may be presented at the hearing.

This motion is made following the conference of counsel under Civil Local Rule 7-3.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Dated: August 1, 2022        COLLIER WALSH NAKAZAWA LLP

By:      */s/ Joseph A. Walsh II*
Joseph A. Walsh II
Ellen E. McGlynn
Attorneys for Specially Appearing Defendants DORDELLAS FINANCE CORP., MSC MEDITERRANEAN SHIPPING COMPANY S.A. and Third-Party Defendant MSC DANIT, *in rem*

COLLIER WALSH NAKAZAWA LLP
One World Trade Center, Suite 2370
Long Beach, California 90831
Telephone (562) 317-3300