UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No: SA CV 21-01628-DOC-(JDEx)  Date: August 25, 2022

Title: Peter Moses Gutierrez, Jr. v Amplify Energy Corporation

PRESENT: THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Deborah Parker |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Lexi Hazam | Christopher Keegan |
| Stephen Larson | Daniel Donovan |
| Wylie Aitken | Mark Holscher |

**PROCEEDINGS:** **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT [151] [298]**

**MOTION TO DISMISS FIRST AMENDED THIRD-PARTY COMPLAINT FILED BY DEFENDANT COSCO BEIJING [302]**

**MOTION TO DISMISS AMENDED THIRD-PARTY COMPLAINT PURSUANT TO FRCP, RULE 12(B)(6) FILED BY SPECIALLY APPEARING THIRD PARTY DEFENDANTS DORDELLAS FINANCE CORPORATION, MSC DANIT, MSC MEDITERRANEAN SHIPPING COMPANY.  [304]**

**MOTION TO DISMISS DEFENDANTS FIRST AMENDED THIRD PARTY COMPLAINT FOR LACK OF PERSONAL JURISDICTION FILED BY DEFENDANT CAPETANISSA MARITIME CORPORATION. [305]**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 21-01628-DOC-(JDEx)        Date: August 25, 2022
       Page 2

**PROCEEDINGS (cont.):**    **MOTION TO DISMISS DEFENDANTS FIRST AMENDED THIRD PARTY COMPLAINT FOR LACK OF PERSONAL JURISDICTION FILED BY DEFENDANT COSTAMARE SHIPPING CO. S.A [306]**

**MOTION TO DISMISS DEFENDANTS FIRST AMENDED THIRD PARTY COMPLAINT FOR LACK OF PERSONAL JURISDICTION FOR LACK OF PERSONAL JURISDICTION FILED BY DEFENDANT V. SHIPS GREECE LTD.. [307]**

The case is called. The Court hears arguments.

All motions [151][298][302][304][305][306][307] are taken under

submission. The Court's written order to issue.

                                              3    :    48
                                 Initials of Deputy Clerk: kdu