# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 21-01628-DOC-JDE                 Date: August 29, 2022

Title: PETER MOSES GUTIERREZ JR. ET AL. v. AMPLIFY ENERGY CORP. ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER RE: SETTLEMENT**

On August 24, 2022, Defendant Amplify Energy Corp. and the Class Plaintiffs informed the Court that they had reached a tentative settlement. Accordingly, the Court **ORDERS** the settling parties into a Status Conference with the Special Master Panel on Wednesday, August 31, 2022 at 1 pm PST. The settling parties are to notify the Court of a good faith estimate of when they expect to submit their settlement agreement for the Court's consideration.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                Initials of Deputy Clerk: kdu
CIVIL-GEN