UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No: SA CV 21-01628-DOC-(JDEx)                     Date: August 24, 2022

Title:  Peter Moses Gutierrez, Jr. v Amplify Energy Corporation

PRESENT:  THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Deborah Parker |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Lexi Hazam | Christopher Keegan |
| Stephen Larson | Daniel Donovan |
| Wylie Aitken | Mark Holscher |

**PROCEEDINGS:** **MOTION TO STAY CASE PENDING FIRST AMENDED THIRD-PARTY COMPLAINT PENDING RESOLUTION OF NINTH CIRCUIT APPEAL [328] [337]**

**MOTION TO STAY CASE PENDING FIRST AMENDED THIRD-PARTY COMPLAINT PENDING RESOLUTION OF NINTH CIRCUIT APPEAL [329] [339]**

The case is called. The Court hears arguments.

Motion to stay case pending first amended third-party complaint pending resolution of ninth circuit appeal [337] and Motion to stay case pending first amended third-party complaint pending resolution of ninth circuit appeal [339] are taken under submission.

The Court's written order to issue.

1 : 33
Initials of Deputy Clerk: kdu