Wylie A. Aitken, Esq. (SBN 37770)
*wylie@aitkenlaw.com*
**AITKEN✦AITKEN✦COHN**
3 MacArthur Place, Suite 800
Santa Ana, CA 92808
Telephone: (714) 434-1424
Facsimile: (714) 434-3600

Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
**LARSON LLP**
555 Flower Street, Suite 4400
Los Angeles, CA 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

Lexi J. Hazam (SBN 224457)
*lhazam@lchb.com*
**LIEFF CABRASER HEIMAN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

*Interim Co-Lead Counsel for Plaintiffs
and the Proposed Class*

Christopher W. Keegan (SBN 232045)
chris.keegan@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California St., Suite 2900
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1500

*Counsel for the Amplify Defendants*

*[Additional Counsel appear on signature page]*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| PETER MOSES GUTIERREZ, Jr., et al., individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>AMPLIFY ENERGY CORP.; BETA OPERATING COMPANY, LLC; and SAN PEDRO BAY PIPELINE COMPANY,<br><br>     Defendants/Third-Party Plaintiffs,<br><br>  v. | CASE NO. SA 21-CV-1628-DOC-JDE<br>CASE NO. 2:22-cv-02153-DOC-JDE<br><br>**CLASS ACTION PLAINTIFFS AND AMPLIFY'S SEPTEMBER 12, 2022, DISCOVERY STATUS REPORT TO SPECIAL MASTER PANEL**<br><br>Via JAMS Access Portal and CCA and CDA ECF Dockets |

1  MEDITERRANEAN SHIPPING
   COMPANY, S.A.; DORDELLAS
2  FINANCE CORPORATION; MSC
   DANIT; ROES 1-5; COSTAMARE
3  SHIPPING CO., S.A.; CAPETANISSA
   MARITIME CORPORATION;
4  V.SHIPS GREECE LTD.; COSCO
   BEIJING; ROES 6-10; MARINE
5  EXCHANGE OF LOS ANGELES-
   LONG BEACH HARBOR d/b/a
6  MARINE EXCHANGE OF
   SOUTHERN CALIFORNIA; COSCO
7  SHIPPING LINES CO. LTD.; COSCO
   (CAYMAN) MERCURY CO. LTD.; and
8  MEDITERRANEAN SHIPPING
   COMPANY S.R.L., ,
9
                  Defendants/Third-Party
10                         Defendants.

11 In the Matter of the Complaint of
   DORDELLAS FINANCE CORP.,
12 Owner, and MSC MEDITERRANEAN
   SHIPPING COMPANY S.A., Owner
13 *pro hac vice*, of the Motor Vessel MSC
   DANIT, and its engines, tackle, apparel,
14 and appurtenances, and
   CAPETANISSA MARITIME
15 CORPORATION, Owner of the Motor
   Vessel BEIJING, and its engines, tackle,
16 apparel, and appurtenances.

17            Plaintiffs.

18

19         Class Plaintiffs and Amplify submit this joint status report to the Special Master

20 Panel pursuant to the Court's September 8, 2022, Order (ECF No. 401) and conference

21 with the Special Master Panel and counsel on September 8, 2022.

22         On September 8, 2022, the Court ordered Class Plaintiffs and Amplify to notify

23 the Special Master Panel of the "discovery they need from V.Ships Greece and

24 Costamare Shipping, and the timeline for completing that discovery" and "to identify if

25 V.Ships Greece and Costamare Shipping have failed to execute any of the relevant

26 stipulations and protocols that the parties have been working under." The Court's order

27 also provided that "[a]ny other discovery or other issues among the parties should also

28 be raised with the Panel." ECF No. 401. Below is an update on discovery served on

V.Ships and Costamare Shipping, a list of the disputed discovery issues as to each party, and a proposed schedule for the Limitation Action trial.

## I.   DISCOVERY FROM V.SHIPS GREECE AND COSTAMARE SHIPPING

Amplify has served discovery requests on V.Ships and Costamare Shipping and continues to negotiate with them on their discovery responses and proposed search protocols. Prior to the Court's order lifting the stay as to V.Ships and Costamare Shipping (ECF No. 401), Class Plaintiffs served discovery requests on Capetanissa Maritime Corporation in the Limitation Action, some of which are relevant to V.Ships and Costamare Shipping. Amplify and Class Plaintiffs may also serve additional requests. All parties have agreed to October 21, 2022, as a substantial completion deadline for the production of documents, including from V.Ships and Costamare Shipping.

V.Ships and Costamare Shipping have executed or been ordered to comply with the stipulations and protocols the parties have been working under. They signed the stipulated Protective Order (ECF No. 87) on July 15, 2022, and on July 25, 2022, the SMP ordered V.Ships and Costamare Shipping to "comply with the terms and provisions of the ESI Protocol." ECF No. 331 ¶ 1. All parties, including V.Ships and Costamare Shipping, have agreed to amendments to the Amended Stipulation Re: Removal and Preservation of Portion of San Pedro Bay Pipeline (ECF No. 121) and will file said Protocol once all parties have signed. *See* E. McGlynn Message to SMP (Aug. 10, 2022).

However, as discussed below, V.Ships and Costamare Shipping, along with Capetanissa, the *Beijing* (in rem), and the *Danit* Defendants, have failed to meaningfully produce documents despite being in the case for over seven months.

## II.   STATUS OF DISCOVERY

### A.   *Beijing* Defendants' Discovery.

- Since July 25, the Beijing Defendants have made two productions of 74 and 709 documents.

- In total, the Beijing Defendants have produced a total of 788 documents in response to Amplify's merits discovery requests.

  - 788 for V.Ships

  - 5 for Costamare Shipping (all of which V.Ships and Capetanissa also produced)

  - 5 for Capetanissa (all of which V.Ships and Costamare Shipping also produced)

- Class Plaintiffs, Amplify, and the *Beijing* Defendants continue to negotiate regarding the *Beijing* Defendants' responses and objections and search protocol as well as other issues related to discovery. As to the below unresolved issues, Class Plaintiffs and Amplify request that the SMP order the following:

  - Order the *Beijing* Defendants to provide, by September 19, information as to what potentially responsive ESI was lost, altered, or destroyed between its creation and when the *Beijing* Defendants issued litigation holds to the crew of the ship the week of August 22, 2022.

  - Order the *Beijing* Defendants to comply with interim production deadlines. It will delay the case if they produce the vast majority of their documents on or near the October 21 deadline for substantial completion of document production.

  - Order the *Beijing* Defendants to image and search the personal cell phones of their custodians. Amplify and Class Plaintiffs searched the personal cell phones of their custodians, and the *Beijing* Defendants should do the same.

  - Order the *Beijing* Defendants to confirm, by September 19, whether they have searched work cell phones of their custodians, and to do so if they have not.

  **B.** ***Danit* Defendants' Discovery.**

- The *Danit* Defendants have produced a total of 1,324 documents (1,195 documents from Dordellas, and 129 documents from Mediterranean Shipping Company). Of those, 949 documents were produced on Friday, September 9, 2022.

- Class Plaintiffs, Amplify, and the *Danit* Defendants continue to negotiate the *Danit* Defendants' responses and objections and issues related to document collection, including custodians and search terms. As to the below unresolved issues, Class Plaintiffs and Amplify requests that the SMP order the following:

  - Order the *Danit* Defendants to confirm, by September 16, whether they issued litigation holds and when.

  - Order the *Danit* Defendants to comply with interim production deadlines. Given the slow pace of document productions, Amplify has requested interim deadlines but no such deadlines have been implemented.

  - Order the *Danit* Defendants to confirm, by September 16, whether they are collecting from personal devices, including cell phones, from their custodians, and if they are not order them to image and search these devices.

  - Order the *Danit* Defendants to collect, by September 16, the vessel's satellite email system or other documents and data aboard the *Danit*.

4

- Order the *Danit* custodians to update, by September 16, their ESI disclosures to reflect additional custodians either requested by Amplify or identified by the *Danit* Defendants.[1]

## III.   CASE SCHEDULE

Class Plaintiffs and Amplify have conferred about a schedule for interim discovery deadlines and a Limitation Action trial and set forth their proposal below. Consistent with the Court's September 8, 2022, order, this schedule is predicated on the Court holding a trial on the liability issues in the Limitation Action. In light of the Court's directive to set the Limitation Trial expeditiously and focus only on the liability issues related to the request for exoneration or limitation, this schedule does not envision the completion of all discovery like the Court's prior June 28, 2022, Scheduling Order. *See* Consolidated Limitation Action, ECF No. 46. The proposed schedule sets trial for February 2023 to comply with the Court's directive at the September 8, 2022, hearing. Class Plaintiffs and Amplify estimate that a trial on the Limitation Plaintiffs' liability will take 10 to 12 days.

- **<u>Oct. 21, 2022</u>:** Substantial production completion deadline
- **<u>Nov. 21, 2022</u>:** Written fact discovery completed (this is an extension from the Nov. 10 date in the Court's June 28 order)[2]
- **<u>Dec. 14, 2022</u>:** Fact witness depositions completed
- **<u>Dec. 21, 2022</u>:** Initial expert reports due
- **<u>Jan 11, 2023</u>:** Rebuttal expert reports due
- **<u>Jan 27, 2023</u>:** Expert depositions and discovery completed
- **<u>Jan 27, 2023</u>:** Discovery cut-off date
- **<u>Feb. 3, 2023</u>:** *Daubert* motions due

---

[1] Should the parties be unable to inspect the *Danit* prior to the close of written fact discovery due to its dry dock status, Class Plaintiffs and Amplify reserve the right to propound additional written discovery requests should the inspection reveal the need for additional information not covered by the parties' prior requests.

[2] On August 31, 2022, the parties exchanged non-binding lists of persons they intend to depose or call as witnesses at trial and reserve the right to conduct depositions prior to the close of written fact discovery.

- **<u>Feb. 6, 2023</u>:** Motion cut-off date
- **<u>Feb. 10, 2023</u>:** *Daubert* oppositions and motions in limine due
- **<u>Feb 14, 2023</u>:** MIL oppositions and *Daubert* replies
- **<u>Feb 21, 2023</u>:** Final pretrial conference
- **<u>Feb 28, 2023</u>:** Trial begins

[Signature pages follow.]

SEPTEMBER 12, 2022 DISCOVERY STATUS REPORT

1    DATED: September 12, 2022          Respectfully submitted,

2

3                                       /s/ Christopher W. Keegan

4                                       Christopher W. Keegan (SBN 232045)
                                        chris.keegan@kirkland.com
5                                       KIRKLAND & ELLIS LLP
                                        555 California St., Suite 2900
6                                       San Francisco, CA 94104
                                        Telephone: (415) 439-1400
7                                       Facsimile: (415) 439-1500

8                                       *Counsel for Amplify Defendants*

9

10                                      /s/ Wylie A. Aitken

11                                      Wylie A. Aitken (SBN 37770)
                                        wylie@aitkenlaw.com
12                                      AITKEN✦AITKEN✦COHN
                                        3 MacArthur Place, Suite 800
13                                      Santa Ana, CA 92808
                                        Telephone: (714) 434-1424
14                                      Facsimile: (714) 434-3600

15                                      Lexi J. Hazam (SBN 224457)
                                        lhazam@lchb.com
16                                      LIEFF CABRASER HEIMANN
                                        & BERNSTEIN, LLP
17                                      275 Battery Street, 29th Floor
                                        San Francisco, CA 94111-3339
18                                      Telephone: (415) 956-1000
                                        Facsimile: (415) 956-1008
19

20                                      Stephen G. Larson, State Bar No. 145225
                                        slarson@larsonllp.com
21                                      LARSON, LLP
                                        555 Flower Street, Suite 4400
22                                      Los Angeles, CA 90071
                                        Telephone: (213) 436-4888
23                                      Facsimile: (213) 623-2000

24                                      *Interim Lead Co-Counsel for Plaintiffs*

25

26

27

28

                                        7

## **SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED:  September 12, 2022

*/s/ Christopher W. Keegan*
Christopher W. Keegan