**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No: SA CV 21-01628-DOC-(JDEx)                              Date: September 12, 2022

Title:  Peter Moses Gutierrez v. Amplify Energy Corporation, et al.

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Not Reported |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBRS):        SPECIAL MASTERS' INVOICES**

The parties as listed below are hereby ordered to process and promptly make payment on the Special Masters' invoices (attached herein).

Adrienne Levin
Kirkland & Ellis LLP
555 California St.
San Francisco, CA 94104

Mr. Conte Cicala Esq.
Clyde & Co US LLP
Four Embarcadero Center
Suite 1350
San Francisco, CA 94111

Mr. Joseph Walsh II Esq.
Collier Walsh Nakazawa
One World Trade Ctr.
Suite 1860
Long Beach, CA 90831

Kristin Orsland
Lieff, Cabraser, Helmann & Bernstein LLP
275 Battery Steet
29th Floor
San Francisco, CA 94111

Mr. Glen Piper Esq.
Peacock Piper Tong Voss LLP
100 West Broadway
Suite 610
Long Beach, CA 90802

Initials of Deputy Clerk: kdu

# STATEMENT OF ACCOUNT



**Statement Date**
08/16/2022

Bill To: Mr. Conte Cicala Esq.
Clyde & Co US LLP
Four Embarcadero Center
Suite 1350
San Francisco, CA 94111
US

| | |
|---|---|
| **Reference #:** | 1220071875 - Rep# 77 |
| Billing Specialist: | Hart, Lynne |
| Email: | lhart@jamsadr.com |
| Telephone: | 949-224-4628 |
| Employer ID: | 68-0542699 |

RE: **Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)**

Representing: **Marine Exchange of Los Angeles Long Beach Harbor ; Marine Exchange of Southern California**

Neutral(s): **Hon. James Smith, (Ret.)**
**Daniel Garrie, Esq.**

Hearing Type: **COURT REFERENCE**

| Date / Time | Description | Charges | Credits | Balance |
|---|---|---|---|---|
| 7/22/22 | Invoice # 6261486 | $19,164.58 | | $19,164.58 |
| 7/29/22 | Invoice # 6272898 | $12,488.00 | | $31,652.58 |

| | | |
|---|---|---|
| **Outstanding Balance** | **20% of** | **$31,652.58** |

Approved for Disbursement:

Dated: __September 12, 2022__

*David O. Carter* (signature)

Hon. David Carter

Please make checks payable to JAMS, Inc.

Standard mail:
P.O. Box 845402
Los Angeles, CA 90084

Overnight mail:
18881 Von Karman Ave. Suite 350
Irvine, CA 92612



# STATEMENT OF ACCOUNT

**Statement Date**
08/16/2022

Bill To: **Mr. Joseph Walsh II Esq.**
**Collier Walsh Nakazawa**
**One World Trade Ctr.**
**Suite 1860**
**Long Beach, CA 90831**
**US**

| | |
|---|---|
| **Reference #:** | **1220071875 - Rep# 75** |
| Billing Specialist: | Hart, Lynne |
| Email: | lhart@jamsadr.com |
| Telephone: | 949-224-4628 |
| Employer ID: | 68-0542699 |

RE: **Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)**

Representing: **Dordellas Finance Corporation ; MSC Mediterranean Shipping Company, S.A.**

Neutral(s):  **Hon. James Smith, (Ret.)**
**Daniel Garrie, Esq.**

Hearing Type:  **COURT REFERENCE**

| Date / Time | Description | Charges | Credits | Balance |
|---|---|---|---|---|
| 7/22/22 | Invoice # 6261484 | $19,164.58 | | $19,164.58 |
| 7/29/22 | Invoice # 6272896 | $12,488.00 | | $31,652.58 |
| | **Outstanding Balance** 20% of | | | **$31,652.58** |

Approved for Disbursement:

Dated: __September 12, 2022__

*David O. Carter*
_____
Hon. David Carter

Please make checks payable to JAMS, Inc.

Standard mail:
P.O. Box 845402
Los Angeles, CA 90084

Overnight mail:
18881 Von Karman Ave. Suite 350
Irvine, CA 92612



# STATEMENT OF ACCOUNT

**Statement Date**
08/16/2022

Bill To:
**Adrienne Levin
Kirkland & Ellis LLP
555 California St.
San Francisco, CA 94104
US**

| | |
|---|---|
| **Reference #:** | **1220071875 - Rep# 68** |
| Billing Specialist: | Gilhuys, Jason |
| Email: | jgilhuys@jamsadr.com |
| Telephone: | 949.224.4655 |
| Employer ID: | 68-0542699 |

RE: **Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)**

Neutral(s): **Hon. James Smith, (Ret.)
Daniel Garrie, Esq.**

Representing: **Beta Operating Company, LLC ; Amplify Energy Corporation ; San Pedro Bay Pipeline Company**

Hearing Type: **COURT REFERENCE**

| Date / Time | Description | Charges | Credits | Balance |
|---|---|---|---|---|
| 1/31/22 | Invoice # 6044296 | $12,992.00 | | $12,992.00 |
| 2/28/22 | Invoice # 6081696 | $8,022.00 | | $21,014.00 |
| 3/17/22 | Check No. ACH<br>Paid By: Kirkland & Ellis LLP | | ($12,992.00) | $8,022.00 |
| 3/17/22 | Check No. ACH<br>Paid By: Kirkland & Ellis LLP | | ($8,022.00) | $0.00 |
| 3/31/22 | Invoice # 6124936 | $19,740.00 | | $19,740.00 |
| 4/22/22 | Check No. ACH<br>Paid By: Kirkland & Ellis LLP | | ($19,740.00) | $0.00 |
| 4/29/22 | Invoice # 6163142 | $18,828.24 | | $18,828.24 |
| 5/31/22 | Invoice # 6198856 | $26,995.45 | | $45,823.69 |
| 6/30/22 | Invoice # 6236996 | $21,560.00 | | $67,383.69 |
| 7/7/22 | Check No. ACH<br>Paid By: Kirkland & Ellis LLP | | ($18,828.24) | $48,555.45 |
| 7/22/22 | Credit Memo # 6261469 | | ($47,995.45) | $560.00 |
| 7/22/22 | Invoice # 6261478 | $19,164.58 | | $19,724.58 |
| 7/29/22 | Invoice # 6272890 | 20% of $12,488.00 | | $32,212.58 |

| | |
|---|---|
| **Outstanding Balance** | **$32,212.58** |

Approved for Disbursement:

Dated: _September 12, 2022_

_David O. Carter_
Hon. David Carter

Printed or

# STATEMENT OF ACCOUNT

**JAMS**

**Statement Date**
08/16/2022

Bill To:
**Kristin Orsland**
**Lieff, Cabraser, Heimann & Bernstein LLP**
**275 Battery St.**
**29th Floor**
**San Francisco, CA 94111**
**US**

| | |
|---|---|
| **Reference #:** | **1220071875 - Rep# 69** |
| Billing Specialist: | **Hart, Lynne** |
| Email: | **lhart@jamsadr.com** |
| Telephone: | **949-224-4628** |
| Employer ID: | **68-0542699** |

RE: **Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)**

Representing: **Davey's Locker Sportfishing Inc. ; Blue Pacific Fisheries ; Ivar Southern ; Linda Southern ; Newport Landing Sportfishing, Inc. ; San Pedro Bait Co ; Donald C Brockman ; Donald C Brockman Trust ; Heidi M Jacques ; Heidi M Brockman Trust ; Gregory Hexberg ; Gregory C and Deborah L Hexberg Family Trust**

Neutral(s): **Hon. James Smith, (Ret.)**
**Daniel Garrie, Esq.**

Hearing Type: **COURT REFERENCE**

| Date / Time | Description | Charges | Credits | Balance |
|---|---|---|---|---|
| 1/31/22 | Invoice # 6044298 | $12,992.00 | | $12,992.00 |
| 2/28/22 | Invoice # 6081698 | $8,022.00 | | $21,014.00 |
| 3/4/22 | Check No. WT<br>Paid By: Lieff, Cabraser, Heimann & Bernstein LLP | | ($12,992.00) | $8,022.00 |
| 3/31/22 | Invoice # 6124938 | $19,740.00 | | $27,762.00 |
| 4/8/22 | Check No. WT<br>Paid By: Lieff, Cabraser, Heimann & Bernstein LLP | | ($8,022.00) | $19,740.00 |
| 4/29/22 | Invoice # 6163144 | $18,828.23 | | $38,568.23 |
| 5/6/22 | Check No. WT<br>Paid By: Lieff, Cabraser, Heimann & Bernstein LLP | | ($19,740.00) | $18,828.23 |
| 5/31/22 | Invoice # 6198858 | $26,995.45 | | $45,823.68 |
| 6/17/22 | Check No. WT<br>Paid By: Lieff, Cabraser, Heimann & Bernstein LLP | | ($18,828.23) | $26,995.45 |
| 6/30/22 | Invoice # 6236998 | $21,560.00 | | $48,555.45 |
| 7/22/22 | Invoice # 6261480 | $19,164.58 | | $67,720.03 |
| 7/22/22 | Credit Memo # 6261471 | | ($47,995.45) | $19,724.58 |
| 7/29/22 | Invoice # 6272892 | 20% of $12,488.00 | | $32,212.58 |

| | |
|---|---|
| **Outstanding Balance** | **$32,212.58** |

Approved for Disbursement:

Printed or Dated: __September 12, 2022__

*David O. Carter*
Hon. David Carter

# STATEMENT OF ACCOUNT



**Statement Date**
08/16/2022

Bill To: **Mr. Glen Piper Esq.**
**Peacock Piper Tong Voss LLP**
**100 West Broadway**
**Suite 610**
**Long Beach, CA 90802**
**US**

| | |
|---|---|
| **Reference #:** | **1220071875 - Rep# 72** |
| Billing Specialist: | **Hart, Lynne** |
| Email: | **lhart@jamsadr.com** |
| Telephone: | **949-224-4628** |
| Employer ID: | **68-0542699** |

RE: **Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)**

Representing: **Capetanissa Maritime Corp. ; Costamare Shipping Company, S.A. ; M/V Beijing**

Neutral(s): **Hon. James Smith, (Ret.)**
**Daniel Garrie, Esq.**

Hearing Type: **COURT REFERENCE**

| Date / Time | Description | Charges | Credits | Balance |
|---|---|---|---|---|
| 7/22/22 | Invoice # 6261482 | $19,164.58 | | $19,164.58 |
| 7/29/22 | Invoice # 6272894 | $12,488.00 | | $31,652.58 |

| Outstanding Balance | 20% of | $31,652.58 |
|---|---|---|

Approved for Disbursement:

Dated: __September 12, 2022__

_David O. Carter_ (signature)
_____
Hon. David Carter

Please make checks payable to JAMS, Inc.

Standard mail:
P.O. Box 845402
Los Angeles, CA 90084

Overnight mail:
18881 Von Karman Ave. Suite 350
Irvine, CA 92612



MATTER:  **GUTIERREZ ET AL. v. AMPLIFY ENERGY CORP ET AL. – CASE NO. SA 21-CV-1628-DOC-JDE**

BILLING PERIOD:  July 1, 2022 – July 31, 2022

INVOICE NO.   AMP-2022-7FE

BILL TO:       Conte C. Cicala
               Clyde & CO US LLP
               150 California Street, 15th Floor
               San Francisco, CA 94111

OUTSTANDING BALANCE:  $6615 (20 percent of the total)

Please make invoice payable to OBrien Conflict Resolution LLC.

                                        Approved by:

                                        *David O. Carter*  **September 12, 2022**
                                        _____
                                        Honorable David O. Carter



MATTER:  **GUTIERREZ ET AL. v. AMPLIFY ENERGY CORP ET AL. – CASE NO. SA 21-CV-1628-DOC-JDE**

BILLING PERIOD:  July 1, 2022 – July 31, 2022

INVOICE NO.   AMP-2022-7FE

BILL TO:   Joseph A. Walsh II
Collier Walsh Nakazawa LLP
One World Trade Center, Suite 2370
Long Beach, CA 90831

OUTSTANDING BALANCE:  $6615 (20 percent of the total)

Please make invoice payable to OBrien Conflict Resolution LLC.

Approved by:

*David O. Carter*
_____**September 12, 2022**
Honorable David O. Carter



MATTER:  **GUTIERREZ ET AL. v. AMPLIFY ENERGY CORP ET AL. – CASE NO. SA 21-CV-1628-DOC-JDE**

BILLING PERIOD:  July 1, 2022 – July 31, 2022

INVOICE NO.   AMP-2022-7FE

BILL TO:       Adrienne Levin
               Kirkland & Ellis LLP
               555 California St.
               San Francisco, CA 94104

OUTSTANDING BALANCE:  $6615 (20 percent of the total)

Please make invoice payable to OBrien Conflict Resolution LLC.

Approved by:

*David O. Carter* **September 12, 2022**

Honorable David O. Carter



MATTER: **GUTIERREZ ET AL. v. AMPLIFY ENERGY CORP ET AL. – CASE NO. SA 21-CV-1628-DOC-JDE**

BILLING PERIOD: July 1, 2022 – July 31, 2022

INVOICE NO.   AMP-2022-7FE

BILL TO:   Kristin Orsland
Lieff, Cabraser, Heimann & Bernstein LLP
275 Battery Street
29th Floor
San Francisco, CA 94111

OUTSTANDING BALANCE:  $6615 (20 percent of the total)

Please make invoice payable to OBrien Conflict Resolution LLC.

Approved by:

_____  **September 12, 2022**
Honorable David O. Carter



MATTER:  **GUTIERREZ ET AL. v. AMPLIFY ENERGY CORP ET AL. – CASE NO. SA 21-CV-1628-DOC-JDE**

BILLING PERIOD:  July 1, 2022 – July 31, 2022

INVOICE NO.   AMP-2022-7FE

BILL TO:    Albert E. Peacock III
Peacock Piper Tong + Voss LLP
100 W. Broadway, Suite 610
Long Beach, CA 90802

OUTSTANDING BALANCE:  $6615 (20 percent of the total)

Please make invoice payable to OBrien Conflict Resolution LLC.

Approved by:

*David O. Carter*  September 12, 2022

Honorable David O. Carter