# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MOSES GUTIERREZ, JR. et al.<br><br>Plaintiff(s)<br><br>v.<br><br>AMPLIFY ENERGY CORP.; BETA OPERATING COMPANY, LLC; and SAN PEDRO BAY PIPELINE COMPANY<br><br>Defendant(s). | CASE NUMBER<br><br>8:21-CV-01628-DOC-JDE<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [422]** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Freehill, Robert E.
*Applicant's Name (Last Name, First Name & Middle Initial)*
(713) 871-9000     (713) 871-8962
*Telephone Number    Fax Number*
rfreehill@hallmaineslugrin.com
*E-Mail Address*

of

Hall Maines Lugrin, P.C.
2800 Post Oak Blvd.
Suite 6400
Houston, Texas 77056
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Markel International Insurance Company, Ltd.
Ascot Underwriting Inc.
Certain Insurers at Lloyd's of London and London Company Markets Subscribing to Policy No. B0180ME2001399
*Name(s) of Party(ies) Represent*    ☐ Plaintiff(s)  ☐ Defendant(s)  ☒ Other: Plaintiff-Intervenors

**and designating as Local Counsel**

Popham, Mitchell J.
*Designee's Name (Last Name, First Name & Middle Initial)*
126194    (213) 485-1500    (213) 485-1200
*Designee's Cal. Bar No.   Telephone Number   Fax Number*
MPopham@lockelord.com
*E-Mail Address*

of

Locke Lord LLP
300 S Grand Ave.
26th Floor
Los Angeles, California 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: September 23, 2022**

*/s/ David O. Carter*
**U.S. District Judge**