1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| PETER MOSES GUTIERREZ, Jr.; CHANDRALEKHA WICKRAMASEKARAN and RAJASEKARAN WICKRAMASEKARAN, as Trustees of THE WICKRAMASEKARAN FAMILY TRUST established March 12, 1993; et al. individually and on behalf of all others similarly situated, | CASE NO. 8:21-cv-01628-DOC-JDE **STIPULATION REGARDING CLASS PLAINTIFFS' AND AMPLIFY'S SECOND AMENDED COMPLAINTS AND ORDER SETTING BRIEFING SCHEDULE** |
| Plaintiffs, v. | Judge:        Hon. David O. Carter |
| AMPLIFY ENERGY CORP.; BETA OPERATING COMPANY, LLC; and SAN PEDRO BAY PIPELINE COMPANY, | |
| Defendants/Third-Party Plaintiffs, v. | |
| MEDITERRANEAN SHIPPING COMPANY, S.A.; DORDELLAS FINANCE CORPORATION; MSC DANIT; ROES 1-5; COSTAMARE SHIPPING CO., S.A.; CAPETANISSA MARITIME CORPORATION; V.SHIPS GREECE LTD.; COSCO BEIJING; ROES 6-10; MARINE EXCHANGE OF LOS ANGELES-LONG BEACH HARBOR d/b/a MARINE EXCHANGE OF SOUTHERN CALIFORNIA; COSCO SHIPPING LINES CO. LTD.; | |

1    COSCO (CAYMAN) MERCURY CO.
     LTD.; and MEDITERRANEAN
2    SHIPPING COMPANY S.R.L.,

3             Defendants/Third-Party
              Defendants.
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WHEREAS**, the signatories below ("Parties") have met and conferred about proposed amendments to the operative complaint filed by Class Plaintiffs and the operative Third-Party complaint filed by Amplify Defendants;

**NOW THEREFORE**, the signatories below, by and through their counsel, hereby STIPULATE and AGREE:

1.  The Amplify Defendants and Class Plaintiffs have the Parties' consent to file their respective Second Amended Complaints. Exhibits A and B attached to this Stipulation are Class Plaintiffs' proposed Second Amended Complaint and a redline version comparing this proposed pleading to the current First Amended Consolidated Class Action Complaint, ECF No. 148.[1] Exhibits C and D attached to this Stipulation are Amplify's proposed Second Amended Complaint and a redline version comparing this proposed pleading to the current First Amended Third-Party Verified Complaint, ECF No. 277.

2.  Providing this consent does not waive any Party's challenge to personal jurisdiction, and no Party will contend that by this consent any Party has waived their contention or defense that this Court lacks personal jurisdiction over the consenting Party.

3.  Providing this consent does not moot any pending motions to dismiss the current operative Complaints or to dismiss for lack of personal jurisdiction. *See* ECF No. 302 (M/V BEIJING's Mot. Dismiss Amplify's Third Party Complaint); ECF No. 304 (Dordellas Parties' Mot. Dismiss Amplify's First Amended Third-Party Complaint Pursuant to FRCP Rule 12(b)(6); ECF No. 305 (Capetanissa Maritime Corporation's Mot. Dismiss Amplify's First Amended Third Party Complaint for Lack of Personal Jurisdiction); ECF No. 306 (Costamare Shipping Co., S.A.'s Mot. Dismiss

---

[1] *See also* 197 (Notice of Errata), correcting the First Amended Consolidated Class Action Complaint, including the full list of plaintiffs and defendants in the caption.

Amplify's First Amended Third Party Complaint for Lack of Personal Jurisdiction); ECF No. 307 (V.Ships Greece LTD's Mot. Dismiss Amplify's First Amended Third Party Complaint for Lack of Personal Jurisdiction); ECF No. 310 (Marine Exchange of Los Angeles-Long Beach Harbor's Mot. Dismiss Amplify's Third-Party Complaint for Failure to State a Claim); ECF No. 386 (COSCO (Cayman) Mercury Co. Ltd.'s Mot. Dismiss Amplify's First Amended Third Party Complaint). The Court may rule on those pending motions, and such rulings will apply as if they were briefed on the Second Amended Complaints.

4. Notwithstanding paragraph 3 above, COSCO (Cayman) Mercury Co. Ltd.'s pending Motion to Dismiss (ECF No. 386)—which the Amplify Defendants' have not yet opposed—will be heard on the same date as forthcoming motions to dismiss the Amplify Defendants' Second Amended Complaint.

5. Providing this consent does not waive any Party's right to assert any and all defenses against the Second Amended Complaints.  The Parties reserve the right to move to dismiss the Second Amended Complaints on any grounds without prejudice to those already pending as set forth in Paragraph 3, above.  The filing of any motion or responsive pleading to the Second Amended Complaints does not moot any of the pending motions set forth in Paragraph 3, above or otherwise affect the provisions set forth in that paragraph.

6. The Court SETS the following briefing schedule: Amendments to Class Plaintiffs' complaint and Amplify's third-party complaint are due on or by October 5, 2022. Any motions to dismiss the amended complaints are due on or by October 12, 2022. Any oppositions to said motions to dismiss are due on or by October 24, 2022. Reply briefs in support of said motions to

4

dismiss are due on October 31, 2022. The hearing for these motions will be held on November 16, 2022, at 9:00 am.

**IT IS SO ORDERED.**

Dated: October 3, 2022

Hon. David O. Carter
United States District Judge

5