# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No: SA CV 21-01628-DOC-(JDEx)  Date: February 6, 2023

Title: Peter Moses Gutierrez v. Amplify Energy Corporation, et al.

PRESENT: THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Deborah Parker and Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Lexi Hazam | Nicholas Politis, Kevin Orsini, |
| Stephen Larson | Conte Cicala, Jonathan W. Hughes, |
| Wylie Aitken | Patrick Mahoney, Patrick I. Andrews, |
| | Daniel T. Donovan |

**PROCEEDINGS:** STATUS CONFERENCE RE CASE ADMINISTRATION

The case is called. The Court and counsel confer.

The Court hears arguments re case administration and claims.

The Court's written order to issue.

3 : 01

Initials of Deputy Clerk: kdu