**FILED**
CLERK, U.S. DISTRICT COURT
02/09/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: kdu DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| **PETER MOSES GUTIERREZ JR. ET AL.** | Case No. SA 21-CV-1628-DOC-JDE |
| Plaintiffs, | |
| vs. | **SPECIAL MASTERS' ORDER RE: APONTE DEPOSITIONS** |
| **AMPLIFY ENERGY CORP. ET AL.,** | |
| Defendants. | |

The Dordellas Parties seek a protective order regarding Amplify's Motion Seeking Depositions of Gianluigi Aponte, Diego Aponte, and Alexa Aponte Vago. The dispute was heard by the Special Master Panel ("SMP") on February 6, 2023. The SMP denies the Dordedellas Parties' request for a Protective Order.

IT IS SO ORDERED.

DATED: February 9, 2023

James Smith, Esq.
Special Master

**SPECIAL MASTERS' ORDER RE: APONTE DEPOSITIONS**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*[Signature]*
Daniel Garrie, Esq.
Special Master

/s/ Bradley O'Brien
Bradley O'Brien, Esq.
Special Master

**SPECIAL MASTERS' ORDER RE: APONTE DEPOSITIONS**