Wylie A. Aitken, State Bar No. 37770
*wylie@aitkenlaw.com*
**AITKEN✦AITKEN✦COHN**
3 MacArthur Place, Suite 800
Santa Ana, CA 92808
Telephone: (714) 434-1424
Facsimile: (714) 434-3600

Lexi J. Hazam, State Bar No. 224457
*lhazam@lchb.com*
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Stephen G. Larson, State Bar No. 145225
*slarson@larsonllp.com*
**LARSON, LLP**
600 Anton Blvd., Suite 1270
Costa Mesa, CA 92626
Telephone: (949) 516-7250
Facsimile: (949) 516-7251

*Interim Settlement Class Counsel*

*[Additional Counsel Appear on Signature Page]*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| PETER MOSES GUTIERREZ, JR., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMPLIFY ENERGY CORP., *et al.*, <br><br> Defendants. | Case No. 8:21-CV-01628-DOC(JDEx) <br><br> **PLAINTIFFS' SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Date: April 24, 2023 <br> Time: 8:30 a.m. <br> Judge: David O. Carter <br> Room: 10A |

1    Plaintiffs respectfully submit this supplemental memorandum in support of

2  their motion for final approval of the proposed Settlement. Dkt. 666. As set out in

3  Plaintiffs' initial memorandum, the combined $50 million, non-reversionary

4  Settlement before the Court is fair, adequate, and reasonable, and should be finally

5  approved pursuant to Fed. R. Civ. P. 23(e). The Settlement was the product of hard

6  fought and arm's-length negotiation after significant discovery, and was facilitated

7  with the aid of experienced mediators, including the Hon. Layne R. Phillips, who

8  fully endorses the Settlement in all respects. *See* Dkt. 476-2 (Decl. of Layne R.

9  Phillips). The Settlement heads off the unpredictable risks of continued litigation,

10  including class certification, summary judgment, trial, and appeal – risks that are

11  heightened in this case given its complexity and scope, and Amplify's available

12  insurance and financial position. *Id.* ¶ 11.

13    Class members' response to the proposed Settlement indicates that they agree

14  with this assessment. After implementation of a rigorous Class Notice plan that

15  included individual mailed notice to thousands of Fisher, Property, and Waterfront

16  Tourism Class members, supplemented by extensive published notice and a

17  rigorous social media effort, not a single Class member has objected to the

18  proposed Settlement. The absence of objections, after a robust notice program,

19  further supports final approval here.[1] "It is established that the absence of a large

20  number of objections to a proposed class action settlement raises a strong

21  presumption that the terms of a proposed class settlement action are favorable to the

22  class members." *Nat'l Rural Telecomms. Coop. v. DIRECTV, Inc*., 221 F.R.D. 523,

23  529 (C.D. Cal. 2004); *see also Churchill Vill., LLC v. Gen. Elec*., 361 F.3d 566, 577

24  (9th Cir. 2004) (affirming district court's approval of settlement where 45 of 90,000

25  class members objected to the settlement); *Smith v. Experian Info. Sols., Inc*., No.

26  _____

27  [1] *See* Dkt. 652, Declaration of Gretchen Eoff ("Eoff Decl.") ¶ 21, 38. The
Supplemental Declaration of Gretchen Eoff ("Eoff Supp. Decl.") describes the
Administrator's efforts since January 20, 2023, including following-up on

28  undeliverable direct mail notices, fielding inquiries through the website and toll-
free number, and establishing the online claims submission portal.

SUPPLEMENTAL MPA ISO MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 8:21-CV-01628-DOC(JDEX

1  SACV 17-00629-CJC (AFMx), 2020 WL 6689209, at *4 (C.D. Cal. Nov. 9, 2020).
2  The absence of objections is especially meaningful given that many Class members
3  have substantial recoveries at stake and therefore have more incentive to make any
4  objections known. *See* Dkts. 951-1 ¶¶ 71, 75, 80; 951-2 ¶ 62; *see also* 4 NEWBERG
5  AND RUBENSTEIN ON CLASS ACTIONS § 13:58 (6th ed.).

6      Furthermore, only three Class Members, all members of the Property Class
7  have sought to exclude themselves from the Settlement. *See* concurrently-filed Eoff
8  Suppl. Decl. ¶ 17. The extremely low number of exclusion requests further supports
9  the Settlement's approval. *Churchill Vill., LLC v. Gen. Elec.*, 361 F.3d 566, 577
10  (9th Cir. 2004).

11     For the reasons stated above and in their initial memorandum in support of
12  final settlement approval, Plaintiffs respectfully request that the Court grant their
13  motion for final approval of the proposed Settlement as fair, adequate, and
14  reasonable.

15
16   Dated:   February 24, 2023        Respectfully submitted,

17                                     */s/ Lexi J. Hazam*
                                       Lexi J. Hazam

18                                     Lexi J. Hazam, State Bar No. 224457
19                                     Elizabeth J. Cabraser, State Bar No. 083151
                                       Robert J. Nelson, State Bar No. 132797
20                                     Wilson M. Dunlavey, State Bar No. 307719
                                       **LIEFF CABRASER HEIMANN**
21                                     **& BERNSTEIN, LLP**
                                       275 Battery Street, 29th Floor
22                                     San Francisco, CA 94111-3339
                                       Telephone: (415) 956-1000
23                                     Facsimile: (415) 956-1008

Wylie A. Aitken, Sate Bar No. 37770
Darren O. Aitken, State Bar No. 145251
Michael A. Penn, State Bar No. 233817
Megan G. Demshki, State Bar No. 306881
**AITKEN✦AITKEN✦COHN**
3 MacArthur Place, Suite 800
Santa Ana, CA 92808
Telephone: (714) 434-1424
Facsimile: (714) 434-3600

Kelly K. McNabb, *admitted pro hac vice*
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Stephen G. Larson, State Bar No. 145225
*slarson@larsonllp.com*
Steven E. Bledsoe, State Bar No. 157811
*sbledsoe@larsonllp.com*
Rick Richmond, State Bar No. 194962
*rrichmond@larsonllp.com*
Paul A. Rigali, State Bar No. 262948
*prigali@larsonllp.com*
**LARSON, LLP**
600 Anton Blvd., Suite 1270
Costa Mesa, CA 92626
Telephone: (949) 516-7250
Facsimile: (949) 516-7251

*Interim Settlement Class Counsel*