FILED
CLERK, U.S. DISTRICT COURT
02/28/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____kdu_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PETER MOSES GUTIERREZ JR. ET AL.<br><br>    Plaintiffs,<br><br>vs.<br><br>AMPLIFY ENERGY CORP. ET AL.,<br><br>    Defendants. | Case No. SA 21-CV-1628-DOC-JDE<br><br><br>SPECIAL MASTERS' ORDER RE: INSPECTION OF MSC SIMULATOR AND SAN PEDRO BAY SIMULATION |

Amplify seeks an order allowing its inspection of a computerized simulation program (herein "Simulator") and a simulation program contained therein entitled "San Pedro Bay" (herein "Simulation"), to be conducted contemporaneous with Amplify's examination of the MSC Sorrento Facility.

**SPECIAL MASTERS' ORDER RE: INSPECTION OF MSC SIMULATOR AND SAN PEDRO BAY SIMULATION**

**I.       The SMP finds the Simulation contains information that has discovery relevance in this action, is not work product of a retained expert in this action, and is not protected by any privilege.**

Amplify experts shall be provided access to the MSC Training Center S.R.L."Full Mission Simulator" and the simulation contained therein relating to San Pedro Bay.  Access shall be provided contemporaneous with Amplify's examination of the MSC Sorrento facility.

IT IS SO ORDERED.

DATED:  February 27, 2023

James Smith, Esq.
Special Master

Daniel Garrie, Esq.
Special Master

/s/ Bradley O'Brien
Bradley O'Brien, Esq.
Special Master

**SPECIAL MASTERS' ORDER RE: INSPECTION OF MSC SIMULATOR AND SAN PEDRO BAY SIMULATION**