**FILED**
CLERK, U.S. DISTRICT COURT
03/06/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____kdu_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **PETER MOSES GUTIERREZ JR. ET AL.**<br><br>    Plaintiffs,<br><br>vs.<br><br>**AMPLIFY ENERGY CORP. ET AL.,**<br><br>    Defendants. | Case No. SA 21-CV-1628-DOC-JDE<br><br>**SPECIAL MASTERS' ORDER RE: DEFINITION OF ISSUES TO BE ADDRESSED IN LIMITATION ACTION TRIAL** |

The parties shall submit a joint status report on or before March 8, 2023 describing the remaining claims, issues, and parties relating to the Limitation Action Trial scheduled for April 24, 2023. The joint status report shall also include a schedule for responding to the Court's order requiring the parties to "meet and confer and propose a pretrial schedule" to be submitted to the Special Master Panel.

IT IS SO ORDERED.

DATED:  March 3, 2023

_____
James Smith, Esq.
Special Master

**SPECIAL MASTERS' ORDER RE: LIMITATION ACTION ISSUES**

_____
Daniel Garrie, Esq.
Special Master


 /s/ Bradley O'Brien
_____
Bradley O'Brien, Esq.
Special Master

**SPECIAL MASTERS' ORDER RE: LIMITATION ACTION ISSUES**