**FILED**
CLERK, U.S. DISTRICT COURT
3/22/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____kdu_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **PETER MOSES GUTIERREZ JR. ET AL.** | Case No. SA 21-CV-1628-DOC-JDE |
| Plaintiffs, | |
| vs. | **SPECIAL MASTERS' ORDER RE: SUPPLEMENTAL PRE-TRIAL CONFERENCE STATUS REPORT** |
| **AMPLIFY ENERGY CORP. ET AL.,** | |
| Defendants. | |

   At the request of the Court the parties are directed to submit to the Court and the Special Master Panel a Supplemental Pre-Trial Conference Report on or before 12:00 PM PT, April 7, 2023.  The Report should set forth the contentions of each party, a list of witness that may be called, and a brief synopsis of each witness' testimony.

   IT IS SO ORDERED.

   DATED:  March 21, 2023

*[signature: James Smith]*

James Smith, Esq.
Special Master

**SPECIAL MASTERS' ORDER RE: SUPPLEMENTAL PRE-TRIAL CONFERENCE STATUS REPORT**

<mark>

1
2

*[signature: D. Garrie]*
Daniel Garrie, Esq.
Special Master

3
4

 /s/ Bradley O'Brien
Bradley O'Brien, Esq.
Special Master

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SPECIAL MASTERS' ORDER RE: SUPPLEMENTAL PRE-TRIAL CONFERENCE STATUS REPORT**