UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No: SA CV 21-01628-DOC (JDEx)                    Date: April 24, 2023

Title:   Peter Moses Gutierrez, Jr. v Amplify Energy Corporation

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Debbie Hino-Spaan |
|---|---|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| Lexi Hazam, Stephen Larson, Wylie Aitken | Christopher Keegan, Daniel Donovan |

**PROCEEDINGS:**   **FINAL APPROVAL FOR CLASS ACTION SETTLEMENT**

**MOTION FOR ATTORNEY FEES FILED BY PLAINTIFFS [665]**

**MOTION FOR ORDER FOR GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF PLAINTIFFS' PLANS OF DISTRIBUTION [664]**

The case is called. The Court and counsel confer.

The Court approves the parties' class action settlement agreement as proposed.

The Court's written order to issue.

:   21
Initials of Deputy Clerk: kdu