UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No: SA CV 21-01628-DOC-(JDEx)          Date: May 10, 2023

Title:  Peter Moses Gutierrez v. Amplify Energy Corporation, et al.

PRESENT:  THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Not Reported |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**      **SPECIAL MASTERS' INVOICES**

The parties as listed below are hereby ordered to process and promptly make payment on the Special Masters' invoices (attached herein).

Adrienne Levin
Kirkland & Ellis LLP
555 California St.
San Francisco, CA 94104

Mr. Conte Cicala Esq.
Clyde & Co US LLP
Four Embarcadero Center
Suite 1350
San Francisco, CA 94111

Mr. Joseph Walsh II Esq.
Collier Walsh Nakazawa
One World Trade Ctr.
Suite 1860
Long Beach, CA 90831

Kristin Orsland
Lieff, Cabraser, Helmann & Bernstein LLP
275 Battery Steet
29th Floor
San Francisco, CA 94111

Mr. Glen Piper Esq.
Peacock Piper Tong Voss LLP
100 West Broadway
Suite 610
Long Beach, CA 90802

Initials of Deputy Clerk: kdu

# STATEMENT OF ACCOUNT

**Statement Date**
04/28/2023

Bill To:
**Mr. Conte Cicala Esq.
Clyde & Co US LLP
150 California St
15th Floor
San Francisco, CA 94111
US**

| | |
|---|---|
| **Reference #:** | **1220071875 - Rep# 77** |
| Billing Specialist: | Hart, Lynne |
| Email: | lhart@jamsadr.com |
| Telephone: | 949-224-4628 |
| Employer ID: | 68-0542699 |

RE: **Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)**

Representing: **Marine Exchange of Los Angeles Long Beach Harbor**

Neutral(s): **Hon. James Smith, (Ret.)
Daniel Garrie, Esq.**

Hearing Type: **COURT REFERENCE**

| Date / Time | Description | Charges | Credits | Balance |
|---|---|---|---|---|
| 7/22/22 | Invoice # 6261486 | $19,164.58 | | $19,164.58 |
| 7/29/22 | Invoice # 6272898 | $12,488.00 | | $31,652.58 |
| 8/31/22 | Invoice # 6314834 | $20,148.80 | | $51,801.38 |
| 9/7/22 | Check No. ACH<br>Paid By: Clyde & Co US LLP | | ($19,164.58) | $32,636.80 |
| 9/30/22 | Invoice # 6351632 | $11,558.40 | | $44,195.20 |
| 10/31/22 | Invoice # 6393836 | $30,340.80 | | $74,536.00 |
| 11/15/22 | Check No. ACH<br>Paid By: Clyde & Co US LLP | | ($20,148.80) | $54,387.20 |
| 11/15/22 | Check No. ACH<br>Paid By: Clyde & Co US LLP | | ($12,488.00) | $41,899.20 |
| 11/30/22 | Credit Memo # 6432703 | | ($30,340.80) | $11,558.40 |
| 11/30/22 | Invoice # 6432704 | $34,328.00 | | $45,886.40 |
| 11/30/22 | Invoice # 6433302 | $28,492.80 | | $74,379.20 |
| 12/12/22 | Check No. ACH<br>Paid By: Clyde & Co US LLP | | ($11,558.40) | $62,820.80 |
| 12/30/22 | Invoice # 6474998 | $39,754.40 | | $102,575.20 |
| 1/9/23 | Credit Memo # 6481183 | | ($39,754.40) | $62,820.80 |
| 1/9/23 | Invoice # 6481198 | $38,410.40 | | $101,231.20 |
| 1/31/23 | Check No. ACH<br>Paid By: Clyde & Co US LLP | | ($34,328.00) | $66,903.20 |
| 1/31/23 | Check No. ACH<br>Paid By: Clyde & Co US LLP | | ($28,492.80) | $38,410.40 |
| 1/31/23 | Invoice # 6518094 | $37,738.40 | | $76,148.80 |

**Please make checks payable to JAMS, Inc.**

Standard mail:
**P.O. Box 845402
Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350
Irvine, CA 92612**

# STATEMENT OF ACCOUNT



**Statement Date**
04/28/2023

| Date / Time | Description | Charges | Credits | Balance |
|---|---|---|---|---|
| 2/28/23 | Invoice # 6558596 | $26,357.07 | | $102,505.87 |
| 3/31/23 | Invoice # 6603698 | $7,229.60 | | $109,735.47 |
| 3/31/23 | Check No. ACH<br>Paid By: Clyde & Co US LLP | | ($38,410.40) | $71,325.07 |
| 4/24/23 | Check No. 066532<br>Paid By: CLYDE & CO US LLP | | ($37,738.40) | $33,586.67 |
| 4/24/23 | Check No. 066533<br>Paid By: CLYDE & CO US LLP | | ($26,357.07) | $7,229.60 |
| 4/28/23 | Invoice # 6643684 | $66,962.93 | | $74,192.53 |
| | **Outstanding Balance** | | | **$74,192.53** |

Approved for Disbursement

Dated: __05/10/2023__

*David O. Carter* (signature)

Hon. David Carter

Please make checks payable to JAMS, Inc.

Standard mail:
P.O. Box 845402
Los Angeles, CA 90084

Overnight mail:
18881 Von Karman Ave. Suite 350
Irvine, CA 92612



# STATEMENT OF ACCOUNT

**Statement Date**
04/28/2023

Bill To: **Mr. Joseph Walsh II Esq.**
**Collier Walsh Nakazawa**
**One World Trade Ctr.**
**Suite 1860**
**Long Beach, CA 90831**
**US**

| | |
|---|---|
| **Reference #:** | **1220071875 - Rep# 75** |
| Billing Specialist: | **Hart, Lynne** |
| Email: | **lhart@jamsadr.com** |
| Telephone: | **949-224-4628** |
| Employer ID: | **68-0542699** |

RE: **Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)**

Representing: **Dordellas Finance Corporation ; MSC Mediterranean Shipping Company, S.A.**

Neutral(s): **Hon. James Smith, (Ret.)**
**Daniel Garrie, Esq.**

Hearing Type: **COURT REFERENCE**

| Date / Time | Description | Charges | Credits | Balance |
|---|---|---|---|---|
| 7/22/22 | Invoice # 6261484 | $19,164.58 | | $19,164.58 |
| 7/29/22 | Invoice # 6272896 | $12,488.00 | | $31,652.58 |
| 8/31/22 | Invoice # 6314832 | $20,148.80 | | $51,801.38 |
| 9/29/22 | Check No. ach 0310<br>Paid By: Collier Walsh Nakazawa Llp | | ($12,488.00) | $39,313.38 |
| 9/29/22 | Check No. ach 0310<br>Paid By: Collier Walsh Nakazawa LlP | | ($19,164.58) | $20,148.80 |
| 9/30/22 | Invoice # 6351630 | $11,558.40 | | $31,707.20 |
| 10/17/22 | Check No. ach 0310<br>Paid By: Collier Walsh Nakazawa | | ($20,148.80) | $11,558.40 |
| 10/21/22 | PAYMENT REV-CK# ach 0310 | $20,148.80 | | $31,707.20 |
| 10/31/22 | Invoice # 6393834 | $30,340.80 | | $62,048.00 |
| 11/7/22 | Check No. ach 0310<br>Paid By: Collier Walsh Nakazawa | | ($11,558.40) | $50,489.60 |
| 11/30/22 | Invoice # 6432702 | $34,328.00 | | $84,817.60 |
| 11/30/22 | Credit Memo # 6432701 | | ($30,340.80) | $54,476.80 |
| 11/30/22 | Invoice # 6433300 | $28,492.80 | | $82,969.60 |
| 12/30/22 | Invoice # 6474996 | $39,754.40 | | $122,724.00 |
| 1/9/23 | Credit Memo # 6481181 | | ($39,754.40) | $82,969.60 |
| 1/9/23 | Invoice # 6481196 | $38,410.40 | | $121,380.00 |
| 1/25/23 | Check No. ach 0310<br>Paid By: Joseph A. Walsh | | ($38,410.40) | $82,969.60 |

Please make checks payable to JAMS, Inc.

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

# STATEMENT OF ACCOUNT



**Statement Date**
04/28/2023

| Date / Time | Description | Charges | Credits | Balance |
|---|---|---|---|---|
| 1/25/23 | Check No. ach 0310<br>Paid By: Joseph Walsh | | ($28,492.80) | $54,476.80 |
| 1/27/23 | Check No. 001172<br>Paid By: COLLIER WALSH NAKAZAWA LLP | | ($20,148.80) | $34,328.00 |
| 1/31/23 | Invoice # 6518092 | $37,738.40 | | $72,066.40 |
| 2/28/23 | Invoice # 6558594 | $26,357.08 | | $98,423.48 |
| 3/31/23 | Invoice # 6603696 | $7,229.60 | | $105,653.08 |
| 4/18/23 | Check No. ACH<br>Paid By: Collier Walsh Nakazawa | | ($98,423.48) | $7,229.60 |
| 4/28/23 | Invoice # 6643682 | $66,962.93 | | $74,192.53 |
| | | | **Outstanding Balance** | **$74,192.53** |

Approved for Disbursement

Dated: _05/10/2023_

*David O. Carter*
Hon. David Carter

Please make checks payable to JAMS, Inc.

Standard mail:
P.O. Box 845402
Los Angeles, CA 90084

Overnight mail:
18881 Von Karman Ave. Suite 350
Irvine, CA 92612



# STATEMENT OF ACCOUNT

**Statement Date**
04/28/2023

| | |
|---|---|
| Bill To: | Mr. Jeffrey Bentch Esq.<br>Hall Maines Lugrin, P.C.<br>Williams Tower, 64th Fl.<br>2800 Post Oak Blvd.<br>Houston, TX 77056<br>US |

| | |
|---|---|
| **Reference #:** | **1220071875 - Rep# 101** |
| Billing Specialist: | Hart, Lynne |
| Email: | lhart@jamsadr.com |
| Telephone: | 949-224-4628 |
| Employer ID: | 68-0542699 |

RE: **Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)**

Neutral(s): **Hon. James Smith, (Ret.)**
**Daniel Garrie, Esq.**

Representing: **Ascot Underwriting Inc. ; Certain Underwriters at Lloyd's of London ; London Company Markets Subscribing to No. B0180ME2001399 ; Markel International Insurance Company Limited**

Hearing Type: **COURT REFERENCE**

| Date / Time | Description | Charges | Credits | Balance |
|---|---|---|---|---|
| 4/24/23 | Invoice # 6631334 | $5,308.80 | | $5,308.80 |
| 4/28/23 | Invoice # 6643686 | $50,222.19 | | $55,530.99 |
| | **Outstanding Balance** | | | **$55,530.99** |

Approved for Disbursement

Dated: _05/10/2023_

_[signature]_
Hon. David Carter

Please make checks payable to JAMS, Inc.

Standard mail:
P.O. Box 845402
Los Angeles, CA 90084

Overnight mail:
18881 Von Karman Ave. Suite 350
Irvine, CA 92612

Printed on 04/28/2023 / 1220071875 - Rep# 101

1 of 1



# STATEMENT OF ACCOUNT

**Statement Date**
04/28/2023

Bill To:
**Adrienne Levin**
**Kirkland & Ellis LLP**
**555 California St.**
**San Francisco, CA 94104**
**US**

**Reference #:**  **1220071875 - Rep# 68**
Billing Specialist: **Gilhuys, Jason**
Email: **jgilhuys@jamsadr.com**
Telephone: **949.224.4655**
Employer ID: **68-0542699**

RE: **Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)**

Neutral(s):  **Hon. James Smith, (Ret.)**
**Daniel Garrie, Esq.**

Representing: **Beta Operating Company, LLC ; Amplify Energy Corporation ; San Pedro Bay Pipeline Company**

Hearing Type: **COURT REFERENCE**

| Date / Time | Description | Charges | Credits | Balance |
|---|---|---|---|---|
| 1/31/22 | Invoice # 6044296 | $12,992.00 | | $12,992.00 |
| 2/28/22 | Invoice # 6081696 | $8,022.00 | | $21,014.00 |
| 3/17/22 | Check No. ACH<br>Paid By: Kirkland & Ellis LLP | | ($12,992.00) | $8,022.00 |
| 3/17/22 | Check No. ACH<br>Paid By: Kirkland & Ellis LLP | | ($8,022.00) | $0.00 |
| 3/31/22 | Invoice # 6124936 | $19,740.00 | | $19,740.00 |
| 4/22/22 | Check No. ACH<br>Paid By: Kirkland & Ellis LLP | | ($19,740.00) | $0.00 |
| 4/29/22 | Invoice # 6163142 | $18,828.24 | | $18,828.24 |
| 5/31/22 | Invoice # 6198856 | $26,995.45 | | $45,823.69 |
| 6/30/22 | Invoice # 6236996 | $21,560.00 | | $67,383.69 |
| 7/7/22 | Check No. ACH<br>Paid By: Kirkland & Ellis LLP | | ($18,828.24) | $48,555.45 |
| 7/22/22 | Credit Memo # 6261469 | | ($47,995.45) | $560.00 |
| 7/22/22 | Invoice # 6261478 | $19,164.58 | | $19,724.58 |
| 7/29/22 | Invoice # 6272890 | $12,488.00 | | $32,212.58 |
| 8/24/22 | Check No. ACH<br>Paid By: Kirkland & Ellis LLP | | ($19,164.58) | $13,048.00 |
| 8/31/22 | Invoice # 6314826 | $20,148.80 | | $33,196.80 |
| 9/30/22 | Invoice # 6351624 | $11,558.40 | | $44,755.20 |
| 10/31/22 | Invoice # 6393828 | $30,340.80 | | $75,096.00 |
| 11/9/22 | Check No. ACH<br>Paid By: Kirkland & Ellis LLP | | ($32,212.58) | $42,883.42 |

**Please make checks payable to JAMS, Inc.**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

# STATEMENT OF ACCOUNT



**Statement Date**
04/28/2023

| Date / Time | Description | Charges | Credits | Balance |
|---|---|---|---|---|
| 11/30/22 | Credit Memo # 6432695 | | ($30,340.80) | $12,542.62 |
| 11/30/22 | Invoice # 6432696 | $34,328.00 | | $46,870.62 |
| 11/30/22 | Invoice # 6433294 | $28,492.80 | | $75,363.42 |
| 11/30/22 | Check No. ACH<br>Paid By: Kirkland & Ellis LLP | | ($11,558.40) | $63,805.02 |
| 12/30/22 | Invoice # 6474990 | $39,754.40 | | $103,559.42 |
| 1/9/23 | Credit Memo # 6481175 | | ($39,754.40) | $63,805.02 |
| 1/9/23 | Invoice # 6481190 | $38,410.40 | | $102,215.42 |
| 1/31/23 | Invoice # 6518086 | $37,738.40 | | $139,953.82 |
| 2/8/23 | Check No. ACH<br>Paid By: Kirkland & Ellis LLP | | ($38,410.40) | $101,543.42 |
| 2/28/23 | Invoice # 6558588 | $26,357.08 | | $127,900.50 |
| 3/28/23 | Check No. ACH<br>Paid By: Kirkland & Ellis LLP | | ($34,328.00) | $93,572.50 |
| 3/28/23 | Check No. ACH<br>Paid By: Kirkland & Ellis LLP | | ($28,492.80) | $65,079.70 |
| 3/31/23 | Invoice # 6603690 | $7,229.60 | | $72,309.30 |
| 4/6/23 | Check No. ACH<br>Paid By: Kirkland & Ellis LLP | | ($26,357.08) | $45,952.22 |
| 4/18/23 | Check No. ACH<br>Paid By: Kirkland & Ellis LLP | | ($20,148.80) | $25,803.42 |
| 4/18/23 | Check No. ACH<br>Paid By: Kirkland & Ellis LLP | | ($37,738.40) | ($11,934.98) |
| 4/28/23 | Invoice # 6643678 | $66,962.94 | | $55,027.96 |

**Outstanding Balance** $55,027.96

Approved for Disbursement

Dated: _05/10/2023_

_David O. Carter_
Hon. David Carter

**Please make checks payable to JAMS, Inc.**

Standard mail:
P.O. Box 845402
Los Angeles, CA 90084

Overnight mail:
18881 Von Karman Ave. Suite 350
Irvine, CA 92612

# STATEMENT OF ACCOUNT

**JAMS**

**Statement Date**
04/28/2023

Bill To:  **Kristin Orsland**
**Lieff, Cabraser, Heimann & Bernstein LLP**
**275 Battery St.**
**29th Floor**
**San Francisco, CA 94111**
**US**

| | |
|---|---|
| **Reference #:** | **1220071875 - Rep# 69** |
| Billing Specialist: | **Hart, Lynne** |
| Email: | **lhart@jamsadr.com** |
| Telephone: | **949-224-4628** |
| Employer ID: | **68-0542699** |

RE: **Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)**

Neutral(s):  **Hon. James Smith, (Ret.)**
**Daniel Garrie, Esq.**

Representing: **Davey's Locker Sportfishing Inc. ; Blue Pacific Fisheries ; Ivar Southern ; Linda Southern ; Newport Landing Sportfishing, Inc. ; San Pedro Bait Co ; Donald C Brockman ; Donald C Brockman Trust ; Heidi M Jacques ; Heidi M Brockman Trust ; Gregory Hexberg ; Gregory C and Deborah L Hexberg Family Trust**

Hearing Type: **COURT REFERENCE**

| Date / Time | Description | Charges | Credits | Balance |
|---|---|---|---|---|
| 1/31/22 | Invoice # 6044298 | $12,992.00 | | $12,992.00 |
| 2/28/22 | Invoice # 6081698 | $8,022.00 | | $21,014.00 |
| 3/4/22 | Check No. WT<br>Paid By: Lieff, Cabraser, Heimann & Bernstein LLP | | ($12,992.00) | $8,022.00 |
| 3/31/22 | Invoice # 6124938 | $19,740.00 | | $27,762.00 |
| 4/8/22 | Check No. WT<br>Paid By: Lieff, Cabraser, Heimann & Bernstein LLP | | ($8,022.00) | $19,740.00 |
| 4/29/22 | Invoice # 6163144 | $18,828.23 | | $38,568.23 |
| 5/6/22 | Check No. WT<br>Paid By: Lieff, Cabraser, Heimann & Bernstein LLP | | ($19,740.00) | $18,828.23 |
| 5/31/22 | Invoice # 6198858 | $26,995.45 | | $45,823.68 |
| 6/17/22 | Check No. WT<br>Paid By: Lieff, Cabraser, Heimann & Bernstein LLP | | ($18,828.23) | $26,995.45 |
| 6/30/22 | Invoice # 6236998 | $21,560.00 | | $48,555.45 |
| 7/22/22 | Invoice # 6261480 | $19,164.58 | | $67,720.03 |
| 7/22/22 | Credit Memo # 6261471 | | ($47,995.45) | $19,724.58 |
| 7/29/22 | Invoice # 6272892 | $12,488.00 | | $32,212.58 |
| 8/31/22 | Invoice # 6314828 | $20,148.80 | | $52,361.38 |
| 9/30/22 | Invoice # 6351626 | $11,558.40 | | $63,919.78 |
| 10/31/22 | Invoice # 6393830 | $30,340.80 | | $94,260.58 |

Please make checks payable to JAMS, Inc.

Standard mail:
P.O. Box 845402
Los Angeles, CA 90084

Overnight mail:
18881 Von Karman Ave. Suite 350
Irvine, CA 92612



**STATEMENT OF ACCOUNT**

**Statement Date**
04/28/2023

| Date / Time | Description | Charges | Credits | Balance |
|---|---|---|---|---|
| 11/3/22 | Check No. WT<br>Paid By: Lieff, Cabraser, Heimann & Bernstein LLP | | ($63,919.78) | $30,340.80 |
| 11/30/22 | Credit Memo # 6432697 | | ($30,340.80) | $0.00 |
| 11/30/22 | Invoice # 6432698 | $34,328.00 | | $34,328.00 |
| 11/30/22 | Invoice # 6433296 | $28,492.80 | | $62,820.80 |
| 12/30/22 | Invoice # 6474992 | $39,754.40 | | $102,575.20 |
| 1/9/23 | Credit Memo # 6481177 | | ($39,754.40) | $62,820.80 |
| 1/9/23 | Invoice # 6481192 | $38,410.40 | | $101,231.20 |
| 1/26/23 | Check No. WT<br>Paid By: Lieff, Cabraser, Heimann & Bernstein LLP | | ($62,820.80) | $38,410.40 |
| 1/31/23 | Invoice # 6518088 | $37,738.40 | | $76,148.80 |
| 2/15/23 | Check No. WT<br>Paid By: Lieff, Cabraser, Heimann & Bernstein LLP | | ($38,410.40) | $37,738.40 |
| 2/15/23 | Check No. WT<br>Paid By: Lieff, Cabraser, Heimann & Bernstein LLP | | ($37,738.40) | $0.00 |
| 2/28/23 | Invoice # 6558590 | $26,357.08 | | $26,357.08 |
| 3/31/23 | Invoice # 6603692 | $7,229.60 | | $33,586.68 |
| 4/24/23 | Credit Memo # 6631331 | | ($7,078.40) | $26,508.28 |

| **Outstanding Balance** | **$26,508.28** |
|---|---|

Approved for Disbursement

Dated: 05/10/2023

*David O. Carter*
Hon. David Carter

**Please make checks payable to JAMS, Inc.**

Standard mail:
P.O. Box 845402
Los Angeles, CA 90084

Overnight mail:
18881 Von Karman Ave. Suite 350
Irvine, CA 92612

# STATEMENT OF ACCOUNT



**Statement Date**
04/28/2023

Bill To:  **Clare Bienvenu Esq**
**Liskow & Lewis**
**701 Poydras St.**
**Suite 5000**
**New Orleans, LA 70139**
**US**

| | |
|---|---|
| **Reference #:** | **1220071875 - Rep# 123** |
| Billing Specialist: | Hart, Lynne |
| Email: | lhart@jamsadr.com |
| Telephone: | 949-224-4628 |
| Employer ID: | 68-0542699 |

RE: **Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)**

Representing: **DCOR, LLC ; Channel Islands Capital, LLC**

Neutral(s):   **Hon. James Smith, (Ret.)**
**Daniel Garrie, Esq.**

Hearing Type:  **COURT REFERENCE**

| Date / Time | Description | Charges | Credits | Balance |
|---|---|---|---|---|
| 4/24/23 | Invoice # 6631336 | $1,769.60 | | $1,769.60 |
| 4/28/23 | Invoice # 6643688 | $16,740.73 | | $18,510.33 |
| | **Outstanding Balance** | | | **$18,510.33** |

Approved for Disbursement

Dated: __05/10/2023__

*David O. Carter* (signature)

Hon. David Carter

---

**Please make checks payable to JAMS, Inc.**

Standard mail:
P.O. Box 845402
Los Angeles, CA 90084

Overnight mail:
18881 Von Karman Ave. Suite 350
Irvine, CA 92612

Printed on 04/28/2023 / 1220071875 - Rep# 123     1 of 1



# STATEMENT OF ACCOUNT

**Statement Date**
04/28/2023

Bill To:
**Mr. Glen Piper Esq.**
**Peacock Piper Tong Voss LLP**
**100 West Broadway**
**Suite 610**
**Long Beach, CA 90802**
**US**

| | |
|---|---|
| **Reference #:** | **1220071875 - Rep# 72** |
| Billing Specialist: | Hart, Lynne |
| Email: | lhart@jamsadr.com |
| Telephone: | 949-224-4628 |
| Employer ID: | 68-0542699 |

RE: **Gutierrez Jr., Peter Moses, et al. vs. Amplify Energy Corp., et al. (SA 21-CV-1628-DOC-JDE)**

Representing: **Capetanissa Maritime Corp. ; Costamare Shipping Company, S.A. ; V.Ships Greece Ltd ; COSCO Beijing**

Neutral(s):  **Hon. James Smith, (Ret.)**
             **Daniel Garrie, Esq.**

Hearing Type:  **COURT REFERENCE**

| Date / Time | Description | Charges | Credits | Balance |
|---|---|---|---|---|
| 7/22/22 | Invoice # 6261482 | $19,164.58 | | $19,164.58 |
| 7/29/22 | Invoice # 6272894 | $12,488.00 | | $31,652.58 |
| 8/31/22 | Invoice # 6314830 | $20,148.80 | | $51,801.38 |
| 9/12/22 | Check No. 001748<br>Paid By: PEACOCK PIPER TONG VOSS LLP | | ($19,164.58) | $32,636.80 |
| 9/12/22 | Check No. 001748<br>Paid By: PEACOCK PIPER TONG VOSS LLP | | ($12,488.00) | $20,148.80 |
| 9/30/22 | Invoice # 6351628 | $11,558.40 | | $31,707.20 |
| 10/31/22 | Invoice # 6393832 | $30,340.80 | | $62,048.00 |
| 11/28/22 | Check No. 001783<br>Paid By: PEACOCK PIPER TONG VOSS LLP | | ($20,148.80) | $41,899.20 |
| 11/28/22 | Check No. 001783<br>Paid By: PEACOCK PIPER TONG VOSS LLP | | ($11,558.40) | $30,340.80 |
| 11/30/22 | Credit Memo # 6432699 | | ($30,340.80) | $0.00 |
| 11/30/22 | Invoice # 6432700 | $34,328.00 | | $34,328.00 |
| 11/30/22 | Invoice # 6433298 | $28,492.80 | | $62,820.80 |
| 12/30/22 | Invoice # 6474994 | $39,754.40 | | $102,575.20 |
| 1/9/23 | Credit Memo # 6481179 | | ($39,754.40) | $62,820.80 |
| 1/9/23 | Invoice # 6481194 | $38,410.40 | | $101,231.20 |
| 1/31/23 | Invoice # 6518090 | $37,738.40 | | $138,969.60 |
| 2/28/23 | Invoice # 6558592 | $26,357.07 | | $165,326.67 |
| 3/6/23 | Check No. 001863<br>Paid By: PEACOCK PIPER TONG AND VOSS LL | | ($34,328.00) | $130,998.67 |

**Please make checks payable to JAMS, Inc.**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

# STATEMENT OF ACCOUNT



**Statement Date**
04/28/2023

| Date / Time | Description | Charges | Credits | Balance |
|---|---|---|---|---|
| 3/6/23 | Check No. 001863<br>Paid By: PEACOCK PIPER TONG AND VOSS LL | | ($28,492.80) | $102,505.87 |
| 3/6/23 | Check No. 001863<br>Paid By: PEACOCK PIPER TONG AND VOSS LL | | ($38,410.40) | $64,095.47 |
| 3/31/23 | Invoice # 6603694 | $7,229.60 | | $71,325.07 |
| 4/28/23 | Invoice # 6643680 | $66,962.93 | | $138,288.00 |
| | **Outstanding Balance** | | | **$138,288.00** |

Approved for Disbursement

Dated: __05/10/2023__

_David O. Carter_ (signature)
Hon. David Carter

Please make checks payable to JAMS, Inc.

Standard mail:
P.O. Box 845402
Los Angeles, CA 90084

Overnight mail:
18881 Von Karman Ave. Suite 350
Irvine, CA 92612



**MATTERS:  1) GUTIERREZ et al. v. AMPLIFY ENERGY CORP et al. – Case No. SA 21-CV-1628-DOC-JDE ("Gutierrez"); and/or 2) Gutierrez, in coordination with In re: CONSOLIDATED DORDELLAS ACTION / CONSOLIDATED CAPETANISSA et al. – Case No. SA 22-CV-2153-DOC-JDE**

BILLING PERIOD:  March 1, 2023 – April 24, 2023

INVOICE NO.   AMP-2022-14FE / 15FE

BILL TO:       Conte C. Cicala
               Clyde & CO US LLP
               150 California Street, 15th Floor
               San Francisco, CA 94111

**MONTH BALANCE:  $38,050.99 (20 percent of the total)**

Please make invoice payable to O'Brien Conflict Resolution LLC, either electronically or via mail at P.O. Box 306, Sausalito CA 94966.

Approved by:

_David O. Carter_   05/10/2023
_____
Honorable David O. Carter



**MATTERS:  1) GUTIERREZ et al. v. AMPLIFY ENERGY CORP et al. – Case No. SA 21-CV-1628-DOC-JDE ("Gutierrez"); and/or 2) Gutierrez, in coordination with In re: CONSOLIDATED DORDELLAS ACTION / CONSOLIDATED CAPETANISSA et al. – Case No. SA 22-CV-2153-DOC-JDE**

BILLING PERIOD:  March 1, 2023 – April 24, 2023

INVOICE NO.   AMP-2022-14FE / 15FE

BILL TO:         Joseph A. Walsh II
                 Collier Walsh Nakazawa LLP
                 One World Trade Center, Suite 2370
                 Long Beach, CA 90831

MONTH BALANCE:  $38,050.99 (20 percent of the total)

Please make invoice payable to O'Brien Conflict Resolution LLC, either electronically or via mail at P.O. Box 306, Sausalito CA 94966.

                                                    Approved by:

                                                    _____ 05/10/2023
                                                    Honorable David O. Carter



MATTERS:  1) GUTIERREZ et al. v. AMPLIFY ENERGY CORP et al. – Case No. SA 21-CV-1628-DOC-JDE ("Gutierrez"); and/or 2) GUTIERREZ, in coordination with In re: CONSOLIDATED DORDELLAS ACTION / CONSOLIDATED CAPETANISSA et al. – Case No. SA 22-CV-2153-DOC-JDE

BILLING PERIOD:  March 1, 2023 – April 24, 2023

INVOICE NO.   AMP-2022-14FE / 15FE

BILL TO:   Clare Bienvenu
Joanie Bayhi
Liskow & Lewis
Hancock Whitney Center
701 Poydras Street
Suite 5000
New Orleans, Louisiana 70139

**MONTH BALANCE:  $9,512.75 (5 percent of the total)**

Please make invoice payable to O'Brien Conflict Resolution LLC, either electronically or via mail at P.O. Box 306, Sausalito CA 94966.

Approved by:

_/s/ David O. Carter_  05/10/2023

Honorable David O. Carter



MATTERS:  1) GUTIERREZ et al. v. AMPLIFY ENERGY CORP et al. – Case No. SA 21-CV-1628-DOC-JDE ("Gutierrez"); and 2) GUTIERREZ, in coordination with In re: CONSOLIDATED DORDELLAS ACTION / CONSOLIDATED CAPETANISSA et al. – Case No. SA 22-CV-2153-DOC-JDE

BILLING PERIOD:  March 1, 2023 – APRIL 24, 2023

INVOICE NO.   AMP-2022-14FE / 15FE

BILL TO:    Adrienne Levin
Kirkland & Ellis LLP
555 California St.
San Francisco, CA 94104

**MONTH BALANCE: $38,050.99 (20 percent of the total)**

Please make invoice payable to O'Brien Conflict Resolution LLC, either electronically or via mail at P.O. Box 306, Sausalito CA 94966.

Approved by:

_David O. Carter_ 05/10/2023

Honorable David O. Carter



MATTERS: 1) GUTIERREZ et al. v. AMPLIFY ENERGY CORP et al. – Case No. SA 21-CV-1628-DOC-JDE ("Gutierrez"); and/ or 2) GUTIERREZ, in coordination with In re: CONSOLIDATED DORDELLAS ACTION / CONSOLIDATED CAPETANISSA et al. – Case No. SA 22-CV-2153-DOC-JDE

BILLING PERIOD: March 1, 2023 – APRIL 24, 2023

INVOICE NO. AMP-2022-14FE / 15FE

BILL TO: Albert E. Peacock III
Peacock Piper Tong + Voss LLP
100 W. Broadway, Suite 610
Long Beach, CA 90802

**MONTH BALANCE: $38,050.99 (20 percent of the total)**

Please make invoice payable to OBrien Conflict Resolution LLC, either electronically or via mail at P.O. Box 306, Sausalito CA 94966.

Approved by:

_____ 05/10/2023

Honorable David O. Carter



**MATTERS:** 1) GUTIERREZ et al. v. AMPLIFY ENERGY CORP et al. – Case No. SA 21-CV-1628-DOC-JDE ("Gutierrez"); and/or 2) GUTIERREZ, in coordination with In re: CONSOLIDATED DORDELLAS ACTION / CONSOLIDATED CAPETANISSA et al. – Case No. SA 22-CV-2153-DOC-JDE

BILLING PERIOD:  March 1, 2023 – April 24, 2023

INVOICE NO.   AMP-2022-14FE / 15FE

BILL TO:    Jeff Bentch
            Lauren Benton
            Hall Maines Lugrin, PC
            2800 Post Oak Blvd.
            Suite 6400
            Houston, Texas 77056

**MONTH BALANCE:  $28,538.24 (15 percent of the total)**

Please make invoice payable to O'Brien Conflict Resolution LLC, either electronically or via mail at P.O. Box 306, Sausalito CA 94966.

Approved by:

_____ 05/10/2023
Honorable David O. Carter

+ P.O. Box 306, Sausalito, CA 94966     + bradley@obrienconflictresolution.com     + 1.415.272.1679