**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| PETER MOSES GUTIERREZ, JR., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMPLIFY ENERGY CORP., *et al.*, <br><br> Defendants. | Case No. 8:21-CV-01628-DOC(JDEx) <br><br> **AMENDED** FINAL JUDGMENT AS TO AMPLIFY ENERGY CORPORATION, BETA OPERATING COMPANY, LLC, AND SAN PEDRO BAY PIPELINE COMPANY <br><br> Hon. David O. Carter |

The Court having entered on April 24, 2023, a Final Approval Order approving the Settlement between Plaintiffs Peter Moses Gutierrez, Jr.; John Pedicini and Marysue Pedicini, individually and as Trustees of the T & G Trust; Rajasekaran Wickramasekaran and Chandralekha Wickramasekaran, individually and as Trustees of the Wickramasekaran Family Trust; Donald C. Brockman, individually and as Trustee of the Donald C. Brockman Trust; Heidi M. Jacques, individually and as Trustee of the Heidi M. Brockman Trust; LBC Seafood, Inc.; Quality Sea Food Inc.; Beyond Business Incorporated, d/b/a Big Fish Bait & Tackle; Josh Hernandez; John Crowe; Banzai Surf Company, LLC; Davey's Locker Sportfishing, Inc.; East Meets West Excursions; Bongos Sportfishing LLC; Bongos III Sportfishing LLC; and Tyler Wayman ("Plaintiffs") and Defendants Amplify Energy Corporation, Beta Operating Company, LLC, and San Pedro Bay Pipeline

Company (collectively "Amplify"), it is hereby ORDERED, ADJUDGED, and DECREED that:

Judgment is hereby entered in this case as to Plaintiffs' and the Settlement Classes' claims in accordance with the Court's April 24, 2023, Final Approval Order as to all claims against Amplify in this Action.

Plaintiffs' and the Settlement Classes' claims against Amplify are hereby DISMISSED with prejudice.

Plaintiffs' and the proposed classes' claims against all other defendants in this Action remain.

The Parties shall take all actions required of them by the Final Approval Order and the Settlement Agreement.

Except as otherwise provided in orders separately entered by this Court on any application for attorneys' fees and expenses, any application for service awards, and the Plans of Distribution submitted by Class Counsel, the Parties will bear their own expenses and attorneys' fees.

Without affecting the finality of this Order and the accompanying Judgment, the Court reserves jurisdiction over the implementation of the Settlement, and over the enforcement and administration of the Settlement Agreement, including any releases in connection therewith, and any other matters related or ancillary to the foregoing.

This document constitutes a final judgment pursuant to Federal Rule of Civil Procedure 54 and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

IT IS SO ORDERED.

DATED: May 11, 2023

*David O. Carter*
Hon. David O. Carter