# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| PETER MOSES GUTIERREZ, JR., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>AMPLIFY ENERGY CORPORATION, et al.,<br><br>Defendants/Third-Party Plaintiffs. | Case No. 8:21-cv-01628-DOC-JDE<br>Case No. 2:22-cv-02153-DOC-JDE<br>Case No. 2:22-mc-00213-DOC<br><br>Judge: Hon. David O. Carter |
| In the Matter of the Complaint of DORDELLAS FINANCE CORP., Owner, and MSC MEDITERRANEAN SHIPPING COMPANY S.A., Owner *pro hac vice*, of the Motor Vessel MSC DANIT, and its engines, tackle, apparel, and appurtenances,<br><br>and<br><br>CAPETANISSA MARITIME CORPORATION, Owner of the Motor Vessel BEIJING, and her engines, tackle, apparel, and appurtenances. | **FINAL JUDGMENT AS TO CAPETANISSA MARITIME CORPORATION, COSTAMARE SHIPPING CO., S.A., V.SHIPS GREECE LTD., M/V BEIJING, DORDELLAS FINANCE CORP., MSC MEDITERRANEAN SHIPPING CO. SA, MEDITERRANEAN SHIPPING CO. S.R.L., MSC SHIPMANAGEMENT LTD., AND MSC DANIT** [755] |

- 1 -

The Court having entered on September 14, 2023 a Final Approval Order approving the Settlement between Plaintiffs John Pedicini and Marysue Pedicini, individually and as Trustees of the T & G Trust; Rajasekaran Wickramasekaran and Chandralekha Wickramasekaran, individually and as Trustees of the Wickramasekaran Family Trust; Donald C. Brockman, individually and as Trustee of the Donald C. Brockman Trust; Heidi M. Jacques, individually and as Trustee of the Heidi M. Brockman Trust; LBC Seafood, Inc.; Quality Sea Food Inc.; Beyond Business Incorporated, d/b/a Big Fish Bait & Tackle; Josh Hernandez; John Crowe; Banzai Surf Company, LLC; Davey's Locker Sportfishing, Inc.; East Meets West Excursions; Bongos Sportfishing LLC; Bongos III Sportfishing LLC; and Tyler Wayman ("Plaintiffs") and Defendants Capetanissa Maritime Corporation, Costamare Shipping Co., S.A., V.Ships Greece Ltd., *M/V Beijing*, Dordellas Finance Corp., MSC Mediterranean Shipping Co. SA, Mediterranean Shipping Co. S.r.l., MSC Shipmanagement Ltd., and *MSC Danit* (collectively "Shipping Defendants"), it is hereby ORDERED, ADJUDGED, and DECREED that:

Judgment is hereby entered in these cases as to Plaintiffs' and the Settlement Classes' class and individual claims in accordance with the Court's September 14, 2023 Final Approval Order as to all claims against Shipping Defendants in these Actions: *Gutierrez, et al., v. Amplify Energy Corp., Beta Operating Company, LLC and San Pedro Bay Pipeline Company*, Case No. SA 21-CV-01628-DOC-JDE (C.D. Cal.) and *In the Matter of the Complaint of Dordellas Finance Corp., et al.*, Case No. 22-CV-02153-DOC-JDE; *In re the Matter of the Complaint of Capetanissa Maritime Corporation*, Case No. 22-CV-03462-DOC-JDE, which have been consolidated under Case No. 22-CV-02153; and *In re Claim Forms In the Matter of the Complaint of Dordellas Finance Corp, Owner and MSC Mediterranean Shipping Company*, Case No. 2:22-mc-00213-DOC.

Plaintiffs' and the Settlement Classes' class and individual claims in these Actions against Shipping Defendants are hereby DISMISSED with prejudice.

Plaintiffs' and the Settlement Classes' class and individual claims in these Actions against other Released Parties, including COSCO Shipping Lines Co. Ltd., COSCO (Cayman) Mercury Co., Ltd. and Marine Exchange of Los Angeles-Long Beach Harbor dba Marine Exchange of Southern California, are also hereby DISMISSED with prejudice.

The Parties shall take all actions required of them by the Final Approval Order and the Settlement Agreement.

Except as otherwise provided in orders separately entered by this Court on any application for attorneys' fees and expenses, any application for service awards, and the Plans of Distribution submitted by Class Counsel, the Parties will bear their own expenses and attorneys' fees.

Without affecting the finality of this Judgment and related Orders, the Court reserves jurisdiction over the implementation of the Settlement, and over the enforcement and administration of the Settlement Agreement, including any releases in connection therewith, and any other matters related or ancillary to the foregoing.

This document constitutes a final judgment pursuant to Federal Rule of Civil Procedure 54 and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

IT IS SO ORDERED.

DATED: September 14, 2023

_____
Hon. David O. Carter