# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** | CENTRAL CALIFORNIA |

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | 8:21-cv-01628 (2:22-cv-02153, 2:22-cv-03462, 2:22-mc-00213) |

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 10/4/21 |

Date of judgment or order you are appealing: | 5/11/23, 9/14/23, 10/24/23 |

Docket entry number of judgment or order you are appealing: | 738,794,795,814 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

(●) Yes    ( ) No    ( ) IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Pacific Airshow LLC

Is this a cross-appeal?  ( ) Yes   (●) No

If yes, what is the first appeal case number? | |

Was there a previous appeal in this case?  (●) Yes   ( ) No

If yes, what is the prior appeal case number? | 22-55625, 22-55629 |

Your mailing address (if pro se):

| |
| |

City: | |    State: | |    Zip Code: | |

Prisoner Inmate or A Number (if applicable): | |

**Signature** | /s/ Daniel S. Robinson |    **Date** | November 21, 2023 |

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                                                 *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Pacific Airshow LLC

Name(s) of counsel (if any):

See Exhibit 1

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Amplify Energy Corp.; Beta Operating Company, LLC; San Pedro Bay Pipeline; Costamare Shipping Co., S.A.; Capetanissa Maritime Corporation; MSC Mediterranean Shipping Co. S.A.; Dordellas Finance Corp. (continued)

Name(s) of counsel (if any):

See Exhibit 1

Address:

Telephone number(s):

Email(s):

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *1*                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

M/V Beijing; Mediterranean Shipping Company S.r.l.; MSC Danit; MSC Shipmanagement Ltd.; V.Ships Greece Ltd.

Name(s) of counsel (if any):

See Exhibit 1

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 6**                                *2*                                *New 12/01/2018*

## <u>EXHIBIT 1</u>

### <u>Representation Statement Attachment</u>

### <u>APPELLANTS</u>

**Pacific Airshow LLC**
**<u>Counsel:</u>**
Mary-Christine Sungaila*
Complex Appellate Litigation Group LLP
620 Newport Center Drive, Suite 1100
Newport Beach, CA 92660
949-991-1900
mc.sungaila@calg.com

Jennifer Teaford*
Charles Kagay*
Complex Appellate Litigation Group LLP
96 Jessie Street
San Francisco, CA 94105
415-649-6700
jennifer.teaford@calg.com
charles.kagay@calg.com

Daniel S. Robinson
Robinson Calcagnie Inc
19 Corporate Plaza Drive
Newport Beach, CA 92660
949-720-1288
drobinson@robinsonfirm.com

Suoo Lee
SL Law PC
4343 Von Karman Avenue Suite 250J
Newport Beach, CA 92660
949-942-6077
slee@sllawpc.com

*Counsel is registered for Electronic Filing in the 9th Circuit.*

## APPELLEES

**Amplify Energy Corp.**
**Counsel:**
Christopher William Keegan
Kirkland and Ellis LLP
555 California Street Suite 2900
San Francisco, CA 94104
415-429-1400
christopher.keegan@kirkland.com

Albert E. Peacock, III
Peacock Piper Tong and Voss LLP
100 West Broadway Suite 610
Long Beach, CA 90802
562-320-8880
apeacock@peacockpiper.com

Anna Rotman
Kirkland and Ellis LLP
609 Main Street
Houston, TX 77002
713-836-3600
anna.rotman@kirkland.com

Daniel T. Donovan
Meredith Pohl
Holly R. Trogdon
Kevin Ross Powell
Matthew Scott Owen
McClain Thompson
Kirkland and Ellis LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
202-389-5000
ddonovan@kirkland.com
meredith.pohl@kirkland.com
holly.trogdon@kirkland.com
ross.powell@kirkland.com
matt.owen@kirkland.com
mcclain.thompson@kirkland.com

Mark C. Holscher
Nathaniel Edward Haas
Kirkland and Ellis LLP
555 South Flower Street Suite 3700
Los Angeles, CA 90071
213-680-8400
mark.holscher@kirkland.com
nathaniel.haas@kirkland.com

**Beta Operating Company, LLC
<u>Counsel:</u>**
Albert E. Peacock, III
Christopher William Keegan
Anna Rotman
Daniel T. Donovan
Meredith Pohl
Holly R. Trogdon
Kevin Ross Powell
Mark C. Holscher
Matthew Scott Owen
McClain Thompson
Nathaniel Edward Haas
(See above for contact information)

**San Pedro Bay Pipeline Company
<u>Counsel:</u>**
Albert E. Peacock, III
Christopher William Keegan
Mark C. Holscher
Meredith Pohl
Nathaniel Edward Haas
Holly R. Trogdon
Kevin Ross Powell
Matthew Scott Owen
McClain Thompson
(See above for contact information)

**Costamare Shipping Co. S.A.
<u>Counsel:</u>**
Albert E. Peacock, III
(See above for contact information)

Glen R. Piper
David Andrew Tong
Tara B. Voss
Margaret Stando
Peacock Piper Tong and Voss LLP
100 West Broadway Suite 610
Long Beach, CA 90802
562-320-8880
gpiper@peacockpiper.com
dtong@peacockpiper.com
tvoss@peacockpiper.com
mstando@peacockpiper.com

Allison C. Tilden
Andrew D. Huynh
Benjamin Gruenstein
Brittany L. Sukiennik
Damaris Hernandez
Kevin J. Orsini
Lillian S. Grossbard
Melissa A. Syring
Michael P. Addis
Omid H. Nasab
Vanessa A. Lavely
Cravath Swaine and Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
212-474-1000
atilden@cravath.com
ahuynh@cravath.com
bgruenstein@cravath.com
bsukiennik@cravath.com
dhernandez@cravath.com
korsini@cravath.com
lgrossbard@cravath.com
msyring@cravath.com
maddis@cravath.com
onasab@cravath.com
vlavely@cravath.com

Jonathan W. Hughes
Arnold and Porter Kaye Scholer LLP
Three Embarcadero Center 10th Floor
San Francisco, CA 94111-4024
415-471-3100
jonathan.hughes@arnoldporter.com

**Capetanissa Maritime Corporation**
<u>Counsel:</u>
Albert E. Peacock, III
Glen R. Piper
David Andrew Tong
Tara B. Voss
Margaret Stando
Jonathan W. Hughes
Allison C. Tilden
Andrew D. Huynh
Benjamin Gruenstein
Brittany L. Sukiennik
Damaris Hernandez
Kevin J. Orsini
Melissa A. Syring
Michael P. Addis
Omid H. Nasab
Vanessa A. Lavely
(See above for contact information)

Juliette Bowen McCullough
Peacock Piper Tong Voss
100 West Broadway Suite 610
Long Beach, CA 90802-4464
562-320-8880
jmccullough@peacockpiper.com

**MSC Mediterranean Shipping Company S.A.**
<u>Counsel:</u>
Albert E. Peacock, III
Jonathan W. Hughes
(See above for contact information)

Ellen E. McGlynn
Joseph A. Walsh, II
Collier Walsh Nakazawa LLP
One World Trade Center Suite 2370
Long Beach, CA 90831
562-317-3303
ellen.mcglynn@cwn-law.com
joe.walsh@cwn-law.com

Allison Rumsey
Andreas Moffett
Emily Orler
Lauren Daniel
Wilson Mudge
Arnold and Porter Kaye Scholer LLP
601 Massachusetts Avenue NW
Washington, DC 20001
202-942-5000
allison.rumsey@arnoldporter.com
andreas.moffett@arnoldporter.com
emily.orler@arnoldporter.com
lauren.daniel@arnoldporter.com
wilson.mudge@arnoldporter.com

Angel Tang Nakamura
Sean O. Morris
Arnold and Porter Kaye Scholer LLP
777 South Figueroa Street 44th Floor
Los Angeles, CA 90017-5844
213-243-4000
angel.nakamura@arnoldporter.com
sean.morris@arnoldporter.com

Christopher M. Odell
Arnold and Porter Kaye Scholer LLP
700 Louisiana Street, Suite 4000
Houston, TX 77002
713-576-2400
christopher.odell@arnoldporter.com

Katie J. L. Scott
Arnold and Porter Kaye Scholer LLP
300 El Camino Real
5 Palo Alto Square Suite 500
Palo Alto, CA 94022
650-319-4500
katie.scott@arnoldporter.com

**Dordellas Finance Corp.**
**Counsel:**
Albert E. Peacock, III
Ellen E. McGlynn
Joseph A. Walsh, II
Allison Rumsey
Andreas Moffett
Angel Tang Nakamura
Christopher M. Odell
Emily Orler
Jonathan W. Hughes
Katie J. L. Scott
Lauren Daniel
Sean O. Morris
Wilson Mudge
(See above for contact information)

**M/V Beijing**
**Counsel:**
Albert E. Peacock, III
Glen R. Piper
David Andrew Tong
Margaret Stando
Allison C. Tilden
Andrew D. Huynh
Benjamin Gruenstein
Brittany L. Sukiennik
Damaris Hernandez
Kevin J. Orsini
Lillian S. Grossbard
Melissa A. Syring
Michael P. Addis
Omid H. Nasab
Vanessa A. Lavely

Jonathan W. Hughes
(See above for contact information)

**Mediterranean Shipping Company S.r.l.**
<u>Counsel:</u>
Allison Rumsey
Andreas Moffett
Angel Tang Nakamura
Christopher M. Odell
Emily Orler
Jonathan W. Hughes
Wilson Mudge
Joseph A. Walsh, II
(See above for contact information)

**MSC Danit**
<u>Counsel:</u>
Albert E. Peacock, III
Joseph A. Walsh, II
Allison Rumsey
Andreas Moffett
Angel Tang Nakamura
Christopher M. Odell
Wilson Mudge
Jonathan W. Hughes
Katie J. L. Scott
Sean O. Morris
Andreas Moffett
Emily Orler
(See above for contact information)

Marc R. Greenberg
Tucker Ellis LLP
515 South Flower Street 42nd Floor
Los Angeles, CA 90071
213-430-3400
marc.greenberg@tuckerellis.com

**MSC Shipmanagement Limited**
<u>Counsel:</u>
Andreas Moffett
Angel Tang Nakamura
Christopher M. Odell
Jonathan W. Hughes

(See above for contact information)

**V.Ships Greece Ltd.**
<u>Counsel:</u>
Albert E. Peacock, III
Glen R. Piper
David Andrew Tong
Tara B. Voss
Margaret Stando
Allison C. Tilden
Andrew D. Huynh
Benjamin Gruenstein
Brittany L. Sukiennik
Damaris Hernandez
Jonathan W. Hughes
Kevin J. Orsini
Lillian S. Grossbard
Melissa A. Syring
Michael P. Addis
Omid H. Nasab
Vanessa A. Lavely
(See above for contact information)

## OTHER PARTIES IN CASE NO. 8:21-cv-01628

**Peter Moses Gutierrez, Jr., individually and on behalf of all others similarly situated**
**Counsel:**
Stephen Gerard Larson
Larson LLP
555 South Flower Street, 30th Floor
Los Angeles, CA 90071
213-436-4888
slarson@larsonllp.com

Blake Hunter Yagman
Israel David LLC
17 State Street Suite 4010
New York, NY 10004
212-739-0622
blake.yagman@davidllc.com

Seyed Abbas Kazerounian
Jason A. Ibey
Kazerouni Law Group APC
245 Fisher Avenue Unit D1
Costa Mesa, CA 92626
800-400-6808
ak@kazlg.com
jason@kazlg.com

Lexi J. Hazam
Lieff Cabraser Heimann and Bernstein LLP
Embarcadero Center West
275 Battery Street 29th Floor
San Francisco, CA 94111-3339
415-956-1000
lhazam@lchb.com

Richard D. McCune
McCune Law Group APC
18565 Jamboree Road Suite 550
Ontario, CA 91761
909-557-1250
rdm@mccunewright.com

Alex R. Straus
Milberg Coleman Bryson Phillips Grossman PLLC
280 South Beverly Drive
Beverly Hills, CA 90212
866-252-0878
astraus@milberg.com

**Chandralekha Wickramasekaran, individually and as Trustees of the Wickramasekaran Family Trust**
<u>**Counsel:**</u>
Seyed Abbas Kazerounian
Stephen Gerard Larson
Jason A. Ibey
Lexi J. Hazam
Alex R. Straus
(See above for contact information)

Darren O. Aitken
Aitken Aitken and Cohn
3 MacArthur Place Suite 800
Santa Ana, CA 92707
714-434-1424
darren@aitkenlaw.com

**Rajaskaran Wickramasekaran, individually and as Trustees of the Wickramasekaran Family Trust**
<u>**Counsel:**</u>
Seyed Abbas Kazerounian
Stephen Gerard Larson
Darren O. Aitken
Jason A. Ibey
Lexi J. Hazam
Alex R. Straus
(See above for contact information)

**East Meets West Excursions**
<u>**Counsel:**</u>
Darren O. Aitken
Lexi J. Hazam
Stephen Gerard Larson
(See above for contact information)

**John Pedicini, individually and as Trustees of the T & G Trust**
**Counsel:**
Darren O. Aitken
Lexi J. Hazam
Stephen Gerard Larson
(See above for contact information)

Wylie A. Aitken
Megan Janet Gless Demshki
Aitken Aitken and Cohn
3 MacArthur Place Suite 800
Santa Ana, CA 92707
714-434-1424
wylie@aitkenlaw.com
megan@aitkenlaw.com

**Marysue Pedicini, individually and as Trustees of the T & G Trust**
**Counsel:**
Darren O. Aitken
Lexi J. Hazam
Megan Janet Gless Demshki
Wylie A. Aitken
Stephen Gerard Larson
(See above for contact information)

**Quality Sea Food, Inc.**
**Counsel:**
Darren O. Aitken
Lexi J. Hazam
Stephen Gerard Larson
(See above for contact information)

Erica A. Maharg
James Thomas Brett
Jason Robert Flanders
Matthew Christopher Maclear
Aqua Terra Aeris Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
510-473-8793
eam@atalawgroup.com
jtb@atalawgroup.com
jrf@atalawgroup.com
mcm@atalawgroup.com

Hannah E. Mohr
Matiasic Firm PC
4 Embarcadero Center Suite 1400
San Francisco, CA 94111
213-699-2083
mohr@mjlawoffice.com

Paul A. Matiasic
Matiasic Firm PC
355 South Grand Avenue Suite 2450
Los Angeles, CA 90071
213-699-2083
matiasic@mjlawoffice.com

**LBC Seafood, Inc.**
<u>Counsel:</u>
Darren O. Aitken
Erica A. Maharg
Hannah E. Mohr
James Thomas Brett
Jason Robert Flanders
Lexi J. Hazam
Matthew Christopher Maclear
Paul A. Matiasic
Stephen Gerard Larson
(See above for contact information)

**Davey's Locker Sportfishing, Inc.**
<u>Counsel:</u>
Avery S. Halfon
Kelly K. McNabb
Patrick I. Andrews
Wilson M. Dunlavey
Lieff Cabraser Heimann and Bernstein LLP
250 Hudson Street, 8th Floor
New York, NY 10013
212-355-9500
ahalfon@lchb.com
kmcnabb@lchb.com
pandrews@lchb.com
wdunlavey@lchb.com

Darren O. Aitken
Lexi J. Hazam
Stephen Gerard Larson
(See above for contact information)

**Donald C. Brockman, individually and as Trustee of the Donald C. Brockman Trust**
**Counsel:**
Avery S. Halfon
Darren O. Aitken
Kelly K. McNabb
Lexi J. Hazam
Patrick I. Andrews
Wilson M. Dunlavey
Stephen Gerard Larson
(See above for contact information)

**Heidi M. Jacques, individually and as Trustee of the Heidi M. Brockman Trust**
**Counsel:**
Avery S. Halfon
Darren O. Aitken
Kelly K. McNabb
Lexi J. Hazam
Patrick I. Andrews
Wilson M. Dunlavey
Stephen Gerard Larson
(See above for contact information)

**Banzai Surf Company, LLC**
**Counsel:**
Darren O. Aitken
Lexi J. Hazam
Stephen Gerard Larson
(See above for contact information)

Gary A. Praglin
Hannah Brown
Kelly Christina Weil
Robert B. Hutchinson
Cotchett Pitre and McCarthy LLP
2716 Ocean Park Boulevard Suite 3088
Santa Monica, CA 90405
310-392-2008
gpraglin@cpmlegal.com
hbrown@cpmlegal.com

kweil@cpmlegal.com
rhutchinson@cpmlegal.com

**Cold Stone Creamery**
<u>Counsel:</u>
Gary A. Praglin
Hannah Brown
Kelly Christina Weil
Lexi J. Hazam
Robert B. Hutchinson
(See above for contact information)

**Josh Hernandez**
<u>Counsel:</u>
Darren O. Aitken
Lexi J. Hazam
Stephen Gerard Larson
(See above for contact information)

**John Crowe**
<u>Counsel:</u>
Darren O. Aitken
Lexi J. Hazam
Stephen Gerard Larson
(See above for contact information)

**Bongos Sportfishing LLC**
<u>Counsel:</u>
Darren O. Aitken
Lexi J. Hazam
Stephen Gerard Larson
(See above for contact information)

**Bongos III Sportfishing LLC**
<u>Counsel:</u>
Darren O. Aitken
Lexi J. Hazam
Stephen Gerard Larson
(See above for contact information)

**Tyler Wayman**
**<u>Counsel:</u>**
Darren O. Aitken
Lexi J. Hazam
Stephen Gerard Larson
(See above for contact information)

**Beyond Business Incorporated doing business as Big Fish Bait and Tackle**
**<u>Counsel:</u>**
Stephen Gerard Larson
Darren O. Aitken
Lexi J. Hazam
Richard D. McCune
(See above for contact information)

Andrew Joseph Bedigian
Rick Lloyd Richmond
Larson LLP
555 South Flower Street, 30th Floor
Los Angeles, CA 90071
213-436-4888
abedigian@larsonllp.com
rrichmond@larsonllp.com

David C. Wright
Mark I. Richards
McCune Law Group, McCune Wright Arevalo Vercoski Kusel Weck
3281 East Guasti Road Suite 100
Ontario, CA 91761
909-557-1250
dcw@mccunewright.com
mir@mccunewright.com

Elaine S. Kusel
Sherief Morsy
McCune Law Group, McCune Wright Arevalo Vercoski Kusel Weck
One Gateway Center Suite 1500
Newark, NJ 07102
973-888-1203
esk@mccunewright.com
sm@mccunewright.com

Steven E. Bledsoe
Larson LLP
600 Anton Boulevard, Suite 1075
Costa Mesa, CA 92626
949-516-7262
sbledsoe@larsonllp.com

**Charlie's Gyros, Inc.**
<u>Counsel:</u>
Stephen Gerard Larson
Lexi J. Hazam
(See above for contact information)

Gregory L. Bentley
Matthew William Clark
Bentley and More LLP
4931 Birch Street
Newport Beach, CA 92660
949-870-3800
gbentley@bentleymore.com
mclark@bentleymore.com

**Jennifer Taylor**
<u>Counsel:</u>
Stephen Gerard Larson
Gregory L. Bentley
Lexi J. Hazam
Matthew William Clark
(See above for contact information)

**Greg Taylor**
<u>Counsel:</u>
Stephen Gerard Larson
Gregory L. Bentley
Lexi J. Hazam
Matthew William Clark
(See above for contact information)

**Christopher Hamm**
<u>Counsel:</u>
Melinda L. Haag
Paul Weiss Rifkind Wharton and Garrison LLP
535 Mission Street 24th Floor
San Francisco, CA 94117

628-432-5110
mhaag@paulweiss.com

**Randal Klein**
<u>Counsel:</u>
Melinda L. Haag
(See above for contact information)

**Todd Snyder**
<u>Counsel:</u>
Melinda L. Haag
(See above for contact information)

**COSCO Shipping Lines Co. Ltd.**
<u>Counsel:</u>
Erich P. Wise
Lisa M. Conner
Nicholas S. Politis
Zachary John Politis
Flynn Delich and Wise LLP
One World Trade Center Suite 1800
Long Beach, CA 90831-1800
562-435-2626
erichw@fdw-law.com
lisac@fdw-law.com
nicholasp@fdw-law.com
zackp@fdw-law.com

Jay Allen Sayles
Noah Jarrett
Schwabe Williamson and Wyatt
Pacwest Center
1211 SW Fifth Avenue, Suite 1900
Portland, OR 97214
503-796-2887
jsayles@schwabe.com
njarrett@schwabe.com

Michael Mahoney
Molly J. Henry
Philip R. Lempriere
Schwabe Williamson and Wyatt, PC
1420 5th Avenue Suite 3400
Seattle, WA 98101

206-622-1711
mmahoney@schwabe.com
mhenry@schwabe.com
plempriere@schwabe.com

Ryon L. Little
DeLeo Kuylenstierna and Little PA
8950 SW 74th Court, Suite 1710
Miami, FL 33156
786-863-3733
rlittle@dkmaritime.com

**Marine Exchange of Los Angeles-Long Beach Harbor d/b/a Marine Exchange of Southern California**
<u>**Counsel:**</u>
Conte C. Cicala
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, CA 94133
415-872-3200
conte.cicala@withersworldwide.com

Thomas M. Fedeli
Clyde and Co LLP
355 South Grand Avenue, Suite 1400
Los Angeles, CA 90071
213-358-7600
thomas.fedeli@clydeco.us

**Cosco Shipping Lines Co. Ltd.**
<u>**Counsel:**</u>
Lisa M. Conner
Nicholas S. Politis
(See above for contact information)

**Daniel Garrie**
<u>**Counsel:**</u>
Daniel Garrie
JAMS
555 West 5th Street, 32nd Floor
Los Angeles, CA 90013
dgarrie@jamsadr.com

Lexi J. Hazam
(See above for contact information)

**James L. Smith**
<u>Counsel:</u>
James L. Smith
JAMS
5 Park Plaza Suite 400
Irvine, CA 92614
714-937-8229
jsmith@jamsadr.com

Lexi J. Hazam
(See above for contact information)

**Bradley O'Brien**
<u>Counsel:</u>
Bradley O'Brien
O'Brien Conflict Resolution LLC
P.O. Box 306
Sausalito, CA 94966
415-272-1679
bradley@obrienconflictresolution.com

Lexi J. Hazam
(See above for contact information)

**COSCO Beijing**
<u>Counsel:</u>
Albert E. Peacock, III
Glen R. Piper
Tara B. Voss
(See above for contact information)

**Does 1-5**
**Does 6-10**
**Roes 1-5**
**Roes 6-10**

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2023, I caused the foregoing to be filed electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

Dated: November 21, 2023

*/s/ Daniel S. Robinson*
Daniel S. Robinson